# CONTINUATION OF CARE

## MOST PROBABLE CASE SCENARIO

## Continuation of Care
## Most Probable Case Scenario

Date: 06/26/18
Patient: Wesleigh Amy
Chart #: 38014

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| *Psychiatrist (Pediatric) | Now – Age 18 | 6-12x Yr and Prn | 325.00/IE<br>120.-150.00/OV |
| *Psychiatrist (Adult) | Age 18 – 22 | 6-12x Yr | 120.-150.00/OV |
| *Psychologist | Now - Age 18 Then Re-Evaluate | 3-4x Yr | 175.00/Session |
| *Neurologist | Life | 1-2x Yr and Prn | 100.-400.00/OV |
| *Audiologist | Life | 1x Yr and Prn | 85.-130.00/OV |
| *Dichotic Hearing Test | Life | 1x Yr and Prn | PENDING |
| *ENT | Life | 1x Yr and Prn | 150.00/OV |
| Neuropsychological Evaluation | Now – Age 18 | 1x Now, Then Ev 3-4 Yrs Until Age 18 | 2,500.00 each |
| *Radiology/Laboratory Tests:* | | | |
| *MRI Brain with DTI (With Sedation) | Life | 1x Now and Prn | 408.-3,558.00 |
| *Polysomnography | Life | 1x Now and Prn | 654.00 |
| *Brainstem Auditory Evoked Response | Life | 1x Now and Prn | 168.-958.00 |

*Per Dr. Robert Cullen (Pediatric Neurologist). See Documentation, **(Tab #2)**.

**Continuation of Care – Most Probable Case**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Laboratory Tests* (Continued) | | | |
| AM Cortisol | Life | 1x Now, 1x in 1 Yr, Then Prn | 98.00 |
| IGF-1 | Life | 1x Now, 1x in 1 Yr, Then Prn | 236.00 |
| FSH and LH | Life | 1x Now, 1x in 1 Yr, Then Prn | 209.00 |
| Testosterone | Life | 1x Now, 1x in 1 Yr, Then Prn | 155.00 |
| Estradiol | Life | 1x Now, 1x in 1 Yr, Then Prn | 174.00 |
| Prolactin | Life | 1x Now, 1x in 1 Yr, Then Prn | 133.00 |
| Urinary Free Cortisol | Life | 1x Now, 1x in 1 Yr, Then Prn | 177.00 |
| *CBC with diff | Life | 1x Now, 1x in 1 Yr, Then Prn | 37.00 |
| *SMA 21 | Life | 1x Now, 1x in 1 Yr, Then Prn | 104.00 |
| *Liver profile | Life | 1x Now, 1x in 1 Yr, Then Prn | 41.00 |
| *Fasting glucose | Life | 1x Now, 1x in 1 Yr, Then Prn | 37.00 |

*If patient is started on anti-depressant, per Dr. Robert Cullen (Pediatric Neurologist). See Documentation, **(Tab #2)**.

**Continuation of Care -- Most Probable Case**
Page Three

| Medical Care | Period Over Which Services Provided | | Frequency | Cost Per Visit/Item |
|---|---|---|---|---|
| **Support Care:** | | | | |
| Aide and Attendant Care | Life | Age 6 – 18 | 4 Hrs/Day 7 Days/Wk 52 Wks/Yr | 17.00/Hr H.H.A. |
| | | Age 18 – Life | 24 Hrs/Day 7 Days/Wk 52 Wks/Yr | |
| ***Education:** | | | | |
| Private School (If Educational Requirements Are Not Provided in Public School) | | Now-12th Grade | Yearly | 12,642.00 – ** 40,805.00/Year |
| ***Medications:** | | | | |
| Melatonin 3 mg | | Life | 1 qhs | 7.00 (30) |
| Antivert 25 mg | | Life | 1x day | 14.00 (30) |
| OR | | | | |
| Triptone 25 to 50 mg | | Life | Ev 8 hrs/Prn | 12.93 (48) |

*Per Dr. Robert Cullen (Pediatric Neurologist). See Documentation, **(Tab #2)**.

**Tuition costs vary greatly, depending upon educational requirements and school selection. See Documentation, **(Tab #3)**.

**Continuation of Care – Most Probable Case**
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medications (Continued):* | | | |
| Ritalin 10 mg | Now-Age 18 | 1-2x day | 62.00 (60) |
| OR | | | |
| Vyvanse 40 mg | Now-Age 18 | 1x day | 369.00 (30) |
| OR | | | |
| Adderall 20 mg | Now-Age 18 | 1x day | 44.00 (30) |
| Transportation | | | |
| *The Allview Mirror System | Life | 1x and Prn | 59.95 each |

*Per Dr. Robert Cullen (Pediatric Neurologist). See Documentation, **(Tab #2)**.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/de/cl/jul.18