# Updated
# Continuation of Care

# UPDATED CONTINUATION OF CARE

## <u>MOST PROBABLE CASE SCENARIO</u>

**Updated**
**Continuation of Care**
**Most Probable Case Scenario**

Date:   08/17/21
Patient:  Wesleigh Amy
Chart #:  38014

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| *Psychiatrist (Pediatric) | Now – Age 18 | 1x/Mo for 1 Yr, Then1x Ev Other Mo for 1 Yr, Then 1x Ev 2 Mos for 1 Yr, Then re-evaluate by each Discipline | 325.00/IE 120.-150.00/OV |
| *Psychiatrist (Adult) | Age 18 – 22 | 6-12x Yr | 120.-150.00/OV |
| *Psychologist | Now - Age 18 | 1x/Wk for 1 Yr, Then 1x Ev Other Wk for 1 Yr, then 1x/Mo for 1 Yr | 175.00/Session |
| *Pediatric Neurologist | Life | 1-2x Yr and Prn | 100.-400.00/OV |
| Adult Neurologist | Life | 1-2x Yr and Prn | 100.-400.00/OV |
| *Audiologist | Life | 1x Yr and Prn | 85.-130.00/OV |
| *Dichotic Hearing Test | Life | 1x Yr and Prn | PENDING |
| *ENT | Life | 1x Yr and Prn | 150.00/OV |
| *Neuropsychological Evaluation | Now – Age 18 | 1x Now, Then Ev 3-4 Yrs Until Age 18 | 2,500.00 ea |

*Per Dr. Robert Cullen (Ped Neurologist).  See Documentation, **(Tab #2)** – 2018 & 2021

**Updated Continuation of Care – Most Probable Case**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| _Radiology/Laboratory Tests:_ | | | |
| *MRI Brain with DTI (With Sedation) | Life | 1x Now and Prn | 408.-3,558.00 |
| *Polysomnography | Life | 1x Now and Prn | 654.00 |
| *Brainstem Auditory Evoked Response | Life | 1x Now and Prn | 168.-958.00 |
| AM Cortisol | Life | 1x Now, 1x in 1 Yr, Then Prn | 98.00 |
| IGF-1 | Life | 1x Now, 1x in 1 Yr, Then Prn | 236.00 |
| FSH and LH | Life | 1x Now, 1x in 1 Yr, Then Prn | 209.00 |
| Testosterone | Life | 1x Now, 1x in 1 Yr, Then Prn | 155.00 |
| Estradiol | Life | 1x Now, 1x in 1 Yr, Then Prn | 174.00 |
| Prolactin | Life | 1x Now, 1x in 1 Yr, Then Prn | 133.00 |
| Urinary Free Cortisol | Life | 1x Now, 1x in 1 Yr, Then Prn | 177.00 |

*Per Dr. Robert Cullen (Ped Neurologist).  See Documentation, **(Tab #2)** – 2018 & 2021

**Updated Continuation of Care – Most Probable Case**
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Laboratory Tests* (Continued) | | | |
| *CBC with diff | Life | 1x Now, 1x in 1 Yr, Then Prn | 37.00 |
| *SMA 21 | Life | 1x Now, 1x in 1 Yr, Then Prn | 104.00 |
| *Liver profile | Life | 1x Now, 1x in 1 Yr, Then Prn | 41.00 |
| *Fasting glucose | Life | 1x Now, 1x in 1 Yr, Then Prn | 37.00 |

| *Support Care:* | | | | | |
|---|---|---|---|---|---|
| Aide and Attendant Care | Life | Age 6 – 18 | 4 Hrs/Day 7 Days/Wk 52 Wks/Yr | HHA | 22.00/Hr |
| | | Age 18 – Life | 24 Hrs/Day 7 Days/Wk 52 Wks/Yr | | PENDING |

| *Education:* | | | |
|---|---|---|---|
| Private School (If Educational Requirements Are Not Provided in Public School) | Now-12th Grade | Yearly | 17,685.00 – ** 42,884.00/Year |

*If patient is started on anti-depressant, per Dr. Robert Cullen (Pediatric Neurologist). See Documentation, **(Tab #2)** – 2018 & 2021
**Tuition costs vary greatly, depending upon educational requirements and school selection.   See Documentation, **(Tab #3)**.

**Updated Continuation of Care – Most Probable Case**
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medications:* | | | |
| Melatonin 3 mg | Life | 1 tab qHS | 2.50 (30) |
| Antivert 25 mg | Life | 1 tab q.d. | 6.78 (30) |
| OR | | | |
| Triptone 25 to 50 mg | Life | Ev 8 hrs/Prn | 12.93 (90) |
| Ritalin 10 mg | Now-Age 18 | 1-2x q.d. | 13.51 (60) |
| OR | | | |
| Vyvanse 40 mg | Now-Age 18 | 1 cap q.d. | 333.70 (30) |
| OR | | | |
| Adderall 20 mg | Now-Age 18 | 1 tab q.d. | 14.49 (30) |
| Transportation | | | |
| *The Allview Mirror System | Life | 1 Ev 5 Yrs | 59.95 ea |

*Per Dr. Robert Cullen (Ped Neurologist).  See Documentation, **(Tab #2)** 2018 & 2021

Craig H. Lichtblau, M.D.
American Board of Physical Medicine & Rehabilitation
Board Certified Physical Medicine & Rehabilitation
Board Certified Brain Injury Medicine
CHL/mrw-en/aug.21