UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JURY TRIAL DEMANDED**

CASE NO.  1:18-CV-20324-MIDDLEBROOKS

ELIZABETH AMY, as parent,
natural guardian, and next friend
of W.A., a minor,

      Plaintiff,

v.

CARNIVAL CORPORATION,
a Panama corporation d/b/a
"CARNIVAL CRUISE LINES,

      Defendant.

_____/

## <u>AFFIDAVIT OF CRAIG H. LICHTBLAU, M.D.</u>

STATE OF FLORIDA
COUNTY OF PALM BEACH

      COMES NOW Affiant **CRAIG H. LICHTBLAU, M.D.** who, after first being duly sworn, affirms and says as follows:

    1.    My name is CRAIG H. LICHTBLAU, M.D.

    2.    This affidavit is made upon my personal knowledge, with awareness of the penalties for perjury, and with the understanding that it will be submitted to the court in opposition to a pending motion to preclude my testimony in the trial of this case.  [D.E. 129]

    3.    I am a medical doctor. I have been licensed to practice medicine, and have practiced, in the State of Florida since 1989.  .

    4.    I have been Board Certified in Physical Medicine and Rehabilitation ("physiatry')since May 1991.  I am also certified by the same Board in Brain Injury Medicine

5.     From March 1990 to April 2006 (16 years) I was Medical Director of the Inpatient Rehabilitation Unit at St. Mary's Hospital, our area's Level 1 trauma center.

6.     I have also been in private practice since September 22, 1989.  I have admitting and/or consulting privileges at St. Mary's and four of the other major hospitals in the area.

7.     My practice includes disability evaluations, chronic pain management, acute inpatient hospital rehabilitation, medical functional capacity assessments, sub-acute transitional living rehabilitation, electromyography and nerve conduction studies, and defining impairment, disability and the cost for future medical care.  Much of this work requires me to determine the origin of the conditions causing the patient's pain, difficulties and current impairment, if any.

8.     My experience in handling pediatric cases is extensive.  It includes being a consultant for Children's Medical Services (the State Medicaid program for children) in five Florida counties.  To date, I've done over 6,000 consultations for CMS.  This total includes over 800 neurologically devastated children.

9.     I also opened the inpatient pediatric rehab unit at St. Mary's.

10.    In my practice, I have assessed, treated, followed, and made future care recommendations for, many pediatric, adolescent, and adult cases of male and female individuals who have the same diagnoses as the minor in the present case including, but not limited to, traumatic brain injury (TBI) with frontal lobe dysfunction with behavioral disorders, microcephaly, benign paroxysmal vertigo, Attention-Deficit Disorder (ADD), and Attention-Deficit Hyper-Activity Disorder (ADHD).  I have followed the progression and outcome of these disorders in some of those patients for years.

11.    In 2018 and again in 2021, at the request of plaintiff's counsel, I saw and examined W.A. for the purpose of conducting a Comprehensive Rehabilitation Evaluation, in part to determine whether and to what extent the subject incident and injuries sustained in 2016 was a

substantial contributing factor to the patient's present disability, impairment, or need for future medical care, if any; and, if so, what are the future medical care needs and costs?

12.   My general methodology, followed in the present case, consists of taking a history from the patient (or parent if necessary), conducting a complete physical exam of the patient, receiving and thoroughly reviewing the patient's pre- and post-incident medical records and imaging studies, forming diagnostic impressions (which necessarily include determining the patient's diagnoses and whether they relate to certain specific inciting events) and constructing a continuation of care plan for the patient.

13.   By the end of that process in 2021 in the present case, I had generated and signed two Rule 26 reports. Both the 2018 report and the 2021 report include a **Comprehensive Medical Evaluation** section (which states the patient's history and physical exam findings; and lists the medical records I reviewed), a **Summary Report** section, and **Continuation of Care** (*i.e.,* care plan) section, and a **Documentation** section that includes pricing data and a summary of my discussions with **Robert Cullen, M.D**., a pediatric neurologist in Miami who for many years was the Chairman pediatric neurology at Miami Children's Hospital.. The reports also contain extensive **bibliographies** on a number of medical topics relevant to this case, *e.g.,* Support care: aide and attendant care.

14.   The step-wise care planning methodology I followed is set forth in the peer-reviewed article, Gonzales, *et. al*., "*Life Care Planning: A Natural Domain of Physiatry*," *PM&R J*., Vol. 6, pp. 184-187 (2014) (attached as **Exhibit 1**), which entails, *inter alia*, "formulation of diagnostic conclusions, development of opinions regarding impairment, disability, comorbidities, life expectancy, and evidence-based recommendations for future medically-related care." (emphasis added)

3

15. **My 2018 and 2021 future care plans for W.A.'s "Most Probable Scenario" essentially recommend the same future care for W.A. for the same duration, frequency, and unit costs** (except that the Texas hourly rate for home health aides to provide my recommended support care has increased from $17/hr. in 2018 to $22/hr. in 2021).

16. On September 10, 2018, I gave a deposition in this case that lasted for approximately an hour. On October 22, 2021 I was again deposed by the defendant for approximately 2 hours. The defendant has filed the full-sized transcript [D.E.129-1], omitting the exhibits.

17. **Point I of defendant's Daubert Motion** seeks to preclude me from testifying that W.A., particularly as a female, is at a significantly increased risk, among other things, of being unduly vulnerable to sexual exploitation, manipulation, abuse and violence as an adolescent and adult due to her frontal lobe injury and dysfunction (which already has caused emotional problems, inappropriate behavior, inappropriate judgment, lack of insight and sense of consequence).

18. I base my opinion on this topic on my own clinical experience in following such patients, sometimes over extended periods of their lives, and recommending support modalities such as those I recommend for W.A. in both of my reports.

19. In my deposition, I also make reference to peer-reviewed medical literature that supports this conclusion and testimony, some of which I attach to this affidavit as **Exhibit 2**.

20. **Point 2 of defendant's motion** seeks to preclude any criticisms by me of the ability of the Texas public school system to provide adequate special needs services to W.A. in the future. I do not plan to do so. I do feel strongly that due to changing politics and public budgetary priorities that it would be irresponsible for a care planner like to me rely on the availability of free public services at any time in the future.

4

21.     **Point 3 of defendant's motion** seeks to preclude me from offering any testimony about the cost of future support care (aide and attendant care) because the word "Pending" appears at the end of that line item in my 2021 report.

22.     As I previously stated, my 2018 and 2021 future care plans for W.A.'s "Most Probable Scenario" recommend the essentially the same future care for W.A. at essentially the same frequency, duration, and cost (except that the Texas hourly rate for home health aides to provide my recommended support care has increased from $17/hr. in 2018 to $22/hr. in 2021). This change is reflected in my 2021 report.

23.     The "Support Care line items in both reports give complete information regarding the frequency, duration, and unit costs for the support care recommended for the periods of W.A.'s minority and adulthood.

24.     The hourly rates for such care can be found at the end of the "Support Care" line item on page 3 of both reports.

25.     The stated rate in both reports apply to the minor's geographical area; and would be the correct rate for both the minor and adult care recommended.

26.     Thus there was nothing "pending" regarding confirmation of the rates for minor and adult support case as of my 2021 report; and the word "pending" should probably have been removed from that report.

27.     In any event, I was not asked about this matter in either of my depositions; and would have clarified if asked about the word "pending" in the "Support Care" line item.


FURTHER AFFIANT SAYETH NAUGHT.

CRAIG LICHTBLAU, M.D.

SWORN TO at North Palm Beach, FL., USA )

                                                                                      )

This 22nd  day of November, A.D., 2021          )

Before me,

NOTARY PUBLIC

[SEAL]

LISETTE BATISTA
Notary Public
State of Florida
Comm# HH161276
Expires 8/4/2025

## Practice Management

# Life Care Planning: A Natural Domain of Physiatry

Joe G. Gonzales, MD, FAAPMR, CLCP, Andrea Zotovas, MD, FAAPMR

This article is an introduction to life care planning and its relevance to physiatry and physiatric practice. It includes a discussion of life care planning, physiatry's role within its history and evolution, and life care planning methodologies. It also discusses life care planning education and certification, how the core competencies of the physiatrist are particularly relevant and applicable to life care planning, and life care planning's capacity to complement and diversify a clinical physiatric practice.

PM R 2014;6:184-187

## INTRODUCTION

The health care industry is changing at an unprecedented rate. Increasing regulation, expanding compliance requirements, reduced practitioner discretion, and shrinking medical reimbursements are the predominate trends that impact the practice and the business of physical medicine and rehabilitation [1]. As physiatrists seek new ways to contain administrative workloads, maintain practitioner autonomy, improve patient care and/or outcomes, and ensure the profitability of their practices, life care planning stands out as a natural, flexible, and rewarding addition to clinical physiatric practice.

## LIFE CARE PLANNING

Life care planning is a seamless extension of physiatry. Life care planning is a process of applying methodologic analysis to formulate diagnostic conclusions and opinions regarding physical and/or mental impairment and disability for the purpose of determining care requirements for individuals with permanent or chronic medical conditions. Life care plans are comprehensive documents that objectively identify the residual medical conditions and ongoing care requirements of individuals who are ill or injured, and they quantify the ongoing costs of supplying these individuals with requisite medically related goods and services throughout their durations of care.

Beyond serving as effective case management tools for individuals who are ill or injured, life care plans provide litigators, insurance companies, trusts, and courts with qualified, quantitative, and referenceable bases upon which to substantiate the monetary value of medically related compensatory damages. The ability to identify and substantiate damages with expert, objective, and referenceable specificity improves outcomes for all parties.

Life care plans address both catastrophic and noncatastrophic conditions. In our experience and opinion, for the purposes of life care planning, a catastrophic condition is defined as one in which an individual has lost significant capacity to perform some or all of the basic activities of daily living, whereas a noncatastrophic condition is one that results in structural abnormalities, pain, and/or functional deficits. Common catastrophic conditions include the following: acquired brain injuries, birth injuries, major burns, multiple trauma, and spinal cord injuries. Common noncatastrophic conditions include the following: amputations; burns; cervical, lumbar, and thoracic injuries; upper and/or lower extremity injuries; and major joint injuries, all conditions addressed by physiatrists as a customary part of daily practice [2].

The clinical objectives of a life care plan are:

1. to diminish or eliminate physical and psychological pain and suffering,

J.G.G. Texas Physical Medicine & Rehabilitation Institute, San Antonio, TX; Physician Life Care Planning, San Antonio, TX. Address correspondence to: J.G.G., 11650 IH 10 West, Suite 375, San Antonio, TX 78230
Disclosures outside this publication: board membership (no money), Physician Life Care Planning and American Academy of Physician Life Care Planners; other, founder and has ownership in Physician Life Care Planning, LLC

A.Z. South Florida Pain Management, LLC, Stuart, FL
Disclosure: nothing to disclose

PM&R
1934-1482/14/$36.00
Printed in U.S.A.
© 2014 by the American Academy of Physical Medicine and Rehabilitation
Vol. 6, 184-187, February 2014
http://dx.doi.org/10.1016/j.pmrj.2014.01.011

2. to reach and maintain the highest level of function given an individual's unique circumstance,
3. to prevent complications to which an individual's unique physical and mental conditions predispose him or her,
4. to afford the individual the best possible quality of life in light of his or her condition.

These objectives and the requisite skills, training, and education necessary to accomplish them make life care planning a natural domain of physiatry.

## HISTORY, EVOLUTION, AND PHYSIATRY

The discipline of life care planning was born of necessity. Before the mid 1970s, when a need arose to formulate and/or quantify future care, physicians or other rehabilitation professionals were often solicited to address 3 basic questions: (1) what is the subject's condition, (2) what does the subject's condition require, and (3) how much will the requirements cost over time? As one might imagine, there was significant variation in the quality, transparency, and legitimacy of these assessments. At the time, the "industry" was in material need of generally accepted standards.

One of the individuals most acknowledged for answering the call of this necessity is Paul M. Deutsch, PhD, widely credited for establishing and formalizing the discipline now known as life care planning. Deutsch, through publication and the establishment and/or involvement of various organizations, including the International Association of Rehabilitation Professionals and the International Academy of Life Care Planners, developed curriculums, basic standards of practice, and, eventually, a professional credential for practitioners [3]. Over recent decades, organizations, including the American Academy of Nurse Life Care Planners, and, recently, the American Academy of Physician Life Care Planners, have established their own definitions, methods, standards, and/or credentials, which may differ from one another but are materially similar in most respects.

Throughout life care planning's history, physiatry has played a central role [4], yet fewer than 1% of Life Care Planners are qualified physicians [5]. Nonphysician Life Care Planners, as with all experts, are bound by the limits of their professional licenses, and, in the case of nonphysician Life Care Planners, this limits their capacity to perform medical examinations and to independently formulate diagnostic conclusions, opinions regarding impairment and disability, and recommendations for future care.

For these reasons, physiatrists have been heavily relied on by nonphysician life care planners. Section 1, chapter 2 of *The Life Care Planning and Case Management Handbook*, a central text of life care planning, is entitled "The Role of the Physiatrist in Life Care Planning." It states:

> "For a Life Care Plan to appropriately provide for all the needs of an individual, the plan must have a strong medical foundation. … Physicians specializing in physical

medicine and rehabilitation (physiatrists) are uniquely qualified to provide a strong medical foundation for life care planning based on their training and experience in providing medical and rehabilitative services to individuals with disabilities. Physiatrists are, by their training, experienced in dealing with individuals who have catastrophic functional problems. Additionally, physiatrists are trained to anticipate the long term needs of their patients" [4].

Despite physiatry's central role in life care planning, until recently physiatrists have often relegated themselves to the margins of the discipline, serving primarily as "consultants" to nonphysician life care planners who are seeking guidance, support, and/or "sign off" of their plans' premises and conclusions. According to our experience, it is only recently when physiatrists, in material numbers, have begun entering the discipline as life care planners themselves, a trend that is likely to continue into the foreseeable future given physiatrists' unique qualifications and the opportunity that life care planning offers physiatrists who seek to expand and/or diversify their clinical practices.

## OVERVIEW OF METHODOLOGY

The methodologies for life care planning are a framework of logical processes that can be applied to a wide variety of cases to determine conditions and/or illnesses, and to identify needs based upon reasonable degrees of medical probability. Variations in philosophy and approach exist among practitioners; however, these variations reflect the unique backgrounds of practitioners' training and professional capacities. At its most basic level, life care planning is a 3-stage process that consists of collecting facts, formulating opinions, and producing conclusions.

### Stage 1

Stage 1 includes collecting and reviewing medical records and performing personal interviews and/or physical examinations of subjects. It is in this stage when physician life care planners consider objective findings (data from medical records, diagnostic studies, and information obtained during their own clinical examinations) and their impact on the subject's current and/or future health and function.

### Stage 2

Stage 2 involves formulation of diagnostic conclusions, development of opinions regarding impairment, disability, comorbidities, life expectancy, and evidenced-based recommendations for future medically related care. Future care categories customarily include items such as physician services, routine diagnostics, medications, laboratory studies, rehabilitation services, equipment and supplies, nursing and attendant

care, environmental modifications, household services, and acute care services.

## Stage 3

Stage 3 requires conducting vendor surveys to obtain cost data for future care recommendations and using such data to perform cost calculations that result in quantitative conclusions. Accepted methodologies require sample data from sources that are geographically proximate to the subject's primary residence or location of probable care.

## PHYSIATRY AND LIFE CARE PLANNING

The unique qualifications of physiatrists afford them capacities that are not possessed by nonphysicians and, in some cases, nonphysiatric life care planners. These capacities represent significant value to the subjects of life care plans as well as to the parties who commission their production.

### The Capacity to Medically Examine

A physician's capacity to perform medical examinations, in most cases, is outside the bounds of a nonphysician's professional licensure. The capacity to perform medical examinations is valuable because medical examinations are often necessary to establish proper medical foundations for diagnostic conclusions and recommendations for future care. The importance of a physician examination of a life care plan's subject is so meaningful that the Center for Medicare and Medicaid Services requires the performance of a medical examination by a life care plan's authoring physician, as a prerequisite to considering a life care plan as a foundation for a Worker's Compensation Medicare Set-aside Allocation [6]. One reason for this is that the information obtained by a physician during interview and examination can be processed through the unique information filter of physician interpretation that, in turn, can significantly impact a life care plan's medical foundations. Relative to other medical specialties, physiatrists are particularly well suited to perform medical examinations for the types of cases that require life care plans because physiatry is specifically geared toward the provision of holistic care and rehabilitation over time, exactly what a properly constructed life care plan is designed to address [7].

### The Capacity to Independently Formulate Medical Opinions

Life care plans are commissioned to identify and substantiate medical conditions and needs that, when quantified, define the value of medically related compensatory damages in tort actions. It, therefore, is advantageous for a life care planner to possess the professional and legal capacity to independently formulate medical opinions. A

physiatrist's capacity in this regard places him or her in a unique position among life care planners, the majority of whom do not possess the capacity to independently formulate or substantiate the medical foundations of their life care plans.

The advantage of being professionally and legally qualified to independently formulate medical opinions is significant. An advantage of this capacity is the practicality it affords a life care planner in day-to-day practice. Most life care planners are reliant upon treating physicians' medical opinions; however, treating physicians are often unavailable, unwilling, or unable to assist life care planners in the development of their plans' medical foundations. Many treating physicians do not have time to respond to requests for information, and, if and when treating physicians do respond, they often afford limited time to meaningful consideration. In many cases, treating physicians are unable to properly assess overall medical status and need at the time of a life care plan's production.

The dilemma for nonphysiatric life care planners is succinctly summarized by Bonfiglio [4] as follows: "the foundation of many life care plans is limited by the plan developer's experience and the frequently marginal input from treating physicians. Especially in developing a plan for an individual with complex health care needs due to a catastrophic injury or illness, the life care planner and the treating physicians may have very little experience in dealing with a person with similar medical issues."

### Physiatry's Unique Applicability to Life Care Planning

Physiatrists are experts in the medical and physical treatment of disabling illness and injury [8] and have long been recognized as uniquely qualified among medical specialists to provide the scientific and medical foundations essential to the development of life care plans [9].

A principle reason that non-physiatric life care planners have sought guidance from physiatrists is that many treating physicians specialize within narrow scopes of a subject's care and, therefore, are not accustomed to fully assessing the total impact of a subject's injury and/or illness on his or her overall health and function. Further, treating physicians are commonly unfamiliar with proper life care planning methodology, which is important because it affects proper consideration of all relevant information, which affects the formulation of appropriate diagnostic and rehabilitation conclusions, which constitute proper foundations for future medical and rehabilitation needs. Physiatrists, by the nature of their training, are holistic and comprehensive in their approach to the assessment of medical and rehabilitation requirements, and are well suited to determine what medical conditions remain relevant to a subject's future care considerations.

## The Capacity to Independently Defend Medical Opinion

A physician's capacity to independently and credibly defend the medical opinions expressed in life care plans, used as documentary evidence during depositions or trials, is unsurpassed.

According to Gunn [10] in the *Life Care Planning and Case Management Handbook,* "It is the role of the physician to establish the existence of physical or mental impairment and it is inappropriate for the rehabilitation consultant to present opinion testimony as to the existence of a medical condition or its likely progression."

From the perspective of those who commission the production of life care plans, the ability to retain a single, uniquely qualified expert, as opposed to a nonphysician life care planner and one or more consulting physicians, represents significant savings in time, cost, and administration. The ability for a single life care planner to independently affect credibility, defensibility, and economy enables physician life care planners to provide significant value relative to their nonphysician counterparts.

## EDUCATION AND CERTIFICATION

Although certification is not a requirement for life care planning, rehabilitation professionals may elect to pursue additional education and credentialing to become a certified life care planner. The benefits of certification include education in regard to life care planning methodologies, generally accepted standards, ethics, and best practices, including familiarization with legal procedures, and legal and administrative workflows.

According to the International Commission on Health Care, a body that governs the certification and credentialing of life care planners, the certified life care planning credential is designed to measure a candidate's working knowledge of medical systems, associated disabilities, and treatment and/or maintenance protocol(s) required for an individual with a disability to sustain life within an acceptable comfort level [11]. The University of Florida, Kaplan College (online training leading to certification), Capital Law School Paralegal Program, Institute for Medical Legal Education, International Association of Rehabilitation Professionals, and many other organizations have been preapproved for training related to obtaining or maintaining certification [12].

## CONCLUSION

Life care planning is a natural domain of physiatry, and it is a discipline in which physiatric practitioners maintain significant comparative advantages. Life care planning is a flexible, honorable, and rewarding addition to clinical physiatric practice. In a practice environment characterized by rapid centralization and diminishing reimbursement, life care planning is a discipline to which many physiatrists are beginning to dedicate serious attention.

## REFERENCES

1. Worsowicz GM, Harian K. Regulatory changes are upon Us. PM R 2013;5:715-717.
2. Frontera WR, DeLisa JA. DeLisa's Physical Medicine and Rehabilitation, Principles and Practice. 5th ed. Philadelphia, PA: Lippincott Williams and Wilkins; 2010, 23-47, 48-79.
3. Deutsch PM. Life care planning. In: Stone JH, Blouin M, eds. International Encyclopedia of Rehabilitation. 2010. Available at http://cirrie.buffalo.edu/encyclopedia/en/article/18/#content. Accessed November 2, 2013.
4. Bonfiglio RP. In: Weed RO, Debra BE, eds. Life Care Planning and Case Management Handbook. 3rd ed. Boca Raton, FL: CRC Press; 2010, 17-25.
5. Pomeranz JL, Yu NS, Reid C. Role of function study of life care planners. J Life Care Plan 2010;9:57-88.
6. Centers for Medicare and Medicaid Services. Workers Compensation Medicare Set-Aside Arrangement Reference Guide. 2013. COBR-M03-2013-v1.3. Available at http://www.cms.gov/Medicare/Coordination-of-Benefits-and-Recovery/Workers-Compensation-Medicare-Set-Aside-Arrangements/Downloads/March-29-2013-WCMSA-Reference-Guide-Version-13-copy.pdf. Accessed December 31, 2013.
7. McPeak LA. Physiatric history and examination. In: Randall L, ed. Braddom Physical Medicine and Rehabilitation. Philadelphia, PA: WB Saunders; 1996, 3-42.
8. Law CR, Dennis MJ. The role of the pediatric physiatrist in life care planning. In: Riddick-Grisham S, Deming LA, eds. Pediatric Life Care Planning and Case Management. 2nd ed. Boca Raton, FL: CRC Press; 2011, 91-95.
9. Lacerte M, Johnson CB. Preface. Phys Med Rehabil Clin N Am 2013; 24; XV.
10. Gunn TR. In: Weed RO, Debra BE, eds. Life Care Planning and Case Management Handbook. 3rd ed. Boca Raton, FL: CRC Press; 2010, 793-797.
11. May VR, Lubinskas P. The Commission on Health Care Certification: Credentialing in life care planning service delivery. In: Weed RO, ed. Life Care Planning and Case Management Handbook. 2nd ed. Boca Raton, FL: CRC Press; 2004, 658-768.
12. Johnson CB, Weed RO. The life care planning process. Phys Med Rehabil Clin N Am 2013;24:403-417.

RESEARCH ARTICLE

# Are Adolescent Girls With a Physical Disability at Increased Risk for Sexual Violence?

ANN I. ALRIKSSON-SCHMIDT, PhD, MSPH[a]
BRIAN S. ARMOUR, PhD[b]
JUDY K. THIBADEAU, RN, MN[c]

## ABSTRACT

**BACKGROUND:** The purpose of this study was to investigate whether US female adolescents who self-reported having a physical disability or long-term health problem were more likely to report having been physically forced to have sexual intercourse than US female adolescents without a physical disability or long-term health problem.

**METHODS:** Using data from the 2005 U.S. National Youth Risk Behavior Survey (YRBS), we employed logistic regression analyses to estimate the association between physical disability (and other variables) and the risk for sexual violence among US high school girls.

**RESULTS:** Female high school students who reported a physical disability or long-term health problem were more likely to report having been physically forced to have sexual intercourse than those who did not (19.6% vs 9.4%; $\chi^2 = 14.51$, p = .003). Results from our multivariate analysis reveal that this association remained significant (adjusted odds ratio [AOR], 1.57; 95% confidence interval [CI], 1.10-2.23) after adjusting for certain demographic characteristics, physical health problems, behavioral health risks, and violent conduct.

**CONCLUSIONS:** Our findings suggest that adolescent girls in the United States with a physical disability or long-term health problem may be at increased risk for sexual violence. It is important that national efforts to reduce sexual violence consider how to address the unmet needs of children and adolescents with disabilities. As most adolescent girls spend the majority of their time in a school setting, it is of particular importance that school health professionals are aware of the current findings.

**Keywords:** child abuse and neglect; children with disabilities; public health.

**Citation:** Alriksson-Schmidt AI, Armour BS, Thibadeau JK. Are adolescent girls with a physical disability at increased risk for sexual violence? J Sch Health. 2010; 80: 361-367.

Received on February 19, 2009
Accepted on December 9, 2009

[a]Health Scientist/Senior Service Fellow, (sax3@cdc.gov), Centers for Disease Control and Prevention, National Center on Birth Defects and Developmental Disabilities, Atlanta, GA 30333.

[b]Health Scientist, (bka9@cdc.gov), Centers for Disease Control and Prevention, National Center on Birth Defects and Developmental Disabilities, Atlanta, GA 30333.

[c]Health Scientist, (csn2@cdc.gov), Centers for Disease Control and Prevention, National Center on Birth Defects and Developmental Disabilities, Atlanta, GA 30333.

Address correspondence to: Ann I. Alriksson-Schmidt, (sax3@cdc.gov), Centers for Disease Control and Prevention, National Center on Birth Defects and Developmental Disabilities, 1600 Clifton Rd, MS E-88, Atlanta, GA 30333.

Violence against children and adolescents results in persistent and adverse health effects, including morbidity, disability, and death.[1] Prevention of violence against children and adolescents should be a priority in light of its grave costs at both a personal and societal level.[2] As the vast majority of children and adolescents in the United States attend school, school health professionals are an ideal partner in violence prevention efforts. Although all children and adolescents are at risk of being the victims of violence, certain subgroups may be at increased risk and may require special consideration in violence prevention endeavors. Previous work has shown that during extreme hardships, such as civil unrest, women, children, and people with disabilities are at increased risk of becoming victims of violence.[3] However, even in the absence of strife, children and adolescents with disabilities may be at increased risk of being victims of violence. To test this hypothesis, we focused on 1 particular type of violence—sexual violence in the United States. Specifically, we investigated whether female high school students with physical disabilities or long-term (defined as 6 months or longer) health problems were more likely to report having been the victims of sexual violence than were those without. Such an assessment of the association between risk for sexual violence and disability can serve as a reminder that children and adolescents with disabilities may need to be specifically targeted in any violence prevention efforts, including efforts led or supported by the school.

Sexual violence encompasses many different types of behaviors, including completed or attempted non-consensual intercourse, other abusive sexual contact, and noncontact sexual abuse, such as verbal sexual harassment.[4] The ramifications of sexual violence tend to adversely affect a person on a mental, social, and/or physical level.[5] Several hypotheses have been postulated as to why people with disabilities may be at higher risk of experiencing sexual violence. One is that because people with disabilities are often portrayed as being powerless, they may, therefore, be perceived as less likely to resist or report sexual violence.[6] In addition, sexual perpetrators may also believe that younger victims, such as school age children, are even less likely to file a report or notify authorities of sexual violence. In many cases, people with disabilities rely on professional attendants for assistance with daily living. Such a reliance on others, although oftentimes vital and beneficial, may also increase the risk of being exposed to violence in general.[7,8] People confined to institutional care have also been found to be at increased risk for sexual violence.[9] In addition, environmental barriers such as architectural inaccessibility and lack of adaptive equipment may prevent people with physical disabilities from escaping situations in general,[10,11] possibly including situations that result in sexual violence.

There has been limited research on sexual violence against people with disabilities, and particularly on sexual violence against adolescents with physical disabilities. In 1 of the few population-based studies that focused explicitly on sexual behaviors among US adolescents with physical disabilities, 12% of 16-year-old girls with self-reported physical disabilities reported having experienced ''forced sex,'' whereas only 6% of 16-year-old girls without physical disabilities reported having done so.[12] The corresponding data were not collected from male adolescents. Results of a 1994-1996 Norwegian study of children referred for a medical examination at a pediatric hospital because of suspected sexual abuse showed that medical examiners were more likely to report that children with disabilities had ''probably been sexually assaulted'' than they were to report that children without disabilities had.[13] The study author also noted a discrepancy between the expected and the observed number of children with a severe disability who actually underwent a medical examination, raising a suspicion that children with disabilities were less likely than those without disabilities to be referred to a pediatric hospital because of suspected sexual abuse.[13] Recently, researchers in Israel conducted a large-scale study of 3- to 14-year-olds suspected of being victims of physical and/or sexual abuse from 1998 through 2004.[14] On the basis of forensic statements, they concluded that children with disabilities were underrepresented among victims of physical abuse but overrepresented among victims of sexual abuse. They also found that children with disabilities were more likely to report more intrusive abuse, abusive incidents that involved threats and force, and multiple episodes of abuse than were children without disabilities.[14]

The purpose of our study was to assess the extent to which sexual violence against female adolescents disproportionately affects those with a disability. To do so, we compared rates of forced sexual intercourse among US female high school students with self-reported physical disabilities or long-term health problems with rates among those without physical disabilities or such conditions. We hypothesized that, after controlling for variables that have been shown in the peer reviewed literature to be associated with sexual violence, adolescent girls with a disability would be significantly more likely to report having been exposed to sexual violence than their peers without disabilities.

## METHODS

### Design

The study involved an analysis of data from the 2005 US National Youth Risk Behavior Survey (YRBS) conducted by the Centers for Disease Control and Prevention (CDC) among US high school students.

The 2005 National YRBS system consists of national, state, and local school-based surveys of representative samples of 9th- through 12th-grade students in the United States (most of whom were aged 15-18 years), and has been conducted biannually since 1991. The data used in this analysis were representative of high school students enrolled in both public and private schools in the United States at the time of the survey. A comprehensive description of the background and rationale for the 2005 National YRBS and its methodology, including the questionnaire, sampling and weighting procedures, and response rates is available elsewhere.[15,16] In addition, a detailed description of the compilation and use of the 2005 National YRBS data is available online at http://www.cdc.gov/HealthyYouth/yrbs/index.htm.

### Measures

In 2005, National YRBS respondents were asked 1 disability-screening question: ''Do you have any physical disabilities or long-term health problems?'' For the purposes of our analysis, those who responded ''yes'' were considered to have a disability or long-term health problem; those who responded ''no'' or indicated they were unsure were considered not to have such a condition; and those whose responses were missing were excluded from our analysis. Assessment of respondents' experiences of sexual violence was based on their response to the question, ''Have you ever been physically forced to have sexual intercourse when you did not want to?''

### Data Analysis

In our analyses, we used chi-square analyses to compare selected demographic characteristics among respondents who reported having experienced sexual violence with characteristics among those who had not and a multivariate logistic regression model to estimate the association between physical disability or long-term health problems and risk for sexual violence. The dependent variable was an indicator variable denoting whether a respondent was ever physically forced to have sexual intercourse. Independent variables other than the presence of a physical disability or long-term health problem included demographic characteristics (high school grade [ie, 9th-12th grade] and race or Hispanic ethnicity [ie, American Indian or Alaska Native, Asian, Black, or African American, Hispanic or Latino, Native Hawaiian or Other Pacific Islander, White, multiple race Hispanic, multiple race non-Hispanic], weight problem, behavioral health risks lifetime cigarette, alcohol, inhalant, marijuana, or hard drugs [ie, cocaine, heroin, methamphetamines, and ecstasy] use); felt sad or hopeless (almost every day for $\geq 2$ weeks in a row so that they stopped

doing some usual activities); violent conduct (in a physical fight 1 or more times during the 12 months preceding the survey); and bullied (threatened or injured with a weapon on school property during the 12 months preceding the survey). The other independent variables were included because of their hypothesized or empirically supported associations with sexual violence. We classified respondents as having a weight problem if they reported themselves to be either very underweight or very overweight or if they responded ''yes'' to any of the following questions: ''During the past 30 days, did you go without eating for 24 hours or more (fasting) to lose weight or to keep from gaining weight?''; ''During the past 30 days, did you take any diet pills, powders, or liquids without a doctor's advice to lose weight or to keep from gaining weight?''; or ''During the past 30 days, did you vomit or take laxatives to lose weight or keep from gaining weight?'' It should be noted that even though we used the label weight problem, we did not have any objective measure of body mass index. We recoded all variables used in our analyses as binary variables and excluded participants with missing responses from our analyses. To account for the complex design of the 2005 National YRBS, we used the SAS-callable version of SUDAAN[17,18] in calculating weighted descriptive statistics and multivariate estimates. We considered differences in risk for sexual violence to be significant at p values $\leq .05$.

### RESULTS

Of the 7193 female adolescents in grades 9 through 12 who responded to the National YRBS in 2005, 12.5% reported having a disability or long-term health problem and 10.8% reported having been physically forced to have sexual intercourse (Table 1). Adolescent girls with a physical disability or long-term health problem were more likely to report having experienced sexual violence than those who did not (19.6% vs 9.4%, $\chi^2 = 14.51$, p = .003).

The likelihood of reporting having been physically forced to have sexual intercourse was significantly higher among female adolescents who had weight problems (16.6% vs 8.6%, $\chi^2 = 24.98$, p < .001), felt sad or hopeless (19.4% vs 5.9%, $\chi^2 = 38.89$, p < .001), lifetime cigarette use (16.9% vs 3.9%, $\chi^2 = 35.48$, p < .001), lifetime alcohol use (13.7% vs 2.5%, $\chi^2 = 34.94$, p < .001), lifetime inhalant use (21.9% vs 9.0%, $\chi^2 = 25.04$, p < .001), lifetime marijuana use (19.1% vs 6.1%, $\chi^2 = 31.76$, p < .001), lifetime hard drugs use (29.5% vs 8.5%, $\chi^2 = 23.69$, p < .001), in a physical fight in the previous 12 months (18.6% vs 7.8%, $\chi^2 = 21.18$, p < .001), and threatened or injured with a weapon on school property in the past 12 months (24.2% vs

Table 1.  **Percentage of U.S. Female High School Students Who Were Forced to Have Sexual Intercourse, by Selected Characteristics, National Youth Risk Behavior Survey (YRBS), United States, 2005**

| Characteristic | Sample (N = 7181)$^{‡§}$ (%) | Forced to Have Sexual Intercourse$^{∥}$ (N = 736)$^{‡§}$ (%) | $\chi^2$ (p-Value) |
|---|---|---|---|
| Demographics*† | | | |
| High school grade | | | 6.11 (.17) |
| 9th | 28.9 | 8.7 | |
| 10th | 25.3 | 10.7 | |
| 11th | 23.8 | 11.6 | |
| 12th | 22.0 | 12.7 | |
| Race or Hispanic ethnicity | | | 15.32 (.13) |
| American Indian or Alaska native | 1.1 | 12.9 | |
| Asian | 3.1 | 7.1 | |
| Black or African American | 13.4 | 11.5 | |
| Hispanic or Latino | 9.9 | 7.5 | |
| Native Hawaiian or other Pacific Islander | 1.0 | 23.3 | |
| White | 63.2 | 10.8 | |
| Multiple race-Hispanic | 5.3 | 13.1 | |
| Multiple race-non-Hispanic | 3.1 | 15.6 | |
| Physical disabilities or long-term health problem (other than weight) | | | 14.51 (.003) |
| Yes | 12.5 | 19.6 | |
| No | 87.5 | 9.4 | |
| Had a weight problem¶ | | | 24.98 (<.001) |
| Yes | 27.7 | 16.6 | |
| No | 72.3 | 8.6 | |
| Behavioral health risks | | | |
| Felt sad or hopeless** | | | 38.89 (<.001) |
| Yes | 36.6 | 19.4 | |
| No | 63.4 | 5.9 | |
| Lifetime cigarette use†† | | | 35.48 (<.001) |
| Yes | 52.5 | 16.9 | |
| No | 47.5 | 3.9 | |
| Lifetime alcohol use‡‡ | | | 34.94 (<.001) |
| Yes | 74.9 | 13.7 | |
| No | 25.1 | 2.5 | |
| Lifetime inhalant use§§ | | | 25.04 (<.001) |
| Yes | 13.7 | 21.9 | |
| No | 86.4 | 9.0 | |
| Lifetime marijuana use∥∥ | | | 31.76 (<.001) |
| Yes | 36.0 | 19.1 | |
| No | 64.0 | 6.1 | |
| Lifetime hard drugs use¶¶ | | | 23.69 (<.001) |
| Yes | 11.2 | 29.5 | |
| No | 88.9 | 8.5 | |
| Exhibited violent conduct | | | |
| In a physical fight*** | | | 21.18 (<.001) |
| Yes | 28.0 | 18.6 | |
| No | 72.1 | 7.8 | |
| Bullied | | | |
| Threatened or injured††† | | | 13.57 (<.01) |
| Yes | 6.0 | 24.2 | |
| No | 94.0 | 10.0 | |

*The percentage estimates were weighted to be representative of all female 9th-12th grade students who were attending public and private schools in the United States.

†In some cases, the variable description has been abbreviated. A more detailed description of each variable can be found in the supplemental appendix and is also available online at http://www.cdc.gov/HealthyYouth/yrbs/index.htm.

‡Unweighted counts in parentheses.

§Unweighted counts do not sum to sample total because students with missing information regarding reported sexual violence were omitted.

∥When they did not want to.

¶Respondents were classified as having a weight problem if they self-reported at least 1 of the following: being very underweight, being very overweight, having gone without eating for 24 hours or more during the previous 30 days (ie, having fasted), having taken diet pills, powders, or liquids without a doctor's advice to lose weight during the previous 30 days; having vomited or taken laxatives to lose weight or keep from gaining weight during the previous 30 days.

**Almost every day for ≥2 weeks in a row so that they stopped doing some usual activities.

††Ever tried smoking, even 1 or 2 puffs.

‡‡Had at least 1 drink of alcohol on ≥1 day during their life.

§§Sniffed glue, breathed the contents of aerosol spray cans, or inhaled any paints or sprays to get high 1 or more times during their life.

∥∥Used marijuana 1 or more times during their life.

¶¶Used cocaine, heroin, methamphetamines, or ecstasy, 1 or more times during their life.

***One or more times during the 12 months preceding the survey.

†††Threatened or injured with a weapon on school property during the 12 months preceding the survey.

Table 2.  Likelihood of US Female High School Students Having Been Forced to Have Sexual Intercourse,* by Selected Characteristics and Risk Factors, National Youth Risk Behavior Survey, United States, 2005

| Variable[†] (Referent Group) | Adjusted Odds Ratios (95% Confidence Intervals) |
|---|---|
| Demographic characteristics | |
| High school grade (12th grade) | |
| 9th | 0.63 (0.44, 0.89) |
| 10th | 0.76 (0.52, 1.12) |
| 11th | 0.81 (0.63, 1.04) |
| Race or ethnicity (non black or white race) | |
| Black or African American | 1.31 (0.89, 1.93) |
| White | 1.09 (0.84, 1.42) |
| Physical health problems | |
| Physical disabilities or long-term health problem (no physical disabilities or long-term health problems) | 1.57 (1.10, 2.23) |
| Weight problem[‡] (no weight problem) | 1.16 (0.91, 1.49) |
| Behavioral health risks | |
| Lifetime cigarette use[§] (no lifetime cigarette use) | 2.32 (1.52, 3.54) |
| Lifetime alcohol use[‖] (no lifetime alcohol use) | 2.28 (1.27, 4.10) |
| Lifetime inhalant use[¶] (no lifetime inhalant use) | 1.29 (0.99, 1.68) |
| Lifetime marijuana use** (no lifetime marijuana use) | 1.27 (0.92, 1.76) |
| Lifetime hard drugs use[††] (no lifetime hard drugs use) | 1.81 (1.33, 2.47) |
| Felt sad or hopeless[‡‡] (did not feel sad or hopeless) | 2.11 (1.58, 2.82) |
| Exhibited violent conduct | |
| In a physical fight[§§] (not in a physical fight) | 1.54 (1.15, 2.06) |
| Bullied | |
| Threatened or injured[‖‖] | 1.42 (0.92, 2.18) |

*When they did not want to.

[†]In some cases, the variable description has been abbreviated. A more detailed description of each variable can be found in the supplemental appendix and is also available online at http://www.cdc.gov/HealthyYouth/yrbs/index.htm.

[‡]Weight problem was defined as self-reporting at least 1 of the following; being very underweight, being very overweight, having gone without eating for 24 hours or more during the past 30 days (ie fasting), taken diet pills, powders, or liquids without a doctor's advice to loose weight during the past 30 days; vomited or taken laxatives to loose weight or keep from gaining weight during the past 30 days.

[§]Ever tried smoking, even 1 or 2 puffs.

[‖]Had at least 1 drink of alcohol on ≥1 day during their life.

[¶]Sniffed glue, breathed the contents of aerosol spray cans, or inhaled any paints or sprays to get high 1 or more times during their life.

**Used marijuana 1 or more times during their life.

[††]Used cocaine, heroin, methamphetamines, or ecstasy, 1 or more times during their life.

[‡‡]Almost every day for ≥2 weeks in a row so that they stopped doing some usual activities.

[§§]One or more times during the 12 months preceding the survey.

[‖‖]Threatened or injured with a weapon on school property during the 12 months preceding the survey.

10.0%, $\chi^2 = 13.57$, p < .01) than among those who had not.

As shown in Table 2, female high school students with physical disabilities or long-term health problems (the key variable of interest) were significantly more likely than those without to have been physically forced to have sexual intercourse (adjusted odds ratio [AOR]: 1.57; 95% confidence interval [CI]: 1.10-2.23).

We also found that 9th-grade students were at significantly lower risk of being forced to have sexual intercourse than 12th-grade students (AOR: 0.63; 95% CI: 0.44-0.89). Behavioral and health factors significantly associated with an increased risk of being forced to have sex were lifetime cigarette use (AOR: 2.32; 95% CI: 1.52-3.54), lifetime alcohol use (AOR: 2.28; 95% CI: 1.27-4.10), lifetime hard drugs use (AOR: 1.81; 95% CI: 1.33-2.47), having felt sad or hopeless (AOR: 2.11; 95% CI: 1.58-2.82), and having exhibited violent conduct (AOR: 1.54; 95% CI: 1.15-2.18).

## DISCUSSION

Our primary finding in this study was that adolescent girls with a physical disability or long-term health problem were more likely to experience sexual violence than those without a physical disability. It should be noted that we used a strict definition of sexual violence (ie, ''physically forced to have sexual intercourse'') rather than the broader definition of sexual violence used, for example, in the World Health Organization's (WHO) 2002 World Report on Violence and Health sexual violence (ie, ''any sexual act, attempt to obtain a sexual act, unwanted sexual comments or advances, or acts to traffic, or otherwise directed, against a person's sexuality using coercion, by any person regardless of their relationship to the victim, in any setting, including but not limited to home and work''[2]). If we had been able to use this broader definition, we likely would have found that a substantially higher percentage of all US high school girls had experienced sexual violence.

Previous estimates of the percentage of people with disabilities who have been victims of sexual violence have differed because of differences in the study methodology used, including differences in the definitions of disability and/or sexual violence, the types of disability included, the onset of disability, the means of data collection, the age groups studied, the time span covered, and possibly selective participation and response biases.[19] However, despite differences in reported estimates of the prevalence of sexual violence arising from such methodological variations, study results have consistently shown that children and adolescents with disabilities are exposed to sexual violence at higher rates than children and adolescents without disabilities.[12,14,20] It is striking that girls with a self-reported physical disability, as a group, are still twice as likely (19.6% vs 9.4%) to report having been forced to have sexual intercourse compared to girls who did not report a physical disability, just as they were 10 years ago (12% vs 6%).[12]

**Limitations**

We found a significant association between sexual violence and disability status among US high school girls even after controlling for other risk factors for sexual violence. These findings may surprise some, as youth with disabilities have been described as overprotected by their parents and, consequently, it may be believed that they would be at decreased risk for experiencing sexual violence. Although the cross-sectional nature of our study prevented us from determining causality, it is likely that at least some of these factors that we controlled for (eg feeling sad or hopeless) might, for some study participants, result from having been a victim of sexual violence. This is a direction for future work. Our study was also limited by a lack of information on the severity, permanence, duration, and cause of the disability reported by the 2005 National YRBS participants, as well as the times when sexual violence occurred. However, although we were not able to assess the extent to which these variables affected the association between disability status and risk for sexual violence, our use of data from a population-based nationally representative survey allowed us to produce results that are generalizable to the entire population of female high school students in the United States. In addition, no information was available about the perpetrator. In terms of prevention efforts, it would have been useful to know if the sexual violence was primarily perpetrated by, for example, fellow students. Another possible limitation to the study is that both the disability status of the 2005 National YRBS participants and their history of experiencing sexual violence were based on self-reports and thus subject to possible misclassification.[16] For example, it is possible that some of the participants who had a physical disability or long-term health problem reported that they did not. However, we know of no convincing reason why adolescent girls would describe themselves as having a physical disability or a long-term health problem if they did not or why those with physical disabilities would systematically be more prone than those without to misreport whether they had experienced sexual violence. In addition, although we did not attempt to assess the association between disability and risk for sexual violence among male adolescents (because the number of male participants in the 2005 National YRBS participants who reported being physically forced to have sexual intercourse was too small), results from a previous study have shown that proportionally more boys with disabilities have been victims of sexual violence than have those who do not have disabilities.[21] Future research on disability and adolescent sexual violence should include boys.

## IMPLICATIONS FOR SCHOOL HEALTH PROFESSIONALS

The results of our study clearly suggest an association between adolescent girls with a disability (or long-term health problem) and sexual violence. We know from other studies that the consequences of sexual violence include death, pregnancy, gynecological problems, sexually transmitted diseases, depression, behavioral problems, posttraumatic stress disorder, somatic complaints, tobacco consumption, social isolation, and suicidal behavior.[2,22] All these negative consequences are not only detrimental to the adolescent girl on a direct personal level, but are likely to have long-term consequences on school performance. Poor school performance will negatively influence an adolescent's educational or vocational options after graduating from school.

An increasing number of students with disabilities are mainstreamed and it is important that school health professionals and administrators are aware that these children are at increased risk for sexual abuse. School health professionals, such as school psychologists or school nurses, can be instrumental in identifying, treating, and possibly referring to other professionals and adolescents who have been exposed to sexual violence. Moreover, it is important that educational efforts to reduce sexual violence include children and adolescents with disabilities. School health professionals are vital in preventing or reducing exposure to sexual violence by, for example, providing adapted education materials that are inclusive and tailored to special needs of adolescents with disabilities. Thus, it is important that any intervention initiated or approach undertaken to prevent or reduce exposure to sexual violence should be accessible, understandable, and available in alternative formats (eg, large print or Braille).

**Human Subjects Approval Statement**

The CDC's institutional review board (IRB) granted clearance for the National YRBS. An IRB exemption issued by the Human Research Protection Office was obtained for this study.

**Disclaimer**

The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the Centers for Disease Control and Prevention.

## REFERENCES

1. Mock C, Peden M, Hyder AA, Butchart A, Krug, E. Child injuries and violence: the new challenge for child health. *Bull World Health Organ*. 2008;86:420.
2. Krug EG, et al., eds. *World Report on Violence and Health*. Geneva, Switzerland: World Health Organization; 2002.
3. Okasha A. Mental health and violence: WPA Cairo declaration—international perspectives for intervention. *Int Rev Psychiatry*. 2007;19:193-200.
4. Basile KC, Saltzman LE. *Sexual Violence Surveillance: Uniform Definitions and Recommended Data Elements, version 1.0.* Atlanta, GA: Centers for Disease Control and Prevention; 2002. Available at: www.cdc.gov/ncipc/pub-res/sv_surveillance/sv.htm. Accessed.
5. Kwam MH, Braathen SH. ''I thought... maybe this is my chance'': Sexual abuse against girls and women with disabilities in Malawi. *Sex Abuse*. 2008;20:5-24.
6. Martin S, Ray N, Sotres-Alvarez D, et al. Physical and sexual assault of women with disabilities. *Violence Against Women*. 2006;12:823-837.
7. Mansell S, Sobsey D, Wilgosh L, Zawallich A. The sexual abuse of young people with disabilities: treatment considerations. *Int J Adv Couns*. 1996;19:293-302.
8. Hibbard RA, Desch LW. American Academy of Pediatrics Committee on Child Abuse and Neglect, American Academy of Pediatrics Council on Children with Disabilities. Maltreatment of children with disabilities. *Pediatrics*. 2007;119:1018-1025.
9. Putnam FW. Ten-year research update review: Child sexual abuse. *J Am Acad Child Adolesc Psychiatry*. 2003;42:269-278.
10. Young ME, Nosek MA, Howland C, Chanpong G, Rintala DH. Prevalence of abuse among women with physical disabilities. *Arch Phys Med Rehabil*. 1997;78:S34-S38.
11. Hassouneh-Philips D, Curry MA. Abuse of women with disabilities: state of the science. *RCB*. 2002;45:96-104.
12. Cheng MM, Udry JR. Sexual behaviors of physically disabled adolescents in the United States. *J Adolesc Health*. 2002;31:48-58.
13. Kwam MH. Is sexual abuse of children with disabilities disclosed? A retrospective analysis of child disability and the likelihood of sexual abuse among those attending Norwegian hospitals. *Child Abuse Negl*. 2000;24:1073-1084.
14. Hershkowitz I, Lamb ME, Horowitz D. Victimization of children with disabilities. *Am J Orthopsychiatry*. 2007;77:629-635.
15. Centers for Disease Control and Prevention. 2005 Youth Risk Behavior Survey. Available at: http://www.cdc.gov/yrbss. Accessed May 28, 2008.
16. Brener ND, Kann L, Kinchen SA, et al. Methodology of the youth risk behavior surveillance system. *MMWR Recomm Rep*. 2004;53:1-13.
17. Research Triangle Institute. *SUDAAN Example Manual, Release 9.0.* Research Triangle Park, NC: Research Triangle Institute; 2004.
18. SAS Institute. *SAS Software, version 9.1 of the SAS System for Windows*. Cary, NC: SAS Institute Inc; 2002-2003.
19. Gorey KM, Leslie DR. The prevalence of child sexual abuse: integrative review adjustment for potential response and measurement biases. *Child Abuse Negl*. 1997;21:391-398.
20. Sullivan PM, Knutson JF. Maltreatment and disabilities: a population-based epidemiological study. *Child Abuse Negl*. 2000;24:1257-1273.
21. Sobsey D, Randall W, Parrila RK. Gender differences in abused children with and without disabilities. *Child Abuse Negl*. 1997;21:707-720.
22. Cohen MM, Maclean H. Violence against Canadian women. *BMC Womens Health*. 2004;4:S22.

Matern Child Health J (2013) 17:1088–1094
DOI 10.1007/s10995-012-1091-y

# Dating Violence and Associated Health Risks Among High School Students with Disabilities

Monika Mitra · Vera E. Mouradian ·
Maria McKenna

Published online: 11 August 2012
© Springer Science+Business Media, LLC 2012

**Abstract**   Children with disabilities are at a higher risk for various forms of violence including sexual violence, bullying, and physical violence compared to those without disabilities. However there are no studies documenting the prevalence of dating violence amongst a population-based sample of adolescents with disabilities. The purpose of this study is to assess the prevalence of dating violence victimization against high schools students with and without disabilities and to examine associations of dating violence with health risks by disability status among high school girls. Data from the 2009 Massachusetts Youth Health Survey were analyzed in 2011 using bivariate and multivariate logistic regression. Among high school students who had ever been on a date, girls (25.9 %, 95 % CI 19.9–31.5) and boys (9.1 %, 95 % CI 5.8–12.4) with disabilities were more likely than girls (8.8 %, 95 % CI 6.8–10.8) and boys (4.5 %, 95 % CI 3.1–5.8) without disabilities to report dating violence. Multivariate analyses indicated that high school girls with disabilities who experienced dating violence were more likely to report feeling sad or hopeless for 2 weeks or more in the past year, suicide ideation in the past 12 months, and drug use in the past 30 days compared to those with disabilities who did not report dating violence and those without disabilities who reported and did not report dating violence. High school students with disabilities are at a greater risk for dating violence victimization compared to those without disabilities and high school girls with disabilities who experience dating violence are at increased risk for experiencing poor mental health outcomes and substance abuse.

**Keywords**   Disability · Dating violence · Violence · Suicide ideation · Substance abuse · Intimate partner violence

## Introduction

Dating violence, defined as physical, sexual, and/or psychological/emotional violence within a dating relationship is a key public health concern for adolescents [1]. Approximately one in eleven high school teens in the United States report being a victim of physical abuse from a dating partner [1] and one in five high school girls report physical or sexual abuse from a dating partner [2]. Dating violence is linked to an elevated risk for multiple health concerns among adolescents including alcohol, tobacco, and drug use, use of unhealthy weight control methods, pregnancy, suicide ideation and attempted suicide [2] and post-traumatic stress disorder, and depression [3].

Across the lifespan, persons with disabilities are at an increased risk for violence compared to those without disabilities [4–10]. In particular, children and adolescents with disabilities are at a high risk for various forms of violence including sexual violence, bullying, and physical violence [11–14]. Adolescent girls with physical disabilities or long term health problems are at an increased risk for sexual violence [15]. In 2002, Cheng and Udry [16] demonstrated

M. Mitra (✉)
Center for Health Policy and Research/Department of Family Medicine and Community Health, University of Massachusetts Medical School, 333 South Street, Shrewsbury, MA 01545, USA
e-mail: monika.mitra@umassmed.edu

V. E. Mouradian
Division of Violence and Injury Prevention, Massachusetts Department of Public Health, 250 Washington St, Boston, MA, USA

M. McKenna
Health Survey Program, Massachusetts Department of Public Health, 250 Washington St, Boston, MA, USA



Matern Child Health J (2013) 17:1088–1094

that US adolescent girls and boys with physical disabilities were significantly more likely to have experienced "forced sex" compared to those without physical disabilities. ==Children with special health care needs, particularly those with a functional limitation or a behavioral, emotional, or developmental disability, were more likely than children without special health care needs to have been bullied.== However, to our knowledge there are no studies documenting the prevalence of dating violence among a population-based sample of adolescents with disabilities. In this study, we document the prevalence of dating violence among a representative sample of Massachusetts high school students with and without disabilities by sex. In addition, we examine the associations between dating violence and selected health indicators among high school girls by disability status, in particular, the relationship between dating violence and substance use, depression, and suicide ideation.

Given the prior evidence of the relationship between other types of violence and disability among adolescents and the association between violence and poor health in the general population, we hypothesize that (1) high school students, with disabilities, will be more likely than those without disabilities to be exposed to dating violence, and (2) the confluence of dating violence victimization and disability status will be associated with poorer mental health outcomes and health risk indicators for dating violence survivors, with disabilities than for those without.

## Methods

### Subjects

The Massachusetts Youth Health Survey (MYHS) is an anonymous, biennial school-based survey. In 2009, it was conducted in 52 public high schools across the state from January to June. At each administration, it was completed during one class period. The sample consisted of 2,948 high school students.

MYHS employs a two-stage cluster sample design. In the first stage, schools were randomly selected to participate. The probability of selection was proportional to the number of students enrolled. In the second sampling stage, classes within schools were randomly selected for participation. Schools were supplied with a letter that they sent to the parent/guardian of all students in the selected classes. The letter informed parents of the survey and included instructions for any parent wishing to have his/her child exempted from the survey. A copy of the questionnaire was made available for any parent/guardian wishing to preview it prior to allowing his/her child to participate. All students, without parental exemption, who were enrolled in the selected classes and present on the day of the survey administration, were invited to participate.

Data from the completed surveys were weighted to adjust for school non-response, student non-response, and the distribution of students by grade, sex, and race/ethnicity. In 2009, the school cooperation rate was 76.5 %. The response rate among students was 87.2 % using the AAPOR response rate definition (see http://www.aapor.org/Standard_Definitions/2687.htm for standard response rate calculation). The overall response rate was 66.7 %. The MYHS methodology was reviewed and approved by the University of Massachusetts Boston Institutional Review Board.

### Instruments/Measures

In addition to questions on disability status and experiences with dating violence, the 2009 MYHS survey contained questions on demographics (age, sex, grade, race/ethnicity), mental and physical health, suicide ideation, experiences with violence, and substance use, and unhealthy strategies used to lose or maintain weight. Students who responded, "Yes" to either of the two questions "Do you have any physical disabilities or long-term health problems?" or "Do you have any long-term emotional problems or learning disabilities?" were considered to have a disability. Instructions just preceding these questions stated that long-term refers to difficulties that have lasted or are expected to last 6 months or longer. Due to sample size restrictions we did not analyze separately the associations of health status and health risk behavior indicators by type of disability.

MYHS participants who responded positively to the question "Have you ever been hurt physically by a date or someone you were going out with? (include being hurt by being shoved, slapped, hit, kicked, or forced into any sexual activity)" were classified as ever having experienced dating violence. Those who either responded that "I have never been on a date or gone out with anyone" or skipped the question were excluded from the analyses of dating violence (N = 436).

Survey participants were asked their age (response options ranged from 11 years old or younger to 18 years old or older), sex (girl or boy), and what grade they were in. They were also asked if they are Hispanic or Latino (yes or no) and which race(s) they considered themselves to be (response options: American Indian or Alaskan Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, White). Due to sample size restrictions, responses to the race and Hispanic/Latino questions were collapsed into two categories, White non-Hispanic and other.

Items assessing depression, suicide ideation, self-injury, alcohol use, tobacco use, drug use, general health status, and unhealthy weight loss/maintenance were also included in the analyses.



Matern Child Health J (2013) 17:1088–1094

Data Analysis

Bivariate analyses were conducted to examine demographic characteristics of the sample overall and by disability status and to compare the prevalence of dating violence among those who had dated by disability status. Variability of point estimates of weighted proportions was indicated by 95 % CI. Adjusted odds ratios (aORs) of having experienced dating violence by disability status were calculated overall and for girls and boys using logistic regression with disability status as the main predictor variable and age and race/ethnicity as covariates (Tables 1, 2).

Due to sample size restrictions, only high school girls were included in the analysis of dating violence victimization and other health indicators. Disability status and dating violence were combined into one variable with four mutually exclusive categories: no disability-no dating violence, no disability-dating violence, disability-no dating violence, and disability-dating violence. Adjusted odds ratios for several health states and behaviors of interest were calculated using logistic regression with this new variable as the main predictor, age and race/ethnicity as covariates, and no disability-no dating violence as the reference group (Table 3). Further contrasts were performed comparing girl students with a disability who experienced dating violence to girls with a disability who did not experience dating violence.

## Results

### Study Population

Boys (50.8 %, 95 % CI 48.0–53.5) and girls (49.2 %, 95 % CI 46.5–52.0) were nearly equally represented in the 2009 MA-YHS high school sample. The majority were white (71.8 %, 95 % CI 64.1–79.4) and between the ages of 15 and 17 (74.2 % 95 % CI 70.7–77.7). Overall, 26.2 % (95 % CI 23.7–28.8) of MA-YHS high school respondents reported having a disability. Among boys, 23.8 % (95 % CI 20.6–27.0) reported having a disability compared to 28.4 % (95 % CI 25.2–31.7) of girl respondents (Table 1).

### Dating Violence by Disability and Gender

Students with a disability (15.4 %, 95 % CI 12.5–18.3) were no more likely than students without a disability (13.7 %, 95 % CI 11.8–15.6) to report that they had never been on a date. Of the 85.3 % (95 % CI 83.5–87.1) of high school students who had ever been on a date, 10.3 % (95 % CI 8.9–11.7) reported ever having experienced dating violence. Among girls, 14.5 % (95 % CI 12.0–17.0) had experienced dating violence versus 6.2 % (95 % CI 4.9–7.4) of boys.

Respondents who reported a disability (18.1 %, 95 % CI 15.3–21.0) were more likely than those without disabilities

**Table 1** Demographic characteristics of Massachusetts high school students with and without disabilities

|  | With disabilities | | | Without disability | | |
|---|---|---|---|---|---|---|
|  | N | Percent | 95 % CI | N | Percent | 95 % CI |
| Age |  |  |  |  |  |  |
| 14 | 63 | 10.3 | 6.5–14.0 | 215 | 12.2 | 9.1–15.2 |
| 15 | 158 | 25.4 | 20.1–30.8 | 426 | 23.3 | 19.6–27.0 |
| 16 | 167 | 26.5 | 22.0–31.1 | 458 | 24.0 | 20.6–27.4 |
| 17 | 167 | 24.0 | 18.6–29.5 | 528 | 26.5 | 23.2–29.8 |
| 18 | 95 | 13.7 | 10.4–16.9 | 297 | 14.1 | 10.9–17.3 |
| Sex |  |  |  |  |  |  |
| Boys | 280 | 46.6 | 41.6–51.7 | 960 | 52.6 | 49.7–55.5 |
| Girls | 359 | 53.4 | 48.3–58.4 | 936 | 47.4 | 44.5–50.3 |
| Race/ethnicity |  |  |  |  |  |  |
| White non-Hispanic | 468 | 78.5 | 72.8–84.1 | 1,238 | 71.0 | 62.7–79.3 |
| Other | 167 | 21.5 | 15.9–27.2 | 667 | 29.0 | 20.7–37.3 |
| Grade |  |  |  |  |  |  |
| 9 | 147 | 25.7 | 18.8–32.7 | 462 | 26.3 | 20.7–31.9 |
| 10 | 192 | 29.0 | 22.8–35.2 | 461 | 23.6 | 18.8–28.5 |
| 11 | 161 | 24.2 | 17.7–30.8 | 468 | 25.2 | 19.5–31.0 |
| 12 | 149 | 21.0 | 14.9–27.1 | 533 | 24.8 | 19.4–30.2 |

**Table 2** Dating violence victimization among high school boys and girls with and without disabilities[a]

| Dating violence | With disabilities | | Without disability | | Adj. OR[b] (95 % CI) | p value |
|---|---|---|---|---|---|---|
|  | n | % (95 % CI) | n | % (95 % CI) |  |  |
| Overall MA high school students | 552 | 18.1 (15.3–21.0) | 1,661 | 6.4 (5.1–7.7) | 3.4 (2.6–4.4) | <0.0001 |
| Boys | 235 | 9.1 (5.8–12.4) | 830 | 4.5 (3.1–5.8) | 2.5 (1.5–4.0) | 0.0002 |
| Girls | 306 | 25.9 (19.9–31.9) | 802 | 8.8 (6.8–10.8) | 3.6 (2.6–5.2) | <0.0001 |

[a] Calculated among those who had ever dated

[b] Adjusted odds ratios were calculated controlling for age and race/ethnicity



Matern Child Health J (2013) 17:1088–1094

1091

**Table 3** Association between health indicators and dating violence among high school girls in Massachusetts, AOR (95 % CI)

| Health indicators | Adjusted odds ratio (95 % CI)[a] | | | | *p* value[c] |
|---|---|---|---|---|---|
| | With disabilities | | Without disabilities | | |
| | No dating violence | Dating violence | No dating violence | Dating violence | |
| Feeling sad or hopeless for 2 weeks or more in past 12 months | 2.5 (1.7–3.7) | 7.2 (4.6–11.1) | 1.0 | 2.3 (1.3–4.0) | <0.0001 |
| Seriously considered suicide in past 12 months | 4.1 (2.5–6.5) | 11.5 (7.4–18.0) | 1.0 | 2.4 (1.2–4.9) | <0.0001 |
| Intentional self-injury in past 12 months | 4.5 (3.1–6.5) | 9.6 (6.0–15.2) | 1.0 | 5.9 (3.0–11.5) | <0.0001 |
| Alcohol use in past 30 days | 1.0 (0.7–1.3) | 4.2 (2.1–8.5) | 1.0 | 1.9 (1.1–3.3) | 0.0003 |
| Drug use in past 30 days | 1.4 (1.0–2.2) | 6.2 (4.0–9.4) | 1.0 | 2.0 (1.2–3.3) | <0.0001 |
| Smoked cigarettes in past 30 days | 2.4 (1.6–3.6) | 7.7 (4.4–13.5) | 1.0 | 4.2 (2.3–7.7) | <0.0001 |
| Fair or poor general health | 3.5 (2.1–5.8) | 4.2 (2.1–8.5) | 1.0 | 0.6 (0.2–2.1) | 0.0026 |
| Unhealthy methods to lose or maintain weight[b] | 2.1 (1.4–3.2) | 5.7 (3.2–10.1) | 1.0 | 3.1 (1.6–6.3) | <0.0001 |

[a] Adjusted odds ratios were calculated controlling for age and race/ethnicity

[b] Students who responded 'Yes' to doing one or more of the following at least once to lose or maintain weight: fast, vomit or throw up on purpose after eating, take diet pills without a doctor's permission, or take laxatives

[c] *p* values refer to the comparison between those girls with both a disability and experience with dating violence and those without disabilities and experience of dating violence victimization

(6.4 %, 95 % CI 5.1–7.7) to have reported ever having experienced dating violence. Among girls, those with disabilities (25.9 %, 95 % CI, 19.9–31.9) were more likely than those without disabilities (8.8 %, 95 % CI 6.8–10.8) to have reported ever experiencing dating violence. Similarly, boys with disabilities were more likely to report dating violence (9.1 %, 95 % CI, 5.8–12.4) compared to their counterparts without disabilities (4.5 %, 95 % CI, 3.1–5.8; Table 2).

After controlling for age and race/ethnicity, high school students with disabilities were more likely to have experienced dating violence compared to those without disabilities (aOR 3.4, 95 % CI, 2.6–4.4). This was true for both boys (aOR 2.5, 95 % CI, 1.5–4.0) and girls (aOR 3.6, 95 % CI, 2.6–5.2) with disabilities (Table 2).

### Dating Violence, Disability and Associated Health Risks Among Girl High School Students

After controlling for demographic characteristics, among those who had ever been on a date, high school girls with disabilities, who experienced dating violence victimization were more likely to report feeling sad or hopeless for two or more weeks of the year (aOR = 7.2, 95 % CI 4.6–11.1), seriously considering suicide for two or more weeks of the year (aOR = 11.5, 95 % CI 7.4–18.0), intentional self-injury (aOR = 9.6, 95 % CI 6.0–15.2), using alcohol in the past 30 days (aOR = 4.2, 95 % CI 2.1–8.5), using drugs during the past month (aOR = 6.2, 95 % CI 4.0–9.4), smoking cigarettes in past 30 days (aOR = 7.7, 95 % CI 4.4–13.5), fair to poor general health (aOR = 4.2, 95 % CI 2.1–8.5), and unhealthy weight maintenance strategies

(aOR = 5.7, 95 % CI = 3.2–10.1) compared to those without disabilities who did not experience dating violence (Table 3).

Similarly, when compared to those without disabilities who experienced dating violence, girls with disabilities who experienced dating violence were more likely to report feeling sad or hopeless (aOR = 3.1, 95 % CI 1.6–6.0), seriously considering suicide (aOR 4.7, 95 % CI 2.3–9.9), and drug use in past 30 days (aOR = 3.1, 95 % CI 1.5–6.1; Table 4). No statistically significant differences were found between girls with disabilities, who reported dating violence victimization and those, without disabilities, who reported dating violence in alcohol use, current smoking, or fair to poor general health (Table 4).

In addition, girl high school students with disabilities who experienced dating violence were more likely to report feeling sad or hopeless (aOR = 2.8, 95 % CI 1.6–4.9), seriously considering suicide (aOR = 2.8, 95 % CI 1.6–4.9), intentional self-injury (aOR = 2.1, 95 % CI 1.3–3.6), drug use (aOR = 4.3, 95 % CI 2.4–7.5), current cigarette use (aOR = 3.2, 95 % CI = 1.6–6.3), and using unhealthy methods to lose or maintain weight (aOR = 2.7, 95 % CI 1.5–4.7) compared to girl high school students with disabilities who did not report dating violence victimization (Table 4).

### Discussion

Girls and boys with disabilities in this study were more likely to experience physical and sexual dating violence compared to those without disabilities. Among those who



**Table 4** Association between health indicators, disability and dating violence among high school girls, aOR (95 % CI)

| Health indicator | Disability and dating violence versus no disability and dating violence | | | Disability and dating violence versus disability and no dating violence | | |
|---|---|---|---|---|---|---|
| | aOR[a] | 95 % CI | *p* value | aOR[a] | 95 % CI | *p* value |
| Feeling sad or hopeless for 2 weeks or more in past 12 months | 3.1 | 1.6–6.0 | 0.0006 | 2.8 | 1.6–4.9 | 0.0002 |
| Seriously considered suicide in past 12 months | 4.7 | 2.3–9.9 | <0.0001 | 2.8 | 1.6–4.9 | 0.0002 |
| Intentional self-injury in past 12 months | 1.6 | 0.8–3.4 | 0.1776 | 2.1 | 1.3–3.6 | 0.0038 |
| Alcohol use in past 30 days | *2.2* | *0.9–5.0* | *0.0587* | *4.4* | *2.2–9.1* | *<0.0001* |
| Drug use in past 30 days | 3.1 | 1.5–6.1 | 0.0013 | 4.3 | 2.4–7.5 | <0.0001 |
| Smoked cigarettes in past 30 days | *0.6* | *0.0–1.4* | *0.1329* | 3.2 | 1.6–6.3 | 0.0006 |
| Fair or poor general health | *6.8* | *1.8–26.0* | *0.0052* | 1.2 | 0.6–2.6 | 0.6066 |
| Unhealthy methods to lose or maintain weight[b] | 1.8 | 0.9–3.8 | 0.1069 | 2.7 | 1.5–4.7 | 0.0005 |

Data in italics have relative standard errors of >30 % and should be interpreted with caution

[a] Adjusted odds ratios were calculated controlling for age and race/ethnicity

[b] Students who responded 'Yes' to doing one or more of the following at least once to lose or maintain weight: fast, vomit or throw up on purpose after eating, take diet pills without a doctor's permission, or take laxatives

have dated, almost one out of five high school youth with disabilities (18.1 %) report dating violence compared to 6.4 % of youth without disabilities. One out of four girls (25.9 %) and almost one out of ten boys with disabilities report dating violence. In multivariate analysis, after adjusting for demographic characteristics, high school girls with disabilities were significantly more likely to be at risk for poorer health outcomes compared to those without disabilities and those with disabilities who did not experience dating violence. The findings from this study are consistent with earlier studies that have shown that children and youth with disabilities are at higher risk for multiple forms of violent victimization including sexual violence and sexual abuse [11, 14], bullying and peer victimization [17, 18], and physical abuse [19].

This study advances the literature on violence and abuse against youth with disabilities by documenting the prevalence of dating violence among high school students with disabilities and by highlighting that youth with disabilities of both genders are at increased risk of dating violence. Girls with disabilities were 3.6 times more likely to experience dating violence than girls without disabilities. Remarkably, the rate of dating violence against boys with disabilities was comparable to that against girls without disabilities (9.1 % compared to 8.8 %). Mitra et al. [9] found a similar pattern of associations for sexual violence victimization among adults.

High school girls with disabilities who reported dating violence victimization were found to be at a significantly higher risk than other girls for a wide range of health outcomes. High school girls who had experienced both disability and dating violence were at greater risk than other high school girls of drug use, feeling sad or hopeless for 2 weeks or more, and seriously considering suicide. These associations remained after controlling for

select demographic characteristics. Similar associations could well exist for high school boys with disabilities who report dating violence. However due to sample size restrictions we could not conduct a similar analysis for boys. Nonetheless, the findings from this study are consistent with previous studies that have demonstrated links between dating violence and health risk behaviors and adverse mental health status among adolescents in the general population [2–4]. Our study also supports findings from prior studies on the association between intimate partner violence (IPV) and associated health concerns among adult women with disabilities [6].

Further research is needed to explore the context and course of dating violence, and its impact on persons with disabilities. Research on the multiple forms of dating violence experienced by those with disabilities and on whether the nature of disability affects the likelihood, course, and impact of dating violence are critical next steps. Also vital is the inclusion of demographic questions that identify adolescents with disabilities in large representative health surveys such as the Youth Risk Behavior Surveillance System (YRBSS), as well as in other types of research. Inclusion of such indicators would enable national and state-wide examination of priority health-risk behaviors and experiences among high school youth with disabilities.

The finding that students with disabilities are especially at risk for experiencing dating violence has implications for IPV intervention and prevention programming. Those who provide intervention services for survivors of IPV, at any age, need to ensure that their facilities and the content of their services are accessible and/or adaptable to the needs of persons with disabilities. Consultation with those who specialize in services to persons with disabilities and cross-training opportunities should be pursued to better meet the needs of dating violence survivors with disabilities.

Matern Child Health J (2013) 17:1088–1094                                                                                                1093

Considering the consistency with which girls with disabilities who also had experienced dating violence were found to differ from other girls in risk for drug use, depressive symptomatology, and seriously considering suicide, adults who work with adolescent girls including school health professionals should screen for these associated risks and provide referrals to appropriately-trained professionals. Violence prevention and intervention trainings designed for adolescents with disabilities need to be developed, and school personnel who may have contact with students with disabilities need to be trained. Students with disabilities should be made aware of services and of the physical and communication accessibility of those services. The increasingly common prevention work that is offered in middle and high schools classrooms and assemblies and in out-of-school programs should be constructed with an eye to maximum accessibility. Additionally prevention programming should be designed for contexts in which young people with disabilities who are not in regular classroom settings may be found.

## Limitations

The findings of this study should be interpreted with the following limitations in mind. First MYHS methodology precludes anyone from participating who needs assistance in completing the interview due to cognitive, developmental, or other disabilities. As a result, students with certain disabilities may not be represented in this sample. In addition, due to sample size restrictions, we were not able to analyze physical disabilities and emotional or learning disabilities separately and the prevalence of dating violence may differ by the type and nature of the disability. The question on dating violence does not include emotional/psychological aspects of dating violence or stalking, and the specificity of its wording may cause students to discount categories of physical and sexual abuse not explicitly named in the question. For these reasons, it is likely that dating violence is underreported in this study. Because the MYHS is a public school-based survey, youth not in public schools or not in school at all, are not represented. Furthermore, conclusions about causality cannot be drawn using these data, as the MYHS utilizes a cross-sectional survey design. The MYHS data are based on self-report and are subject to the biases of self reported data, including underreport or over-report of disability status and experiences of dating violence and difficulty remembering the frequency or time frame of events.

## Conclusion

This study offers a first examination of the prevalence of dating violence among a representative sample of high school girls and boys with disabilities. The results of the study highlight the heightened risk of dating violence for both boys and girls with disabilities, and the strong relationship between health risk behaviors, mental health indicators and the experience of dating violence among girls with disabilities. Further examination of the nature of dating violence, type of perpetrators, and the environments in which the violence occurs is needed along with longitudinal studies to better understand the relationships between dating violence among high school youth with disabilities and various health concerns. Fundamental to developing evidence-based intervention and prevention programs is an understanding of whether type of disability impacts dating violence. Additional studies that differentiate between physical, emotional, and learning disabilities are needed to further define which students are at highest risk. The lack of data and knowledge on the course and context of dating violence among boys and girls with disabilities is a critical obstacle to the development of effective prevention and intervention programs targeted to this population.

The findings from this study clearly reflect the need to include boys and girls with disabilities in the development and delivery of accessible teen dating violence prevention and intervention programs. Developmentally appropriate information and resources about healthy relationships and healthy sexuality, as well as the need to screen appropriately and refer teens with disabilities to teen dating violence prevention and intervention programs is indicated.

**Conflict of interest**   No financial disclosures were reported by the authors of this paper.

## References

1. Black, M. C., Noonan, R., Legg, M., Eaton, D., & Breiding, M. J. (2006). Physical dating violence among high school students—United States, 2003. *Morbidity and Mortality Weekly Report, 55*(19), 532–535.
2. Silverman, J. G., Raj, A., Mucci, L. A., & Hathaway, J. E. (2001). Dating violence against adolescent girls and associated substance use, unhealthy weight control, sexual risk behavior, pregnancy, and suicidality. *JAMA, 286*(5), 572–579.
3. Wolitzky-Taylor, K. B., Ruggiero, K. J., Danielson, C. K., Resnick, H. S., Hanson, R. F., Smith, D. W., et al. (2008). Prevalence and correlates of dating violence in a national sample of adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry, 47*(7), 755–762.
4. Ackard, D. M., Eisenberg, M. E., & Neumark-Sztainer, D. (2007). Long-term impact of adolescent dating violence on the behavioral and psychological health of male and female youth. *Journal of Pediatrics, 151*(5), 476–481.
5. Casteel, C., Martin, S. L., Smith, J. B., Gurka, K. K., & Kupper, L. L. (2008). National study of physical and sexual assault among women with disabilities. *Injury Prevention, 14*(2), 87–90.
6. Barrett, K. A., O'Day, B., Roche, A., & Carlson, B. L. (2009). Intimate partner violence, health status, and health care access



among women with disabilities. *Women's Health Issues, 19*(2), 94–100.

7. Powers, L. E., Curry, M. A., McNeff, E., Saxton, M., Powers, J. L., Oschwald, L., et al. (2008). End the silence: A survey of abuse against men with disabilities. *Journal of Rehabilitation Medicine, 174*, 41–53.

8. Cohen, M. M., Forte, T., Du Mont, J., Hyman, I., & Romans, S. (2006). Adding insult to injury: Intimate partner violence among women and men reporting activity limitations. *Annals of Epidemiology, 16*(8), 644–651.

9. Mitra, M., Mouradian, V., & Diamond, M. (2011). Sexual violence victimization against men with disabilities. *American Journal of Preventive Medicine, 41*(5), 494–497.

10. Mitra, M., Manning, S. E., & Lu, E. (2011). Physical abuse around the time of pregnancy among women with disabilities. *Maternal and Child Health Journal*. doi: 10.1007/s10995-011-0784-y;1-5.s.

11. Hershkowitz, I., Lamb, M. E., & Horowitz, D. (2007). Victimization of children with disabilities. *American Journal of Orthopsychiatry, 77*(4), 629–635.

12. Hibbard, R. A., Desch, L. W., American Academy of Pediatrics Committee on Child Abuse and Neglect, & American Academy of Pediatrics Council on Children with Disabilities. (2007). Maltreatment of children with disabilities. *Pediatrics, 119*(5), 1018–1025.

13. Kvam, M. H. (2004). Sexual abuse of deaf children. A retrospective analysis of the prevalence and characteristics of childhood sexual abuse among deaf adults in Norway. *Child Abuse and Neglect, 28*(3), 241–251.

14. Sullivan, P. (2009). Violence exposure among children with disabilities. *Clinical Child and Family Psychology Review, 12*(2), 196–216.

15. Alriksson-Schmidt, A. I., Armour, B. S., & Thibadeau, J. K. (2010). Are adolescent girls with a physical disability at increased risk for sexual violence? *Journal of School Health, 80*(7), 361–367.

16. Cheng, M. M., & Udry, J. R. (2002). Violence exposure among children with disabilities. Sexual behaviors of physically disabled adolescents in the United States. *Journal of Adolescent Health, 31*(1), 48–58.

17. Sullivan, P., & Knutson, J. F. (2000). Maltreatment and disabilities: A population-based epidemiological study. *Child Abuse & Neglect, 24*(10), 1257.s–1273.s.

18. Van Cleave, J., & Davis, M. M. (2006). Bullying and peer victimization among children with special health care needs. *Pediatrics, 118*(4), e1212–e1219.

19. Dawkins, J. L. (1996). Bullying, physical disability and the pediatric patient. *Developmental Medicine and Child Neurology, 38*(7), 603–612.

 Springer

1053-8135/13/$27.50 © 2013 – IOS Press and the authors. All rights reserved

NeuroRehabilitation 32 (2013) 69–85
DOI:10.3233/NRE-130824
IOS Press

# Sexuality after traumatic brain injury: A critical review

Jhon Alexander Moreno[a,d,*], Juan Carlos Arango Lasprilla[b], Caron Gan[c] and Michelle McKerral[a]
[a]*Center for Interdisciplinary Research in Rehabilitation-Centre de Réadaptation Lucie-Bruneau, and Centre de Recherche en Neuropsychologie et Cognition (CERNEC), Department of Psychology, Université de Montréal, Montréal, QC, Canada*
[b]*University of Deusto, IKERBASQUE, Basque Foundation for Science, Bilbao, Spain*
[c]*Holland Bloorview Kids Rehabilitation Hospital, Toronto, ON, Canada*
[d]*Clinique Universitaire de Psychologie, Université de Montréal, Montréal, QC, Canada*

**Abstract**. Brain injury can directly and indirectly affect important aspects related to sexuality and sexual function. In this critical review of the literature, traumatic brain injury (TBI) and sexuality are examined. A general review of the concept of sexuality and the neurological correlates of sexual function are proposed as a framework to understand the cognitive, behavioral and physical effects of TBI on sexuality and sexual function. Studies are then classified according to the participants enrolled and findings are presented from the professional's, the survivor's, the patient/partner's, and the non-injured spouse's perspectives. Results are discussed taking into account methodological limitations and knowledge gaps. Next, implications for sexual rehabilitation for individuals with TBI are discussed. Finally, suggestions for future research and their pertinence for improving rehabilitation outcomes are considered.

Keywords: Traumatic brain injury, sexuality, sexual function, disability, rehabilitation, sexual therapy

## 1. Introduction

Sexuality in patients with chronic disease or physical handicaps deserves consideration because a healthy sex life may decrease muscular and emotional tension, increase pain threshold, reduce physical stress, improve sleep, and diminish emotional stress within relationships (Incrocci & Gianotten, 2008). A lack of information and education on sexuality and disability is a major contributing factor towards the stigma attached to them (Esmail, Darry, Walter, & Knupp, 2010). Sexual difficulties have been described in many medical conditions such as diabetes, cancer, spina bifida, neuromuscular diseases, arthritis, cardiac and pulmonary disease, epilepsy, stroke, cerebral palsy, spinal cord injury, multiple sclerosis, Parkinson's disease, and traumatic brain injury (TBI) (Rees, Fowler, & Maas, 2007; Rowland, Lam, & Leahy, 2005; Sipski & Alexander, 1997).

The most recent estimates indicate that each year the prevalence of U.S. civilian residents living with disability following hospitalization with TBI is 3.2 million; 235000 Americans are hospitalized for nonfatal TBI, 1.1 million are treated in emergency departments, and 50000 die (Corrigan, Selassie, & Orman, 2010). For TBI survivors, sexuality needs to be addressed as part of the rehabilitation process with both the person and significant other in order to prevent the development of sexual dysfunction and to provide a holistic treatment approach. Sexuality in the context of TBI is particularly important considering that studies concerning marital stability show divorce or separation rates ranging from 15% to 78% (Arango-Lasprilla et al., 2008;

*Address for correspondence: Jhon Alexander Moreno, Université de Montréal, Département de Psychologie, Centre de Recherche en Neuropsychologie et Cognition (CERNEC), CP 6128, succursale Centre-Ville H3C 3J7, Montréal, QC, Canada, Clinique Universitaire de Psychologie, Université de Montréal, Montréal, QC, Canada. Tel.: +1 514 343 6532; Fax: +1 514 343 7725; E-mail: jhon.alexander.moreno@umontreal.ca.

Godwin, Kreutzer, Arango-Lasprilla, & Lehan, 2011; Johnson et al., 2010; Wedcliffe & Ross, 2001). More importantly, sexuality is closely tied to one's identity, self esteem, and need for intimate relationships, all of which can be shaken after a traumatic brain injury.

## 2. What is human sexuality?

According to the World Health Organization, "Sexuality is a central aspect of being human throughout life and encompasses sex, gender identities and roles, sexual orientation, eroticism, pleasure, intimacy and reproduction. Sexuality is experienced and expressed in thoughts, fantasies, desires, beliefs, attitudes, values, behaviors, practices, roles and relationships. While sexuality can include all of these dimensions, not all of them are always experienced or expressed. Sexuality is influenced by the interaction of biological, psychological, social, economic, political, cultural, ethical, legal, historical, religious, and spiritual factors" (Sandfort & Ehrhardt, 2004). Sexuality is a broad concept including behaviors, emotions, and an individual's knowledge and beliefs (Esmail et al., 2010). It is influenced by factors such as education, laws, ethnicity, culture, family, peer groups, personal experience, and religion (Nevid, Fichner-Rathus, & Rathus, 1995). Sexuality is thus an integral part of one's personality, a basic need, and an aspect of being human that cannot be separated from other aspects of life. Sexuality encompasses the energy that motivates us to find love, contact, warmth, and intimacy; it is expressed in the way we feel, move, touch and are touched. Sexuality influences thoughts, feelings, actions and interactions, and thereby our mental and physical health (Edwards & Coleman, 2004). In sum, sexuality is part of one's identity, while sexual intercourse is an act (Dombrowski, Petrick, & Strauss, 2000).

Because humans are sexual beings throughout the life span, the expression of sexuality is linked to the overall health of individuals. Unfortunately, individuals with disabilities may be hindered in their sexual development by both functional limitations and intentional or unintentional societal barriers (Murphy, 2005; Murphy & Elias, 2006).

## 3. Sexual function and neurological systems

The neurological aspects of sexuality include complex relationships among neuroanatomic, neurochemical, neurophysiological, and neuropsychological systems. Briefly, we can distinguish the contributions of chemical messengers, spinal systems, the brainstem and related structures, and cortical and subcortical systems (Sandel, Delmonico, & Kotch, 2007). Neurotransmitters such as dopamine have been linked to sexual desire through excitatory influences including the mesolimbic and mesocortical systems. Serotonin has an inhibiting effect in sexual function while oxytocin is important for attachment and affiliation (Baskerville & Douglas, 2010). The peripheral nervous system and the coordinated action of sympathetic, parasympathetic, and spinal tracts have a crucial role in sexual responses such as erection, ejaculation, fertility, and lubrication (Rees et al., 2007). Several brain regions have been linked to sexual arousal mechanisms in normal individuals. The brainstem centers as the reticular activating systems of the pons and midbrain that are important for alertness and arousal, play a role in affective responses, orgasm, and sexual arousal (Klucken et al., 2009; Komisaruk & Whipple, 2005). Subcortical areas as the hypothalamus and pituitary are important structures in the control and execution of human sexual response through the action of hormones as they are involved in reproduction, sexual desire, lubrication, and sexual orientation (Dominguez, 2009; Huh et al., 2008; McClellan, Parker, & Tobet, 2006; Paul et al., 2008; Takahashi et al., 2006). Finally, higher cortical regions such as the frontal lobes and the limbic and paralimbic regions are important for the regulation of sexual behavior, libido, sexual assertiveness, initiation of sexual contact, and sexual preference (Beauregard, Levesque, & Bourgouin, 2001; Hamann, Herman, Nolan, & Wallen, 2004; Kranz & Ishai, 2006; Stoleru et al., 2003).

Considering the role of the brain in sexual function, it is not surprising that sexuality can be influenced by neurological diseases. Brain injury can affect the processing of sexual stimuli, decrease or increase sexual desire, limit the expression and communication of affect, and interfere with intercourse (Rees et al., 2007).

## 4. Biopsychosocial approach to sexuality after TBI

Patients with TBI can experience cognitive, psychiatric/behavioral and physical/functional sequelae that interfere with sexuality (Podell, Gifford, Bougakov, & Goldberg, 2010; Rosenthal, 1999; Silver, McAllister, & Yudofsky, 2005). These changes can interfere with the ability to develop and maintain relationships, the expression of sexuality, and one's ability to give

and receive love and affection. As functioning in one domain (i.e. physical) can affect functioning in other domains (i.e. relational), it is important to adopt a holistic perspective with sexuality after TBI. To help clinicians understand the complexity of interaction between these factors, a biopsychosocial model is proposed. A biopsychosocial approach is the culmination of three interacting domains: 1) neuropsychological and psychological effects, 2) medical and physical issues, and 3) relationship factors (see Fig. 1).

### 4.1. Neuropsychological and psychological effects of TBI

Cognitive sequelae include attention deficits (Belmont, Agar, & Azouvi, 2009; Galbiati et al., 2009; Hasegawa & Hoshiyama, 2009; Himanen et al., 2009; Pare, Rabin, Fogel, & Pepin, 2009), diminished processing speed (Galbiati et al., 2009; Hart, Whyte, Ellis, & Chervoneva, 2009), verbal memory impairment (Draper & Ponsford, 2008), working memory deficits (Newsome et al., 2008), language and communication disorders (Bechtereva, Medvedev, Lyskov, Puzenko, & Pronichev, 1990; Catroppa & Anderson, 2004; Coelho, 2007; Isaki & Turkstra, 2000; Oelschlaeger & Scarborough, 1976; Peach, 1992), decreased verbal fluency (Kwok, Lee, Leung, & Poon, 2008), dysexecutive syndrome (Catale, Marique, Closset, & Meulemans, 2009; Garden & Sullivan, 2010; Hanna-Pladdy, 2007), and deficits in facial emotion perception (Green, Turner, & Thompson, 2004). Cognitive deficits can be an obstacle to sexuality in many ways. Attention deficits are associated with increased distractibility and it can interfere with sexual interaction as it can be interpreted as lack of interest in the sexual partner. Attention difficulties can also affect arousal as it reduces one's ability to fantasize and maintain focus. Further, people with TBI can show difficulties in appropriate social interaction because they can forget a date, a recent sexual encounter, significant episodes concerning the relationship, or have difficulties in social communication.

Common psychiatric/behavioral symptoms of TBI include sleep disturbance (Parcell, Ponsford, Redman, & Rajaratnam, 2008; Shekleton et al., 2010), impulsivity (Rochat et al., 2010), depression (Burns, Kappenberg, McKenna, & Wood, 1994; Garden & Sullivan, 2010), anxiety (Whelan-Goodinson, Ponsford, & Schonberger, 2008), agitation (Bogner, Corrigan, Fugate, Mysiw, & Clinchot, 2001), aggression (Britton, 1998; Fyffe, Kahng, Fittro, & Russell, 2004; Langevin, 2006; G. Simpson, Blaszczynski, & Hodgkinson, 1999;



Fig. 1. Biopsychosocial model of sexuality (Gan, 2005).

G. Simpson, Tate, Ferry, Hodgkinson, & Blaszczynski, 2001), perseveration and wandering (Vaughan, Agner, & Clinchot, 1997), personality changes (Warriner & Velikonja, 2006), obsessive-compulsive disorder (Coetzer, 2004), post-traumatic stress disorder (Kaplan, Vasterling, & Vedak, 2010), psychosis (Fleminger, 2008; Greene, Frank, Kremer, Bursztejn, & Foucher, 2010; Guerreiro, Navarro, Silva, Carvalho, & Gois, 2009; Reeves & Panguluri, 2011; Viana Bde, Prais, Nicolato, & Caramelli, 2010; Zhang & Sachdev, 2003) and anosognosia (Hart, Sherer, Whyte, Polansky, & Novack, 2004). These symptoms can limit sexuality as patients can lose social contacts, have difficulty in controlling their impulses, misinterpret social cues as sexual signals, exhibit sexually disinhibited behavior, show lack of initiation abilities or be indifferent to sex, be childish and selfish, and become involved in unsafe sex practices and unwanted pregnancy. Psychological factors include changes in body image, loss of identity, adjustment issues, depression and anxiety, all of which can affect one's confidence and comfort in forming new relationships or relating to others.

### 4.2. Medical/physical issues

Physical/functional symptoms after TBI can consist of limitations in functional mobility (Dumas & Carey, 2002), headaches (Formisano, Bivona, Catani, D'Ippolito, & Buzzi, 2009; Linder, 2007; Martins, Ribas, Martins, Ribas Rde, & Valenca, 2009; Obermann, Holle, & Katsarava, 2009; Seifert & Evans, 2010), sleep disorders (Agrawal, Cincu, & Joharapurkar, 2008; Castriotta et al., 2009; Englander, Bushnik, Oggins, & Katznelson, 2010; O'Hara, Luzon,

Hubbard, & Zeitzer, 2009; Orff, Ayalon, & Drummond, 2009; Shekleton et al., 2010; Zeitzer, Friedman, & O'Hara, 2009), fatigue (Agrawal et al., 2008; Ashman et al., 2008; Belmont et al., 2009; Bushnik, Englander, & Wright, 2008a, 2008b; Cantor et al., 2008; Castriotta et al., 2009; Englander et al., 2010; Johansson, Berglund, & Ronnback, 2009; Norrie et al., 2010; O'Hara et al., 2009; Orff et al., 2009; Reeves & Panguluri, 2011; Shekleton et al., 2010; Zeitzer et al., 2009), auditory and visual impairments (Lew et al., 2009), anosmia (de Kruijk et al., 2003; Rutherford, 1977; Swann, Bauza-Rodriguez, Currans, Riley, & Shukla, 2006), ageusia (Reiter, DiNardo, & Costanzo, 2004; Roseburg & Fikentscher, 1976; Sumner, 1967), pituitary dysfunction (Moon, Sutton, Wilson, Kirkham, & Davies, 2010), spasticity (Zafonte, Elovic, & Lombard, 2004), impaired balance (Lendraitiene & Krisciunas, 2010), hemiparesis or hemiplegia (Denes, 2009), tremor and ataxia (Andrew, Fowler, Harrison, & Kendall, 1982; Iwadate et al., 1989; Mandelcorn, Cullen, & Bayley, 2004; Obeso & Narbona, 1983), dizziness (Hoffer et al., 2010; Maskell, Chiarelli, & Isles, 2006, 2007; Peterson, 2010), post-traumatic epilepsy (Perron, Brady, & Huff, 2001; Schwartz et al., 2008), oro-pharyngeal dysphagia and swallowing disorders (Terre & Mearin, 2007), oro-facial hypersensitivity (Gilmore, Aram, Powell, & Greenwood, 2003), and urinary and faecal incontinence (Safaz, Alaca, Yasar, Tok, & Yilmaz, 2008). Sensorimotor deficits and pain issues can adversely affect a person's ability to be aroused by sensory stimuli or to perform various movements involved in lovemaking. Oral-motor problems can interfere with kissing or romantic vocalizations. Individuals who suffer fatigue or sleep issues may have reduced sex drive or reduced stamina for sexual activity. Loss of control of bodily functions can lead to anxiety or embarrassing situations.

After a TBI, many individuals are prescribed a variety of medications, including antihypertensives, antidepressants, stimulants, anticonvulsants, and antipsychotics. These medications can interfere with sexual functioning as they often have sexual side effects such as decreased libido, erectile and ejaculatory difficulties, arousal problems, or orgasmic difficulties (Cohen, 2003). However, drug-related effects on sexual function can be reversed when the medication is stopped or the dosage is adjusted.

### 4.3. Relationship factors

The physical, cognitive, emotional and behavioural changes that accompany TBI can place significant demands on family members. Issues such as family strain, depression, psychological distress, problems adjusting to new roles, and social isolation are frequently reported in studies of family caregivers (Boschen, Gargaro, Gan, Gerber, & Brandys, 2007). The role changes and the increased dependence of the injured partner make it difficult for couples to enjoy a mutually satisfying intimate and sexual relationship. The personality and behavioural changes in the injured partner can put a damper on intimacy as aggressive/impulsive behaviours can lead to fear, resentment, and withdrawal by the non-injured spouse. TBI survivors are often perceived by their spouses as having changed personalities, where some spouses evoke the feeling of living with a stranger (Gosling & Oddy, 1999; Oddy, 2001; Oddy, Coughlan, Tyerman, & Jenkins, 1985). Depression, grief and loss issues, and perception of unattractiveness can be experienced by either spouse. Issues such as loss of interest in sex, or sexual arousal and orgasmic difficulties can be experienced by either partner. Social skills deficits, communication impairments, poor judgment, and decreased displays of affection can lead to communication difficulties or emotional distance in relationships. Individuals who are single may become more alienated as the social impairments make it difficult to form new relationships or maintain established relationships. Moreover, individuals with TBI may make poor choices or put themselves at risk because of poor judgment, disinhibition, or impulsive behaviours. Meeting people, learning to date, explaining the TBI to others, controlling impulsive behaviours, maintaining safety, and learning appropriate boundaries are some of the relationship skills that may need to be taught or relearned.

## 5. Studies of sexuality after TBI

TBI impacts people's sexuality, with 50 to 60% of persons reporting some level of disruption post-injury (Kreuter, Dahllof, Gudjonsson, Sullivan, & Siosteen, 1998; O'Carroll, Woodrow, & Maroun, 1991; Simpson, 2001). From theoretical and clinical standpoints, medical and psychological perspectives of sexual problems after TBI try to encompass their multi-causal nature. However, most research studies have focused on specific sexual problems, and greater variability of findings is common. For instance, erectile dysfunction rates between 4% and 71% have been described (Sipski & Alexander, 1997). Table 1 shows a summary of empirical studies on sexuality following TBI. Studies can be divided into four perspectives: professional's,

Table 1
Summary of empirical studies on sexuality and TBI

| Author | Size of sample | Description of sample | Study focus | Primary findings |
|---|---|---|---|---|
| (Kosteljanetz et al., 1981)× | 19 males | Post-concussional syndrome with LOC less than 15 minutes | To explore endocrinological symptoms and sexual function | Sexual dysfunction (reduced libido and/or erectile dysfunction) occurred in 58% and severe intellectual impairment was more frequent in this group. |
| (Sabhesan & Natarajan, 1989)[×] | 34 patients | Head injured, one year post injury, excluding patients reluctant to discuss sexuality issues | To describe the frequency of sexual dysfunction after TBI | After one year, only 38% had returned to their prior level of sexual functioning |
| (Kreutzer & Zasler, 1989)× | 21 male patients | Mild to severe TBI, 16 months post injury | Assess patients' sexual behavior following TBI | Patients reported decreased sex drive, erectile function, and frequency of intercourse |
| (Garden et al., 1990)[×] | 11 men and 4 women, and their spouses | Single closed head injury at least two months before the study | To report sexual experiences of married couples when one partner has a TBI | Intercourse frequency and libido decreased after the injury |
| (O'Carroll et al., 1991)[×] | 36 patients and 17 partners | Mild to severe TBI, 4 years post-injury | To determine the incidence of psychosexual dysfunction amongst head-injured patients and their partners | 50% of male patients with current sexual partners showed diminished frequency of sexual relationships |
| (Sandel et al., 1996)× | 52 patients | 63.5% with severe TBI (75% males) | Prevalence of sexual dysfunction and its relationship to demographic and injury variables | Significant reduction in orgasm, desire/drive; frontal lobe and right hemisphere lesions were related to higher sexual satisfaction. Sexual function was not associated with neuropsychological measures |
| (Kreuter et al., 1998)× | 92 patients | TBI, 9 years post injury (70% males) | To study the impact of TBI on sexual ability, activity, and satisfaction | Patients report decreased or absent ability to achieve an erection and decreased frequency of: ejaculation, ability to experience an orgasm, sexual desire and intercourse |
| (Crowe & Ponsford, 1999)× | 14 patients and 14 controls | TBI patients with LOC of 3 days or greater, assessed 2 years following injury | To investigate the incidence of disturbances of sexual arousal and the ability to form sexual images | 59% of the sample indicated decrease in sexual function overall and the TBI group was less able to form images on sexual themes than controls |
| (Aloni et al., 1999)× | 44 patients | Severe TBI patients during the first 6 weeks post-injury | To determine if sexuality and intimacy dysfunction are already present at the early rehabilitation phase | Only 7.7% reported having sexual dysfunction at that phase of rehabilitation |
| (Katz & Aloni, 1999)□ | 30 rehabilitation professionals | Professionals with 17.5 years mean experience in the field of TBI rehabilitation in Israel | To study the perceptions of professionals in the field of rehabilitation concerning sexual dysfunction of persons with TBI | Cognitive and emotional sequelae of TBI are the primary obstacle preventing TBI survivors from achieving sexual satisfaction |

Table 1
(Continued)

| Study | Sample | Sample description | Purpose | Findings |
|---|---|---|---|---|
| (Gosling & Oddy, 1999)● | 18 heterosexual couples | Head injured individuals in a stable relationship 3 years prior to the injury and still together after the injury. At least 1 year post injury | To explore sexual relationships following head injury from the point of view of the non-injured spouse | Female partners rated their own sexual satisfaction as significantly lower after the injury. In some cases, there had been a complete cessation of their sexual relationship |
| (Hibbard et al., 2000)× | 322 patients and 264 controls | Mild to severe TBI (60% males) | To determine the relative frequency of sexual difficulties post TBI and its relationships to brain injury characteristics | Individuals with TBI reported more physiological, physical and body image difficulties than controls. Age at onset and severity of injury were negatively related to reports of sexual difficulties in individuals with TBI |
| (Gaudet et al., 2001)× | 50 patients and 56 controls | Mild to moderate brain injured individuals | To explore differences between TBI and non-TBI individuals concerning behaviors and feelings about cognition, ego adaptability and sexuality | Non-TBI participants have more positive feelings concerning cognition, ego adaptability and sexuality than TBI participants |
| (Ponsford, 2003)× | 208 patients and 150 controls | Moderate to severe TBI (69% males) | Changes in sexual behavior, affect, self-esteem, and relationship quality 1–5 years post-injury | Decreased frequency of engaging in sexual activities, diminished sex drive, lower self-esteem, higher levels of depression and decreased communication levels compared to controls |

□ Professional's perspective.
× Survivor's perspective.
⊠ Patient/Partner's perspective.
● Non-Injured spouse's perspective.

survivor's, patient/partner's, and non-injured spouses' perspectives.

## 5.1. Professional's perspective

There are limited studies addressing the professional perspectives of sexual difficulties in TBI (Katz & Aloni, 1999). To study the perceptions of professionals in the field of rehabilitation in Israel, researchers interviewed a group of 19 psychologists, six social workers, two neuropsychologists, and two medical doctors who work with persons after TBI at a later stage of the rehabilitation process with an open-ended questionnaire focusing on sexual functioning, dyadic relationship, social functioning, and rehabilitation. Results indicated that professionals working with persons after TBI perceived sexual difficulties to be primarily a consequence of the emotional and behavioral sequelae of TBI and their effect on the dyadic relationship, and secondly from a lack of social opportunities. The study concluded that sexual dysfunction is secondary to the injury and that controlling behavioral, social, and dyadic problems would lead to a decrement in sexual complaints. These findings are interesting considering that these professionals had an average experience on the field of TBI rehabilitation of 17.5 years. However, many countries do not have specialized units for long-term rehabilitation of TBI patients and these conclusions may not apply to other professionals with less experience in TBI rehabilitation.

In an unpublished survey of 129 rehabilitation professionals in Boston (Gill, 1988), 79% stated that sexual adjustment is as important as any other area of rehabilitation, yet only 9% of staff indicated that they felt comfortable discussing this issue with patients (Ducharme & Gill, 1990). Moreover, 51% of staff took a reactive approach and only addressed sexuality issues when it was raised by the patient. Clearly, there is a discrepancy between what rehabilitation professionals feel is important to address with patients versus their ability to meet these needs.

## 5.2. Survivor's perspective

Nine studies have investigated the survivor's perspective of sexual difficulties following TBI. Kosteljanetz & colleagues (1981) explored the link between endocrinological and sexual functioning in 19 males with a post-concussional syndrome 47 months post-injury (Kosteljanetz et al., 1981). They included CT scans,

EEG, endocrinological examination, neuropsychological testing, and used a questionnaire of 23 items concerning libido, ability to obtain erection, ejaculation, orgasm and sexual intercourse. Findings indicated that sexual dysfunction (reduced libido and/or erectile dysfunction) occurred in 58%, increased plasma concentration of follicle stimulating hormone was observed in 37%, severe intellectual impairment was present in 68%, and cerebral atrophy in 68%. Intellectual impairment was more frequent in participants with sexual difficulties and three patients with sexual dysfunction had electroencephalographic signs of temporal lobe abnormality. The possibility of a hypothalamic disorder causing major hormonal disturbances or sexual difficulties was not sustained.

Kreutzer & Zasler (1989) assessed the changes in sexual behavior, affect, self-esteem, and heterosexual relationship characteristics in a group of 21 mild to severe TBI patients 16 months post-injury, with their Psychosexual Assessment Questionnaire (Kreutzer & Zasler, 1989). Findings suggested that following injury, TBI patients reported a decrease in sex drive (57%), diminished ability to maintain an erection (57%), diminished frequency of intercourse (62%), lower self-confidence (67%), declines in sex-appeal (52%), and increased depression (71%). Interestingly, none of the five single patients reported a steady heterosexual relationship. Of the 16 married survivors, 40% reported having a good or very good relationship compared to pre-injury.

In another study, Sandel & colleagues (1996) studied the prevalence of sexual dysfunction and its relationship to age, severity and locus of injury, time since injury, and physical and cognitive function in a group of 52 outpatients (39 men and 13 women) with a history of TBI, 3 years post-injury (Sandel, Williams, Dellapietra, & Derogatis, 1996), using the Derogatis Interview for Sexual Function (DISF) which was designed for use in male and female heterosexual and homosexual populations. Results showed a reduction below non-injured individual levels in orgasm and drive/desire. Patients with more recent injuries experienced more sexual arousal. Further, frontal lobe and right hemisphere patients reported more sexual cognitions/fantasies, sexual experiences, and higher arousal than left hemisphere patients. There was no relationship between sexual functioning and severity of injury, neuropsychological deficits, length of post-traumatic amnesia, or Glasgow Coma Scale score.

Kreuter & colleagues (1998) studied the impact of TBI on sexual ability, activity and satisfaction and their relationship to physical, social, emotional, and

cognitive function in a group of 92 patients (65 men and 27 women), with an average post-traumatic amnesia of four months, nine years post-injury (Kreuter et al., 1998). The Sexual Interest and Satisfaction Scale was used as a measure of sexual functioning. Results indicated that after the injury, 30% of men reported decreased or absent ability to achieve an erection, 40% mentioned that their ability to experience orgasm was decreased or non-existent, 24% reported decreased intercourse, and 23% non-existent frequency of intercourse. Concerning sexual practices, 26% of the persons who reported that they self-masturbated prior to the injury mentioned that they did so less often after the injury, whereas 19% used self-masturbation more often post injury. Sexual adjustment was better predicted by a high degree of physical independence and maintained sexual ability in terms of occurrence of sexual intercourse and the ability to experience orgasm.

Another study investigated the incidence of disturbance of sexual arousal in a group of TBI participants, and the degree to which disturbances of visual imagery processes impinge upon the ability to form sexual images as an adjunct to arousal (Crowe & Ponsford, 1999). The sample, consisting of 14 moderate to severe TBI individuals, 4 years post-injury, and 14 normal controls, was given the Psychosexual Assessment Questionnaire. Results indicated that 59% of the sample showed a decrease in sexual function overall, 86% noted a decrease in sexual drive and intercourse frequency, and 79% reported a marked decrease in level of self-confidence. Compared to controls, TBI participants were significantly more likely to have deficits in the ability to form sexual images, even after controlling for their current level of depression. The levels of decrease in sexual functioning were associated with a decrease in the level of ability to be able to form images on both sexual and non-sexual themes.

Aloni & colleagues (1999) studied whether sexuality and intimacy dysfunction were already present at the early rehabilitation phase in 44 male patients with severe TBI without a history of alcohol or drug abuse, six weeks post-injury, with a modified version of the Psychosexual Assessment Questionnaire (Aloni et al., 1999). Results indicated that only 14% of TBI patients reported having sexual dysfunction (7% of the patients with partners, and 22% of the patients without partners). The patients who had partners complained about problems with erection, while patients without partners complained about decreased libido. Further, these patients who showed sexual dysfunction suffered from more severe initial brain injury, as measured by

lower Glasgow Coma Scale scores and longer periods of unconsciousness.

Hibbard & colleagues (2000) conducted a study to determine the relative frequency of sexual difficulties in a group of 322 mild to severe TBI patients (193 men and 129 women) 9 years post-injury, and 264 individuals without disability (152 men and 112 women), both living in the community (Hibbard, Gordon, Flanagan, Haddad, & Labinsky, 2000). Analysis of the sexual functioning subscales of the Quality of Life Interview (QOLI) indicated that compared to individuals without disability, men with TBI reported less involvement in sexual activities and relationships during the prior year, more difficulty in maintaining an erection, more physiological problems influencing their energy for sexual intercourse, physical difficulties concerning body movement and positioning, and body image difficulties related to attractiveness. For men with TBI, predictors of sexual dysfunction were depression, older age at interview, older age at injury, and milder injuries. Sexual activity and relationship involvement were similar in TBI women and women without disability, but the TBI survivors reported more frequent pain during sex, and more difficulties in arousal, masturbation, and vaginal lubrication. For women with TBI, the presence of an endocrine disorder, level of depression, older age at injury, and milder injuries were predictors of sexual dysfunction.

To clarify the psychosocial problems of TBI individuals, Gaudet & colleagues (2001) examined cognition, ego adaptability and sexuality in 50 mild to moderate TBI patients (26 males and 24 females) and 55 non-TBI participants (22 males and 33 females) (Gaudet, Crethar, Burger, & Pulos, 2001). They used the Consequences of Traumatic Brain Injury Questionnaire that included 6 items concerning sexuality. Results indicated that compared to controls, TBI individuals had more negative feelings about themselves, their sexuality, and their relationship with others. When comparing TBI patients by gender, female TBI participants had more positive feelings about their sexuality than male TBI participants.

Finally, Ponsford (2003) conducted a study aimed at identifying changes in sexual function/behavior, affect, self-esteem, and relationship quality following TBI in 208 moderate to severe TBI individuals (143 males and 65 females), 1–5 years post-injury, and 150 controls (97 males and 53 females) (Ponsford, 2003). The Sexuality Questionnaire adapted from Kreuter and colleagues, and Kreutzer and Zasler (Kreuter et al., 1998; Kreutzer & Zasler, 1989), was administered using a language

appropriate for males and females. Compared to controls, TBI patients reported post-injury decreases in the importance of sexuality (36%) and in their sex drive (41%), as well as in the ability to give their partner sexual satisfaction (39%), engage in intercourse (38%), the enjoy sexual activity (38%), stay aroused (40%), and achieve orgasm (36%). When asked about the reasons for changes in their sexual behavior/enjoyment, TBI patients rated fatigue (47%), decreased mobility (31%), and low confidence (31%) as important factors, and these proportions were significantly higher than in controls. For affect and self-esteem, TBI patients reported decreased self-confidence (52%), diminished sex-appeal (47%), higher levels of depression (42%), and decreased ability to communicate with their partner (29%) after the injury, compared to controls.

There are many limitations in the studies concerning the survivor's perspective of sexual difficulties in TBI. Only four of the nine studies included control groups. The small sample sizes of most studies, gender characteristics of the samples including more men than women (or only men), the use of self-report measures, factors related to associated psychopathology, to medication intake that may affect sexual performance, and to drug/alcohol abuse limit the generalizability of their findings. Although not all of these limitations are present in every study, they must be considered when interpreting findings.

### 5.3. Patient/partner's perspective

Only three studies addressed both the patient's and partner's perspectives of sexual difficulties after TBI. A study of sexual behavior after head injury in 34 Indian TBI survivors (28 men and six women) using a semi-structured psychiatric interview showed that the most common psychosexual dysfunctions were total loss of sexual behavior, decreased interest in sex, and frequency of intercourse (Sabhesan & Natarajan, 1989). Only 13 patients (38.24%) returned to their prior level of sexual functioning over a period of one year. This group was compared with the other 21 patients who reported experiencing sexual difficulties regarding neurological indices of severity of head injury, personality dimensions, psychiatric disturbances, and marital harmony. Results indicated that in the dysfunctional group, five patients showed characteristics of a frontal lobe syndrome, six of delusional disorder, seven of depression, and five had neurotic features. Marital disharmony was present in 12 of these patients who rated marital strain as high or severe. In the non-dysfunctional

group, post-traumatic stress disorder was the only abnormality seen in four patients. Psychological morbidity resulted in clinically recognizable depression in 13 of the patients' spouses, while six showed symptoms of anxiety. However, neither the demographic information for the partners, nor the characteristics of the semi-structured instrument were specified.

Garden & colleagues (1990) reported the sexual experiences of 15 heterosexual couples who were married prior to one of them having sustained a mild TBI (11 men and 4 women) (Garden, Bontke, & Hoffman, 1990). The questionnaires used were adapted from the American Self-Evaluation of Sexual Behavior and Gratification. Results indicated that compared to pre-injury levels, intercourse frequency decreased for 75% of female patients and their spouses, while 55% of the male patients and spouses reported similar declines. Female spouses demonstrated a significant decline in their ability to achieve orgasm after their partner was injured (64%) but erectile and ejaculatory problems were uncommon. However, although 47% of couples were unsatisfied with the post-head injury change in intercourse frequency, the majority of spouses (53%) were satisfied with the sexual adjustment to these changes that had occurred in their marriage since the head injury.

In another study aimed to determine the incidence of psychosexual dysfunction amongst the recovered survivors, 36 TBI survivors (30 males and 6 females) and 17 partners (3 males and 14 females) were followed four years after injury (O'Carroll et al., 1991). The male and female versions of the Golombok Rusk Inventory of Sexual Satisfaction were used to provide a profile of psychosexual dysfunction. Results indicated that 50% of the head-injured patients and 9% of partners were classified as dysfunctional according to their psychosexual profiles. The chief psychosexual complaint was infrequency of sexual intercourse. As time progressed from the date of the injury, male patients became more sexually dissatisfied, and sexual non-communication became more of a problem for the partners.

In these three studies, the partner's perspective was addressed primarily to provide an index of the effect of sexual dysfunction in the relationship and was used in only one study to establish whether the patient's self-report was an accurate measure of his or her actual sexual functioning (Garden et al., 1990). Loss of insight or anosognosia limits patient's self-perception of deficits (Giacino & Cicerone, 1998; Prigatano, 2009) and may be an obstacle when trying to get reliable information concerning sexuality issues.

### 5.4. Non-injured spouse's perspective

Finally, only one empirical study addressed the non-injured spouses' perspective (Gosling & Oddy, 1999). Researchers explored sexual relationships in a group of 18 non-injured spouses where a male partner had sustained a TBI in the last 1 to 7 years, and that were in a stable relationship for at least 3 years prior to the injury. The Golombok and Rust Inventory of Sexual Satisfaction was administered retrospectively for their relationship before the injury, and then based on their current relationship to determine the quality of the sexual relationship. Spouses rated their sexual satisfaction as lower after the injury and two of them reported a complete cessation of their sexual relationship. Some spouses experienced their new «caregiver role» as maternal, perceiving it as inherently incompatible with an intimate relationship. The small sample size, the use of a retrospective and transversal design, and the predominance of non-injured women represent limitations to these findings.

In general, variability in findings is explained by methodological reasons such as differences in the sample size, nature and severity of brain injuries, instruments selected to measure sexual function, time since injury, strategies used to rate patient's and partner's perspectives, existence of a control group, level of physical/cognitive function, medication use, and the coexistence of mood disturbances. Most of the studies had an underrepresentation of women.

## 6. Rehabilitation strategies

Most of the empirical literature concerning TBI and sexuality describe specific sexual dysfunctions and the marital consequences associated with them but only a few make suggestions about clinical management (Zasler & Martelli, 2005) and treatment issues (Katz & Aloni, 1999). Furthermore, treatment options only appear as descriptive reviews or case studies without an evidence-based approach supporting the conditions in which they should be applied and their cost/effectiveness. Further, many of these techniques are not strictly designed nor tailored for TBI survivors, but come from research on disability and sexuality in other clinical populations.

A comprehensive and holistic approach is required to address sexual difficulties because TBI survivors have special medical, legal, behavioral, and educational needs (Medlar, 1993). Although it is outside the scope of this article, it is important to mention medical-surgical approaches to treat sexual dysfunction after TBI including psychopharmacology, as well as erectile/ejaculatory and musculoskeletal treatments (Herstein & Griffith, 1999; Incrocci & Gianotten, 2008; Sandel et al., 2007; Sipski & Alexander, 1997; Zasler & Martelli, 2005). Regardless of professional orientation or scope of practice, clinicians are encouraged to embrace a biopsychosocial approach to the management of sexual concerns post TBI.

To address sexual difficulties after TBI, Aloni & Katz (2003) propose a classification of intervention techniques in education, counseling, and psychotherapy/behavioral therapy (Aloni & Katz, 2003). Education and counseling can be delivered in a group setting, during family counseling or directly to the injured individual. Information concerning sexually transmitted diseases, safe sex practices, birth control, sexual judgement, and sexual abuse are important and sometimes controversial issues pertaining to sexuality following a TBI.

The methods concerning psychotherapy/behavioral therapy are intended to achieve sexual integration and sexual competence. It is useful to keep in mind basic principles such as promoting sexual wellness, helping the patient avoid unreasonable risk, and teaching relationship skills (Medlar, 1993). Specific techniques include practicing in the community, situation-specific feedback, rehearsal, role-playing, and modeling, early intimate contact (ex. massage, touching) and the use of surrogate therapy. In particular, surrogate therapy is proposed as an option for TBI survivors who do not have a partner and are seeking help with sexual problems (Aloni, Keren, & Katz, 2007; Aloni & Heruti, 2009). This technique is, however, controversial in that the surrogate helps the patient through *in-vivo* learning of sexual, as well as social and intimacy skills.

Some authors have proposed that the implementation of intervention techniques can be arranged in a hierarchy so that they can be adapted to the individuals according to their severity of brain injury, degree of self-control, and level of independence (Bezeau, Bogod, & Mateer, 2004). For example, for individuals with severe brain injury, interventions should encompass close supervision of patients, establishment of boundaries, and aversive conditioning. Extinction of sexually inappropriate behaviors and reinforcement of appropriate behaviors are considered to overcome hypersexuality (Bélanger, 2009). For milder injuries, psychoeducation, social skills training, and an increased focus on empathy are recommended.



Fig. 2. Biopsychosocial Model of Intervention (Gan, 2005).

Grahame (2003) similarly proposes five areas of intervention, organized in increasing level of intervention complexity (Grahame, 2003). These include: 1) provision of information resources, 2) provision of sex education, 3) assessment of sexual concerns, 4) provision of treatment, and 5) referral to specialist sexual health/therapy services. In an effort to address the first two levels of intervention, the "You and Me" sex education program was developed to enable staff to provide education to people with TBI (Simpson, 2001). The sex education program resources have been positively evaluated by rehabilitation professionals as an effective means of providing education and information to address the sexual health concerns of people with TBI (Simpson & Long, 2004).

Given that not all clinicians have the knowledge, comfort level, or training to address sexual concerns after TBI, the PLISSIT model (Annon, 1976) has been proposed to structure treatment approaches (Aloni & Katz, 2003; Simpson, 2001). PLISSIT is an acronym for Permission, Limited Information, Specific Suggestion and Therapeutic Intervention (Annon, 1976). The first level, Permission, does not require specialized knowledge or skills in sexual rehabilitation. Instead, it involves creating an atmosphere where clients feel comfortable broaching sexuality issues. Given that a survey of rehabilitation staff found that more than half take a reactive approach to the topic of sexuality (Ducharme & Gill, 1990), it is important for all clinicians to be proactive by initiating discussions, acknowledging the importance of this topic, and providing opportunities for dialogue. Limited Information is provided through booklets, brochures, discussions or educational sessions, and does not have to be specific to the sex-

ual health needs of a particular patient. Intervention at this level can help to normalize patients' sexual concerns, dispel common misconceptions, and ease anxieties. Specific Suggestions include counselling and treatment strategies that address the unique needs of the patient. These suggestions can be specific to a particular professional discipline. For example, a physiotherapist might provide ideas around positioning. An occupational therapist might assist around adaptive aids and equipment. A psychiatrist can make medication adjustments to minimize sexual side effects. A couples therapist can offer ideas around ways of rebuilding intimacy. Finally, Intensive Therapy is offered to individuals who require the expertise of a sexuality expert, sexual health educator, sex therapist, or specialist in sexual rehabilitation. As sexuality specialists may not have the expertise around working with patients with brain injuries, the intervention will necessitate a biopsychosocial approach involving a variety of professionals as illustrated in Fig. 2.

## 7. Conclusions and suggestions for future studies

Sexuality is a complex and integrative function that encompasses cognitive, physical, and psychobehavioral components (Zasler & Martelli, 2005). Sexual changes after TBI can be attributable to numerous physical and psychological variables, which are difficult to disentangle. They reflect the diffuse nature of the pathophysiological processes involved in TBI, the many and widespread deficits that can be involved, as well as the person's ability to cope with the resulting changes (Ponsford, 2003). Nevertheless, for optimal rehabilitation outcomes, it is just as important to address components of sexuality as it is important to address aspects of mobility, self-care, and vocational aspects (Kreuter et al., 1998). It is also desirable to start sexual intervention as early as possible in the general rehabilitation process to prevent increased sexual dysfunctions at later time-points (Aloni & Katz, 2003). Sexual rehabilitation is the responsibility of all disciplines and ideally, the client should be able to choose the professional to discuss sensitive topics (Oddy, 2001).

Although conceptions about sexuality may vary across cultures (Hallingby, 1981; Knodel, 1987; Koff, Lucas, Migliorini, & Grossmith, 2010; Langen, 2005; Lee & Sun, 2000; Lewin, 1990; "Male infidelity high in Argentina," 1995; Pape et al., 1992; Perlman, Josephson, Tai Hwang, Begum, & Thomas, 1978; Zabin,

1994), there is a lack of cross-cultural consideration in studies. For example, in the context of brain injury, Sabhesan & Natarajan (1989) state that, in Indian culture, sperm is considered to be a reflexion of vitality (Sabhesan & Natarajan, 1989). In order to preserve strength, anxiety related to sexuality leads to abstinence by the patient and the spouse.

There is a literature gap concerning TBI, sexuality and lesbian, gay, bisexual, transgender and intersex (LGBTI) issues which are particularly important because having a disability and being in a sexual minority can place a person at risk of being socially discriminated against, including in assessment, education, examination or treatment contexts (Sandel et al., 2007). Sensitive issues such as sexual orientation disclosure, fear about including partners in the treatment program, heterosexual-centric attitudes, and homophobia are a reality in many cultures and settings, including healthcare (Coleman, 1981; Dibble, Eliason, Dejoseph, & Chinn, 2008; Dibble, Eliason, & Christiansen, 2007; McWhirter & Mattison, 1978; Paff, 1985; Reece, 1981; Zamboni & Crawford, 2007). For instance, the homosexual partner may or may not, have the same variety of responses of a heterosexual companion to the condition of the injured person, including continuing devotion, a wait-and-see attitude, or frank rejection and abandonment (Herstein & Griffith, 1999). Hence, when assessment is completed and results as well as treatment options are provided to the individual and his or her support system, the sexual orientation of the client may have a profound effect on the outcome of treatment (Morales, 2000).

Additionally, future studies need to explore the partner's viewpoint, which could be different from that of the TBI individual considering anosognosia or lack of insight (Giacino & Cicerone, 1998; Prigatano, 2009). Anosognosia can lead to the underestimation of cognitive, behavioral/emotional, and physical/functional deficits, as well as of their implications in everyday life, including sexuality. Hence, researchers should favor studies considering both the patient's and partner's perspectives.

Current research evaluating the effectiveness of programs and techniques to treat sexual difficulties in TBI is insufficient. Most of them are restricted to the experience of the clinician or to case reports. Researchers are encouraged to empirically demonstrate the best therapeutic options that lead to improvement in rehabilitation outcomes after injury, specifically taking into account the fact that TBI often involves young people and that these difficulties may worsen with time.

In conclusion, sexual difficulties are common in TBI survivors and affect both the individual and the family system. Sexual dysfunction is only one part of sexual difficulties observed in TBI patients, as the existence of other deficits in cognition, emotion and functionality may affect the expression of sexuality. As originally stated by Masters & Johnson (1987), absence of sensation or inability to move/perform does not mean absence of feelings or inability to please/enjoy (Masters, Johnson, & Kolodny, 1987). As rehabilitation professionals, we must disprove the myth that disability excludes sexuality, and that achieving orgasm is the only way to obtain sexual satisfaction (Zasler & Kreuter, 1990). Assessment, treatment, and systematic follow-up of post-TBI sexual difficulties should always be part of the clinical agenda throughout all rehabilitation and post-rehabilitation stages.

## References

Agrawal, A., Cincu, R., & Joharapurkar, S. R. (2008). Traumatic brain injury and sleep disturbances. *J Clin Sleep Med, 4* (2), 177; author's reply 178-181.

Aloni, A., Keren, O., Cohen, M., Rosentul, N., Romm, M., & Groswasser, Z. (1999). Incidence of sexual dysfunction in TBI patients during the early post-traumatic in-patient rehabilitation phase. *Brain Inj, 13*(2), 89-97.

Aloni, A., Keren, O., & Katz, A. (2007). Sex therapy surrogate partners for individuals with very limited functional ability following traumatic brain injury. *Sex Disabil, 25*, 125-134.

Aloni, R., & Heruti, R. J. (2009). [Ethical issues concerning surrogate assisted sex therapy]. *Harefuah, 148*(9), 615-619, 657, 656.

Aloni, R., & Katz, S. (2003). *Sexual difficulties after traumatic brain injury and ways to deal with it*. Springfield, Ill., U.S.A.: Charles C Thomas.

Andrew, J., Fowler, C. J., Harrison, M. J., & Kendall, B. E. (1982). Post-traumatic tremor due to vascular injury and its treatment by stereotactic thalamotomy. *J Neurol Neurosurg Psychiatry, 45*(6), 560-562.

Annon, J. S. (1976). *Behavioral treatment of sexual problems*. Hagerstown, Md.: Medical Dept. Harper & Row.

Arango-Lasprilla, J. C., Ketchum, J. M., Dezfulian, T., Kreutzer, J. S., O'Neil-Pirozzi, T. M., Hammond, F., & Jha, A. (2008). Predictors of marital stability 2 years following traumatic brain injury. *Brain Inj, 22*(7-8), 565-574. doi: 793685191 [pii]10.1080/02699050802172004

Ashman, T. A., Cantor, J. B., Gordon, W. A., Spielman, L., Egan, M., Ginsberg, A., Flanagan, S. (2008). Objective measurement of fatigue following traumatic brain injury. *J Head Trauma Rehabil, 23*(1), 33-40. doi: 10.1097/01.HTR.0000308719.70288.2200001199-200801000-00007 [pii]

Baskerville, T. A., & Douglas, A. J. (2010). Dopamine and oxytocin interactions underlying behaviors: Potential contributions to behavioral disorders. *CNS Neurosci Ther, 16*(3), e92-e123. doi: CNS154 [pii]10.1111/j.1755-5949.2010.00154.x

Beauregard, M., Levesque, J., & Bourgouin, P. (2001). Neural correlates of conscious self-regulation of emotion. *J Neurosci, 21*(18), RC165. doi: 20015619 [pii]

Bechtereva, N. P., Medvedev, S. V., Lyskov, E. B., Puzenko, V., & Pronichev, P. N. (1990). Neurophysiological correlates of verbal activity in patients with speech disorders of traumatic etiology. *Int J Psychophysiol, 10*(2), 143-149.

Bélanger, D. (2009). Traumaic brain injury and sexual rehabilitation. *Sexologies, 18*, 83-85.

Belmont, A., Agar, N., & Azouvi, P. (2009). Subjective fatigue, mental effort, and attention deficits after severe traumatic brain injury. *Neurorehabil Neural Repair, 23*(9), 939-944. doi: 1545968309340327 [pii]10.1177/1545968309340327

Bezeau, S. C., Bogod, N. M., & Mateer, C. A. (2004). Sexually intrusive behaviour following brain injury: Approaches to assessment and rehabilitation. *Brain Inj, 18*(3), 299-313. doi: 10.1080/0269905031000161739 8 CGC4T3K79BQLFLU0 [pii]

Bogner, J. A., Corrigan, J. D., Fugate, L., Mysiw, W. J., & Clinchot, D. (2001). Role of agitation in prediction of outcomes after traumatic brain injury. *Am J Phys Med Rehabil, 80*(9), 636-644.

Boschen, K., Gargaro, J., Gan, C., Gerber, G., & Brandys, C. (2007). Family interventions after acquired brain injury and other chronic conditions: A critical appraisal of the quality of the evidence. *NeuroRehabilitation, 22*(1), 19-41.

Britton, K. R. (1998). Medroxyprogesterone in the treatment of aggressive hypersexual behavior in traumatic brain injury. *Brain Inj, 12*(8), 703-707.

Burns, S., Kappenberg, R., McKenna, A., & Wood, C. (1994). Brain injury: Personality, psychopathology and neuropsychology. *Brain Inj, 8*(5), 413-427.

Bushnik, T., Englander, J., & Wright, J. (2008a). The experience of fatigue in the first 2 years after moderate-to-severe traumatic brain injury: A preliminary report. *J Head Trauma Rehabil, 23*(1), 17-24. doi: 10.1097/01.HTR.0000308717.80590.22 00001199-200801000-00005. [pii]

Bushnik, T., Englander, J., & Wright, J. (2008b). Patterns of fatigue and its correlates over the first 2 years after traumatic brain injury. *J Head Trauma Rehabil, 23*(1), 25-32. doi: 10.1097/01.HTR.0000308718.88214.bb 00001199-200801000-00006 [pii]

Cantor, J. B., Ashman, T., Gordon, W., Ginsberg, A., Engmann, C., Egan, M., & Flanagan, S. (2008). Fatigue after traumatic brain injury and its impact on participation and quality of life. *J Head Trauma Rehabil, 23*(1), 41-51. doi: 10.1097/01.HTR.0000308720.70288.af 00001199-200801000-00008 [pii]

Castriotta, R. J., Atanasov, S., Wilde, M. C., Masel, B. E., Lai, J. M., & Kuna, S. T. (2009). Treatment of sleep disorders after traumatic brain injury. *J Clin Sleep Med, 5*(2), 137-144.

Catale, C., Marique, P., Closset, A., & Meulemans, T. (2009). Attentional and executive functioning following mild traumatic brain injury in children using the Test for Attentional Performance(TAP) battery. *J Clin Exp Neuropsychol, 31*(3), 331-338. doi: 793898307 [pii]10.1080/13803390802134616

Catroppa, C., & Anderson, V. (2004). Recovery and predictors of language skills two years following pediatric traumatic brain injury. *Brain Lang, 88*(1), 68-78. doi: S0093934X03001597 [pii]

Coelho, C. A. (2007). Management of discourse deficits following traumatic brain injury: Progress, caveats, and needs. *Semin Speech Lang*, 28(2), 122-135. doi: 10.1055/s-2007-970570

Coetzer, B. R. (2004). Obsessive-compulsive disorder following brain injury: A review. *Int J Psychiatry Med*, *34*(4), 363-377.

Cohen, M. (2003). Physical and medical aspects of sexuality after traumatic brain injury. In R. Aloni & S. Katz (Eds.), *Sexual difficulties after traumatic brain injury and ways to deal with it*(pp. 42-56). Springfield, III., U.S.A.: Charles C Thomas.

Coleman, E. (1981). Bisexual and gay men in heterosexual marriage: Conflicts and resolutions in therapy. *J Homosex*, *7*(2-3), 93-103.

Corrigan, J. D., Selassie, A. W., & Orman, J. A. (2010). The epidemiology of traumatic brain injury. *J Head Trauma Rehabil*, *25*(2), 72-80. doi: 10.1097/HTR.0b013e3181ccc8b4 00001199-201003000-00002 [pii].

Crowe, S. F., & Ponsford, J. (1999). The role of imagery in sexual arousal disturbances in the male traumatically brain injured individual. *Brain Inj*, *13*(5), 347-354.

de Kruijk, J. R., Leffers, P., Menheere, P. P., Meerhoff, S., Rutten, J., & Twijnstra, A. (2003). Olfactory function after mild traumatic brain injury. *Brain Inj*, *17*(1), 73-78. doi: MV57G42RMCV7AD5B [pii].

Denes, Z. (2009). [Consequence of secondary complications during the rehabilitation of patients with severe brain injury]. *Orv Hetil*, *150*(4), 165-169. doi: Q642768418G00724 [pii]10.1556/OH.2009.28357.

Dibble, S., Eliason, M. J., Dejoseph, J. F., & Chinn, P. (2008). Sexual issues in special populations: Lesbian and gay individuals. *Semin Oncol Nurs*, *24*(2), 127-130. doi: S0749-2081 (08)00013-2 [pii]10.1016/j.soncn.2008.02.006.

Dibble, S. L., Eliason, M. J., & Christiansen, M. A. (2007). Chronic illness care for lesbian, gay, & bisexual individuals. *Nurs Clin North Am*, *42*(4), 655-674; viii. doi: S0029-6465 (07)00040-0 [pii]10.1016/j.cnur.2007.08.002.

Dombrowski, L. K., Petrick, J., & Strauss, D. (2000). Rehabilitation treatment of sexuality issues due to acquired brain injury. *Rehabilitation Psychology, 45*(3), 299-309.

Dominguez, J. M. (2009). A role for preoptic glutamate in the regulation of male reproductive behavior. *Neuroscientist, 15*(1), 11-19. doi: 15/1/11 [pii]10.1177/1073858408322679.

Draper, K., & Ponsford, J. (2008). Cognitive functioning ten years following traumatic brain injury and rehabilitation. *Neuropsychology, 22*(5), 618-625. doi: 2008-11707-007 [pii]10.1037/0894-4105.22.5.618.

Ducharme, S., & Gill, K. (1990). Sexual values, training, and professional roles. *J Head Trauma Rehabil, 5*(2), 38-45.

Dumas, H. M., & Carey, T. (2002). Motor skill and mobility recovery outcomes of children and youth with traumatic brain injury. *Phys Occup Ther Pediatr, 22*(3-4), 73-99.

Edwards, W. M., & Coleman, E. (2004). Defining sexual health: A descriptive overview. *Arch Sex Behav, 33* (3), 189-195. doi: 10.1023/B:ASEB.0000026619.95734.d5 484864 [pii].

Englander, J., Bushnik, T., Oggins, J., & Katznelson, L. (2010). Fatigue after traumatic brain injury: Association with neuroendocrine, sleep, depression and other factors. *Brain Inj, 24*(12), 1379-1388. doi: 10.3109/02699052.2010.523041.

Esmail, S., Darry, K., Walter, A., & Knupp, H. (2010). Attitudes and perceptions towards disability and sexuality. *Disabil Rehabil, 32*(14), 1148-1155. doi: 10.3109/0963828090341927 7.

Fleminger, S. (2008). Long-term psychiatric disorders after traumatic brain injury. *Eur J Anaesthesiol Suppl, 42*, 123-130. doi: S0265021507003250 [pii]10.1017/S0265021507003250.

Formisano, R., Bivona, U., Catani, S., D'Ippolito, M., & Buzzi, M. G. (2009). Post-traumatic headache: Facts and doubts. *J Headache Pain, 10*(3), 145-152. doi: 10.1007/s10194-009-0108-4.

Fyffe, C. E., Kahng, S., Fittro, E., & Russell, D. (2004). Functional analysis and treatment of inappropriate sexual behavior. *J Appl Behav Anal, 37*(3), 401-404. doi: 10.1901/jaba.2004.37-401.

Galbiati, S., Recla, M., Pastore, V., Liscio, M., Bardoni, A., Castelli, E., & Strazzer, S. (2009). Attention remediation following traumatic brain injury in childhood and adolescence. *Neuropsychology, 23*(1), 40-49. doi: 2008-19137-008 [pii]10.1037/a0013409.

Gan, C. (2005). *Sexuality after ABI.* Invited workshop, presented at the Third Annual TBI Conference: Expression of Sexuality and Behaviours Following TBI, Montreal, Quebec, Canada.

Garden, F. H., Bontke, C., & Hoffman, M. (1990). Sexual functioning and marital adjustment after traumatic brain injury. *J Head Trauma Rehabil, 5*(2), 52-59.

Garden, N., & Sullivan, K. A. (2010). An examination of the base rates of post-concussion symptoms: The influence of demographics and depression. *Appl Neuropsychol, 17*(1), 1-7. doi: 919154553 [pii]10.1080/09084280903297495.

Gaudet, L. M., Crethar, H., Burger, S., & Pulos, S. (2001). Self-Reported Consequences of Traumatic Brain Injury: A Study of Contrasting TBI and Non-TBI Participants. *Sexuality and Disability, 19*(2), 111-119.

Giacino, J. T., & Cicerone, K. D. (1998). Varieties of deficit unawareness after brain injury. *J Head Trauma Rehabil, 13*(5), 1-15.

Gill, K. M. (1988). *Staff needs-assessment data.* Unpublished.

Gilmore, R., Aram, J., Powell, J., & Greenwood, R. (2003). Treatment of oro-facial hypersensitivity following brain injury. *Brain Inj, 17*(4), 347-354. doi: HULY04TVQVNGD3XU [pii].

Godwin, E. E., Kreutzer, J. S., Arango-Lasprilla, J. C., & Lehan, T. J. (2011). Marriage after brain injury: Review, analysis, and research recommendations. *J Head Trauma Rehabil, 26*(1), 43-55. doi: 10.1097/HTR.0b013e3182048f54 00001199-201101000-00005 [pii].

Gosling, J., & Oddy, M. (1999). Rearranged marriages: Marital relationships after head injury. *Brain Inj, 13*(10), 785-796.

Grahame, G. (2003). *You and Me: An Education Program About Sex and Sexuality After Traumatic Brain Injury.* Sydney, New South Wales, Australia: Brain Injury Rehabilitation Unit, South Western Sydney Area Health Service.

Green, R. E., Turner, G. R., & Thompson, W. F. (2004). Deficits in facial emotion perception in adults with recent traumatic brain injury. *Neuropsychologia, 42*(2), 133-141. doi: S0028393203001933 [pii].

Greene, M. B., Frank, J., Kremer, S., Bursztejn, C., & Foucher, J. (2010). Manic psychosis and auditory hallucinations following traumatic brain injury in a 13-year-old boy. *J Clin Psychiatry, 71*(4), 506-507. doi: 10.4088/JCP.09l05685yel.

Guerreiro, D. F., Navarro, R., Silva, M., Carvalho, M., & Gois, C. (2009). Psychosis secondary to traumatic brain injury. *Brain Inj, 23*(4), 358-361. doi: 909310751 [pii]10.1080/02699050902800918.

Hallingby, L. (1981). Thoughts on freedom. *SIECUS Rep, 10*(2), 5-6.

Hamann, S., Herman, R. A., Nolan, C. L., & Wallen, K. (2004). Men and women differ in amygdala response to visual sexual stimuli. *Nat Neurosci, 7*(4), 411-416. doi: 10.1038/nn1208 nn1208 [pii].

Hanna-Pladdy, B. (2007). Dysexecutive syndromes in neurologic disease. *J Neurol Phys Ther, 31*(3), 119-127. doi: 10.1097/NPT.0b013e31814a63c201253086-200709000-00005 [pii].

Hart, T., Sherer, M., Whyte, J., Polansky, M., & Novack, T. A. (2004). Awareness of behavioral, cognitive, and physical deficits in acute traumatic brain injury. *Arch Phys Med Rehabil, 85*(9), 1450-1456. doi: S0003999304002941 [pii].

Hart, T., Whyte, J., Ellis, C., & Chervoneva, I. (2009). Construct validity of an attention rating scale for traumatic brain injury. *Neuropsychology, 23*(6), 729-735. doi: 2009-20255-005 [pii]10.1037/a0016153.

Hasegawa, J., & Hoshiyama, M.(2009). Attention deficits of patients with chronic-stage traumatic brain injury: A behavioral study involving a dual visuo-spatial task. *J Clin Exp Neuropsychol, 31*(3), 292-301. doi: 793715846 [pii]10.1080/13803390802082054.

Herstein, A., & Griffith, E. R. (1999). Sexuality and sexual dysfunction. In M. Rosenthal (Ed.), *Rehabilitation of the adult and child with traumatic brain injury*(3rd ed., pp. 479-502). Philadelphia, PA: F.A. Davis.

Hibbard, M. R., Gordon, W. A., Flanagan, S., Haddad, L., & Labinsky, E. (2000). Sexual dysfunction after traumatic brain injury. *NeuroRehabilitation, 15*(2), 107-120.

Himanen, L., Portin, R., Tenovuo, O., Taiminen, T., Koponen, S., Hiekkanen, H., & Helenius, H. (2009). Attention and depressive symptoms in chronic phase after traumatic brain injury. *Brain Inj, 23*(3), 220-227. doi: 908613377 [pii]10.1080/02699050902748323.

Hoffer, M. E., Balaban, C., Gottshall, K., Balough, B. J., Maddox, M. R., & Penta, J. R. (2010). Blast exposure: Vestibular consequences and associated characteristics. *Otol Neurotol, 31*(2), 232-236. doi: 10.1097/MAO.0b013e3181c993c3.

Huh, J., Park, K., Hwang, I. S., Jung, S. I., Kim, H. J., Chung, T. W., & Jeong, G. W. (2008). Brain activation areas of sexual arousal with olfactory stimulation in men: A preliminary study using functional MRI. *J Sex Med, 5*(3), 619-625. doi: JSM717 [pii]10.1111/j.1743-6109.2007.00717.x

Incrocci, L., & Gianotten, W. L. (2008). Disease and sexuality. In D. Rowland & L. Incrocci (Eds.), *Handbook of sexual and gender identity disorders*(pp. 284-324). Hoboken, N. J.: John Wyliey & Sons.

Isaki, E., & Turkstra, L. (2000). Communication abilities and work re-entry following traumatic brain injury. *Brain Inj, 14*(5), 441-453.

Iwadate, Y., Saeki, N., Namba, H., Odaki, M., Oka, N., & Yamaura, A. (1989). Post-traumatic intention tremor–clinical features and CT findings. *Neurosurg Rev, 12Suppl 1,* 500-507.

Johansson, B., Berglund, P., & Ronnback, L. (2009). Mental fatigue and impaired information processing after mild and moderate traumatic brain injury. *Brain Inj, 23*(13-14), 1027-1040. doi: 10.3109/02699050903421099 [pii]10.3109/02699050903421099

Johnson, C. L., Resch, J. A., Elliott, T. R., Villarreal, V., Kwok, O. M., Berry, J. W., & Underhill, A. T. (2010). Family satisfaction predicts life satisfaction trajectories over the first 5 years after traumatic brain injury. *Rehabil Psychol, 55*(2), 180-187. doi: 2010-09922-008 [pii]10.1037/a0019480

Kaplan, G. B., Vasterling, J. J., & Vedak, P. C. (2010). Brain-derived neurotrophic factor in traumatic brain injury, post-traumatic stress disorder, and their comorbid conditions: Role in pathogenesis and treatment. *Behav Pharmacol, 21*(5-6), 427-437. doi: 10.1097/FBP.0b013e32833d8bc9

Katz, S., & Aloni, R. (1999). Sexual dysfunction of persons after traumatic brain injury: Perceptions of professionals. *Int J Rehabil Res, 22*(1), 45-53.

Klucken, T., Schweckendiek, J., Merz, C. J., Tabbert, K., Walter, B., Kagerer, S., Stark, R. (2009). Neural activations of the acquisition of conditioned sexual arousal: Effects of contingency awareness and sex. *J Sex Med, 6*(11), 3071-3085. doi: JSM1405 [pii]10.1111/j.1743-6109.2009.01405.x

Knodel, J. (1987). Thailand's reproductive revolution. *Soc Sci, 72*(1), 52-56.

Koff, E., Lucas, M., Migliorini, R., & Grossmith, S. (2010). Women and body dissatisfaction: Does sexual orientation make a difference? *Body Image, 7*(3), 255-258. doi: S1740-1445 (10)00035-5 [pii]10.1016/j.bodyim.2010.03.001

Komisaruk, B. R., & Whipple, B. (2005). Functional MRI of the brain during orgasm in women. *Annu Rev Sex Res, 16*, 62-86.

Kosteljanetz, M., Jensen, T. S., Nørgard, B., Lunde, I., Jensen, P. B., & Johnsen, S. (1981). Sexual and hypothalamic dysfunction in the postconcussional syndrome. *Acta Neurologica Scandinavica, 63*, 169-180.

Kranz, F., & Ishai, A. (2006). Face perception is modulated by sexual preference. *Curr Biol, 16*(1), 63-68. doi: S0960-9822 (05)01371-0 [pii]10.1016/j.cub.2005.10.070

Kreuter, M., Dahllof, A. G., Gudjonsson, G., Sullivan, M., & Siosteen, A. (1998). Sexual adjustment and its predictors after traumatic brain injury. *Brain Inj, 12*(5), 349-368.

Kreutzer, J. S., & Zasler, N. D. (1989). Psychosexual consequences of traumatic brain injury: Methodology and preliminary findings. *Brain Inj, 3*(2), 177-186.

Kwok, F. Y., Lee, T. M., Leung, C. H., & Poon, W. S. (2008). Changes of cognitive functioning following mild traumatic brain injury over a 3-month period. *Brain Inj, 22*(10), 740-751. doi: 902419517 [pii]10.1080/02699050802336989

Langen, T. T. (2005). Gender power imbalance on women's capacity to negotiate self-protection against HIV/AIDS in Botswana and South Africa. *Afr Health Sci, 5*(3), 188-197. doi: 10.5555/afhs.2005.5.3.188

Langevin, R. (2006). Sexual offenses and traumatic brain injury. *Brain Cogn, 60*(2), 206-207.

Lee, T. Y., & Sun, G. H. (2000). Psychosocial response of Chinese infertile husbands and wives. *Arch Androl, 45*(3), 143-148.

Lendraitiene, E., & Krisciunas, A. (2010). [Physical therapy for persons with traumatic brain injury]. *Medicina (Kaunas), 46*(10), 712-719. doi: 1010-10l [pii]

Lew, H. L., Garvert, D. W., Pogoda, T. K., Hsu, P. T., Devine, J. M., White, D. K., Goodrich, G. L. (2009). Auditory and visual impairments in patients with blast-related traumatic brain injury: Effect of dual sensory impairment on Functional Independence Measure. *J Rehabil Res Dev, 46*(6), 819-826.

Lewin, B. (1990). Potentials for change. *Scand J Infect Dis Suppl, 69*, 199-205.

Linder, S. L. (2007). Post-traumatic headache. *Curr Pain Headache Rep, 11*(5), 396-400.

Male infidelity high in Argentina. (1995). *AIDS Wkly Plus, 13*, 20-21.

Mandelcorn, J., Cullen, N. K., & Bayley, M. T. (2004). A preliminary study of the efficacy of ondansetron in the treatment of ataxia, poor balance and incoordination from brain injury. *Brain Inj, 18*(10), 1025-1039. doi: 10.1080/02699050410001672297 YM80HNF9MDLM1KEV [pii]

Martins, H. A., Ribas, V. R., Martins, B. B., Ribas Rde, M., & Valenca, M. M. (2009). Post-traumatic headache. *Arq Neuropsiquiatr, 67*(1), 43-45. doi: S0004-282X2009000100011 [pii]

Maskell, F., Chiarelli, P., & Isles, R. (2006). Dizziness after traumatic brain injury: Overview and measurement in the clinical setting. *Brain Inj, 20*(3), 293-305. doi: U013408355412585 [pii]10.1080/02699050500488041

Maskell, F., Chiarelli, P., & Isles, R. (2007). Dizziness after traumatic brain injury: Results from an interview study. *Brain Inj, 21*(7), 741-752. doi: 780755547 [pii]10.1080/02699050701472109

Masters, W. H., Johnson, V. E., & Kolodny, R. C. (1987). *Amour et sexualité*. Paris: Inter Éditions.

McClellan, K. M., Parker, K. L., & Tobet, S. (2006). Development of the ventromedial nucleus of the hypothalamus. *Front Neuroendocrinol, 27*(2), 193-209. doi: S0091-3022 (06)00003-3 [pii]10.1016/j.yfrne.2006.02.002

McWhirter, D. P., & Mattison, A. M. (1978). The treatment of sexual dysfunction in gay male couples. *J Sex Marital Ther, 4*(3), 213-218.

Medlar, T. M. (1993). Sexual counselling and traumatic brain injury. *Sexuality and Disability, 11*(1), 57-71.

Moon, R. J., Sutton, T., Wilson, P. M., Kirkham, F. J., & Davies, J. H. (2010). Pituitary function at long-term follow-up of childhood traumatic brain injury. *J Neurotrauma, 27*(10), 1827-1835. doi: 10.1089/neu.2010.1408

Morales, P. C. (2000). Neuropsychological assessment of gays and lesbians. In E. Fletcher-Janzen, T. L. Strickland & C. R. Reynolds (Eds.), *Handbook of cross-cultural neuropsychology* (pp. 55-71). New York: Kluwer Academic/Plenum Publishers.

Murphy, N. (2005). Sexuality in children and adolescents with disabilities. *Dev Med Child Neurol, 47*(9), 640-644.

Murphy, N. A., & Elias, E. R. (2006). Sexuality of children and adolescents with developmental disabilities. *Pediatrics, 118*(1), 398-403. doi: 118/1/398 [pii]10.1542/peds.2006-1115

Nevid, J. S., Fichner-Rathus, L., & Rathus, S. A. (1995). *Human sexuality in a world of diversity* (2nd ed.). Boston; Toronto: Allyn and Bacon.

Newsome, M. R., Steinberg, J. L., Scheibel, R. S., Troyanskaya, M., Chu, Z., Hanten, G., Levin, H. S. (2008). Effects of traumatic brain injury on working memory-related brain activation in adolescents. *Neuropsychology, 22*(4), 419-425. doi: 2008-08178-001 [pii]10.1037/0894-4105.22.4.419

Norrie, J., Heitger, M., Leathem, J., Anderson, T., Jones, R., & Flett, R. (2010). Mild traumatic brain injury and fatigue: A prospective longitudinal study. *Brain Inj, 24*(13-14), 1528-1538. doi: 10.3109/02699052.2010.531687

O'Carroll, R. E., Woodrow, J., & Maroun, F. (1991). Psychosexual and psychosocial sequelae of closed head injury. *Brain Inj, 5*(3), 303-313.

O'Hara, R., Luzon, A., Hubbard, J., & Zeitzer, J. M. (2009). Sleep apnea, apolipoprotein epsilon 4 allele, and TBI: Mechanism for cognitive dysfunction and development of dementia. *J Rehabil Res Dev, 46*(6), 837-850.

Obermann, M., Holle, D., & Katsarava, Z. (2009). Post-traumatic headache. *Expert Rev Neurother, 9*(9), 1361-1370. doi: 10.1586/ern.09.84

Obeso, J. A., & Narbona, J. (1983). Post-traumatic tremor and myoclonic jerking. *J Neurol Neurosurg Psychiatry, 46*(8), 788.

Oddy, M. (2001). Sexual relationships following brain injury. *Sexual and Relationship Therapy, 16*(3), 247-259.

Oddy, M., Coughlan, T., Tyerman, A., & Jenkins, D. (1985). Social adjustment after closed head injury: A further follow-up seven years after injury. *J Neurol Neurosurg Psychiatry, 48*(6), 564-568.

Oelschlaeger, M. L., & Scarborough, J. (1976). Traumatic aphasia in children: A case study. *J Commun Disord, 9*(4), 281-288.

Orff, H. J., Ayalon, L., & Drummond, S. P. (2009). Traumatic brain injury and sleep disturbance: A review of current research. *J Head Trauma Rehabil, 24*(3), 155-165. doi: 10.1097/HTR.0b013e3181a0b281 00001199-200905000-00002 [pii]

Paff, B. A. (1985). Sexual dysfunction in gay men requesting treatment. *J Sex Marital Ther, 11*(1), 3-18.

Pape, J. W., Deschamps, M. M., Verdier, R. I., Jean, S., Desvarieux, M., Taverne, G., et al. (1992). The urge for an AIDS vaccine: Perspectives from a developing country. *AIDS Res Hum Retroviruses, 8*(8), 1535-1537.

Parcell, D. L., Ponsford, J. L., Redman, J. R., & Rajaratnam, S. M. (2008). Poor sleep quality and changes in objectively recorded sleep after traumatic brain injury: A preliminary study. *Arch Phys Med Rehabil, 89*(5), 843-850. doi: S0003-9993 (08)00105-6 [pii] 10.1016/j.apmr.2007.09.057

Pare, N., Rabin, L. A., Fogel, J., & Pepin, M. (2009). Mild traumatic brain injury and its sequelae: Characterisation of divided attention deficits. *Neuropsychol Rehabil, 19*(1), 110-137. doi: 794347145 [pii] 10.1080/09602010802106486

Paul, T., Schiffer, B., Zwarg, T., Kruger, T. H., Karama, S., Schedlowski, M., Gizewski, E. R.(2008). Brain response to visual sexual stimuli in heterosexual and homosexual males. *Hum Brain Mapp, 29*(6), 726-735. doi: 10.1002/hbm.20435

Peach, R. K. (1992). Factors underlying neuropsychological test performance in chronic severe traumatic brain injury. *J Speech Hear Res, 35*(4), 810-818.

Perlman, D., Josephson, W., Tai Hwang, W., Begum, H., & Thomas, T. L. (1978). Cross-cultural analysis of students' sexual standards. *Arch Sex Behav, 7*(6), 545-558.

Perron, A. D., Brady, W. J., & Huff, J. S. (2001). Concussive convulsions: Emergency department assessment and management of a frequently misunderstood entity. *Acad Emerg Med, 8*(3), 296-298.

Peterson, M. D. (2010). A case-oriented approach exploring the relationship between visual and vestibular disturbances and problems of higher-level mobility in persons with traumatic brain injury. *J Head Trauma Rehabil, 25*(3), 193-205. doi: 10.1097/HTR.0b013e3181dc82fa 00001199-201005000-00006 [pii]

Podell, K., Gifford, K., Bougakov, D., & Goldberg, E. (2010). Neuropsychological assessment in traumatic brain injury. *Psychiatr Clin North Am, 33*(4), 855-876. doi: S0193-953X (10)00071-7 [pii] 10.1016/j.psc.2010.08.003

Ponsford, J. (2003). Sexual changes associated with traumatic brain injury. *Neuropsychological Rehabilitaion, 13*(1/2), 275-289.

Prigatano, G. P. (2009). Anosognosia: Clinical and ethical considerations. *Curr Opin Neurol, 22*(6), 606-611. doi: 10.1097/WCO.0b013e328332a1e7

Reece, R. (1981). Group treatment of sexual dysfunction in gay men. *J Homosex, 7*(2-3), 113-129.

Rees, P. M., Fowler, C. J., & Maas, C. P. (2007). Sexual function in men and women with neurological disorders. *Lancet, 369*(9560), 512-525. doi: S0140-6736 (07)60238-4 [pii] 10.1016/S0140-6736 (07)60238-4

Reeves, R. R., & Panguluri, R. L. (2011). Neuropsychiatric complications of traumatic brain injury. *J Psychosoc Nurs Ment Health Serv, 49*(3), 42-50. doi: 10.3928/02793695-20110201-03

Reiter, E. R., DiNardo, L. J., & Costanzo, R. M. (2004). Effects of head injury on olfaction and taste. *Otolaryngol Clin North Am, 37*(6), 1167-1184. doi: S0030-6665 (04)00109-4 [pii] 10.1016/j.otc.2004.06.005

Rochat, L., Beni, C., Billieux, J., Azouvi, P., Annoni, J. M., & Van der Linden, M. (2010). Assessment of impulsivity after moderate to severe traumatic brain injury. *Neuropsychol Rehabil, 20*(5), 778-797. doi: 924372892 [pii] 10.1080/09602011.2010.495245

Roseburg, B., & Fikentscher, R. (1976). [Traumatic olfactory and taste disorders]. *Z Arztl Fortbild (Jena), 70*(3), 132-135.

Rosenthal, M. (1999). *Rehabilitation of the adult and child with traumatic brain injury* (3rd ed.). Philadelphia, PA: F.A. Davis.

Rowland, S. M., Lam, C. S., & Leahy, B. (2005). Use of the Beck Depression Inventory-II (BDI-II) with persons with traumatic brain injury: Analysis of factorial structure. *Brain Inj, 19*(2), 77-83.

Rutherford, W. H. (1977). Sequelae of concussion caused by minor head injuries. *Lancet, 1*(8001), 1-4.

Sabhesan, S., & Natarajan, M. (1989). Sexual behavior after head injury in Indian men and women. *Arch Sex Behav, 18*(4), 349-356.

Safaz, I., Alaca, R., Yasar, E., Tok, F., & Yilmaz, B. (2008). Medical complications, physical function and communication skills in patients with traumatic brain injury: A single centre 5-year experience. *Brain Inj, 22*(10), 733-739. doi: 901530010 [pii] 10.1080/02699050802304714

Sandel, M. E., Delmonico, R., & Kotch, M. J. (2007). Sexuality, reproduction, and neuroendocrine disorders following TBI. In N. D. Zasler, D. I. Katz & R. D. Zafonte (Eds.), *Brain injury medicine : Principles and practice* (pp. 673-695). New York: Demos.

Sandel, M. E., Williams, K. S., Dellapietra, L., & Derogatis, L. R. (1996). Sexual functioning following traumatic brain injury. *Brain Inj, 10*(10), 719-728.

Sandfort, T. G., & Ehrhardt, A. A. (2004). Sexual health: A useful public health paradigm or a moral imperative? *Arch Sex Behav, 33*(3), 181-187. doi: 10.1023/B:ASEB.0000026618.16408.e0 484863 [pii]

Schwartz, I., Tuchner, M., Tsenter, J., Shochina, M., Shoshan, Y., Katz-Leurer, M., & Meiner, Z. (2008). Cognitive and functional outcomes of terror victims who suffered from traumatic brain injury. *Brain Inj, 22*(3), 255-263. doi: 790804899 [pii] 10.1080/02699050801941763

Seifert, T. D., & Evans, R. W. (2010). Posttraumatic headache: A review. *Curr Pain Headache Rep, 14*(4), 292-298. doi: 10.1007/s11916-010-0117-7

Shekleton, J. A., Parcell, D. L., Redman, J. R., Phipps-Nelson, J., Ponsford, J. L., & Rajaratnam, S. M. (2010). Sleep disturbance and melatonin levels following traumatic brain injury. *Neurology, 74*(21), 1732-1738. doi: 74/21/1732 [pii] 10.1212/WNL.0b013e3181e0438b

Silver, J. M., McAllister, W. B., & Yudofsky, S. C. (2005). *Textbook of traumatic brain injury.* Washington, DC: American Psychiatric Publishing.

Simpson, G. (2001). Addressing the sexual concerns of persons with traumatic brain injury in rehabilitation settings: A framework for action. *Brain Impairment, 2*(2), 97-108.

Simpson, G., Blaszczynski, A., & Hodgkinson, A. (1999). Sex offending as a psychosocial sequela of traumatic brain injury. *J Head Trauma Rehabil, 14*(6), 567-580.

Simpson, G., & Long, E. (2004). An evaluation of sex education and information resources and their provision to adults with traumatic brain injury. *The Journal of head trauma rehabilitation, 19*(5), 413-428.

Simpson, G., Tate, R., Ferry, K., Hodgkinson, A., & Blaszczynski, A. (2001). Social, neuroradiologic, medical, and neuropsychologic correlates of sexually aberrant behavior after traumatic brain

injury: A controlled study. *J Head Trauma Rehabil, 16*(6), 556-572.

Sipski, M. L., & Alexander, C. J. (1997). *Sexual function in people with disability and chronic illness: A health professional's guide.* Gaithersburg, Md.: Aspen Publishers.

Stoleru, S., Redoute, J., Costes, N., Lavenne, F., Bars, D. L., Dechaud, H., Pujol, J. F. (2003). Brain processing of visual sexual stimuli in men with hypoactive sexual desire disorder. *Psychiatry Res, 124*(2), 67-86. doi: S0925492703000684 [pii]

Sumner, D. (1967). Post-traumatic ageusia. *Brain, 90*(1), 187-202.

Swann, I. J., Bauza-Rodriguez, B., Currans, R., Riley, J., & Shukla, V. (2006). The significance of post-traumatic amnesia as a risk factor in the development of olfactory dysfunction following head injury. *Emerg Med J, 23*(8), 618-621. doi: 23/8/618 [pii]10.1136/emj.2005.029017

Takahashi, H., Matsuura, M., Yahata, N., Koeda, M., Suhara, T., & Okubo, Y. (2006). Men and women show distinct brain activations during imagery of sexual and emotional infidelity. *Neuroimage, 32*(3), 1299-1307. doi: S1053-8119 (06)00611-2 [pii]10.1016/j.neuroimage.2006.05.049

Terre, R., & Mearin, F. (2007). Prospective evaluation of oro-pharyngeal dysphagia after severe traumatic brain injury. *Brain Inj, 21*(13-14), 1411-1417. doi: 787649835 [pii]10.1080/02699050701785096.

Vaughan, N., Agner, D., & Clinchot, D. M. (1997). Perseveration and wandering as a predictor variable after brain injury. *Brain Inj, 11*(11), 815-819.

Viana Bde, M., Prais, H. A., Nicolato, R., & Caramelli, P. (2010). Posttraumatic brain injury psychosis successfully treated with olanzapine. *Prog Neuropsychopharmacol Biol Psychiatry, 34*(1), 233-235. doi: S0278-5846 (09)00316-9 [pii]10.1016/j.pnpbp.2009.08.026

Warriner, E. M., & Velikonja, D. (2006). Psychiatric disturbances after traumatic brain injury: Neurobehavioral and personality changes. *Curr Psychiatry Rep, 8*(1), 73-80.

Wedcliffe, T., & Ross, E. (2001). The psychological effects of traumatic brain injury on the quality of life of a group of spouses/partners. *S Afr J Commun Disord, 48*, 77-99.

Whelan-Goodinson, R., Ponsford, J., & Schonberger, M. (2008). Association between psychiatric state and outcome following traumatic brain injury. *J Rehabil Med, 40*(10), 850-857. doi: 10.2340/16501977-0271

Zabin, L. S. (1994). Adolescent sexual behavior and childbearing. *Womens Health Issues, 4*(2), 73-75; discussion 75-77. doi: S1049-3867 (05)80035-0 [pii]

Zafonte, R., Elovic, E. P., & Lombard, L. (2004). Acute care management of post-TBI spasticity. *J Head Trauma Rehabil, 19*(2), 89-100. doi: 00001199-200403000-00002 [pii]

Zamboni, B. D., & Crawford, I. (2007). Minority stress and sexual problems among African-American gay and bisexual men. *Arch Sex Behav, 36*(4), 569-578. doi: 10.1007/s10508-006-9081-z

Zasler, N. D., & Kreuter, M. (1990). Family and sexuality after traumatic brain injury. In J. Williams & T. Kay (Eds.), *Head injury: A family matter* (pp. 253-270). Blatimore: Paul H. Brookes Publishing Co.

Zasler, N. D., & Martelli, M. F. (2005). Sexual dysfunction. In J. M. Silver, W. B. McAllister & S. C. Yudofsky (Eds.), *Textbook of traumatic brain injury* (pp. 437-450). Washington, DC: American Psychiatric Publishing.

Zeitzer, J. M., Friedman, L., & O'Hara, R. (2009). Insomnia in the context of traumatic brain injury. *J Rehabil Res Dev, 46*(6), 827-836.

Zhang, Q., & Sachdev, P. S. (2003). Psychotic disorder and traumatic brain injury. *Curr Psychiatry Rep, 5*(3), 197-201.

NeuroRehabilitation 41 (2017) 261–280
DOI:10.3233/NRE-172197
IOS Press

261

# What is known about sexual health after pediatric acquired brain injury: A scoping review

Grahame Simpson[a,b,*], Martine Simons-Coghill[c], Annerley Bates[d] and Caron Gan[e]
[a]*Brain Injury Rehabilitation Research Group, Ingham Institute for Applied Medical Research, Liverpool, Sydney, NSW, Australia*
[b]*John Walsh Centre for Rehabilitation Research, Kolling Institute, Sydney School of Medicine, University of Sydney, Sydney, NSW, Australia*
[c]*Brain Injury Service, Kids Rehab, The Children's Hospital at Westmead, Sydney, NSW, Australia*
[d]*Princess Alexandra Hospital, Brisbane, QLD, Australia*
[e]*Bloorview Research Institute, Holland Bloorview Kids Rehabilitation Hospital, Toronto, ON, Canada*

**Abstract**.
**BACKGROUND:** Positive sexual development is a core task in the transition from childhood/adolescence to adulthood. Little is known about the extent of research addressing this topic after acquired brain injury (ABI).
**OBJECTIVE:** To identify publications (1980 to 2016) addressing positive sexual health among children/adolescents with ABI.
**METHODS:** A scoping review.
**RESULTS:** A search conducted using OVID and PubMed databases yielded 2021 citations with 28 publications meeting the inclusion criteria (six reviews, one expert account, 19 observational and two intervention studies). Teenagers with ABI reported poorer body image, feeling less sexually or physically attractive than sex and age matched non brain-damaged controls. The one study with findings on sexual orientation, reported 15% of adolescents with ABI identified as lesbian, gay or bisexual. Precocious puberty was a rare outcome from ABI, but the most common focus of the publications (14/28). Finally, two case studies (genital touching and classroom masturbation respectively) found that behavioral interventions were an effective means of extinguishing inappropriate sexual behaviour after childhood ABI.
**CONCLUSIONS:** Sexual health is a neglected area of research in post-ABI care for children/adolescents. A better understanding of the needs and challenges will help rehabilitation professionals and parents provide more informed and effective supports.

Keywords: Neurosexuality, pediatric, adolescence, traumatic brain injury, acquired brain injury, sexual health, sexual orientation, body image, precocious puberty, inappropriate sexual behaviour, scoping review

*Address for correspondence: Grahame Simpson PhD, Brain Injury Rehabilitation Research Group, Ingham Institute of Applied Medical Research, c\o Liverpool Brain Injury Rehabilitation Unit, Locked Bag 7279, Liverpool BC, NSW 1871, Australia. Tel.: +61 2 8738 5495; Fax: +61 2 8738 5497; E-mail: grahame.simpson@sswahs.gov.au.

## 1. Introduction

According to the World Health Organization, brain injury is a significant public health problem and is the leading cause of disability and death amongst children, adolescents and young adults (CDC, 2016). Estimated rates of pediatric traumatic brain injury

1053-8135/17/$35.00 © 2017 – IOS Press and the authors. All rights reserved

(TBI) range from 280-1,373/100,000 (McKinlay & Hawley, 2017). McKinlay et al. (2008) reported prevalence rates of 30% for individuals between 0 to 25 years of age. Males are more likely than females to experience a brain injury, as well as those with lower school grades, reported substance use (Ilie et al., 2013) and those living in disadvantaged areas (Hawley, Ward, Long, Owen, & Magnay, 2003). Although most epidemiological studies focus on TBI, this review also includes children/adolescents with other forms of non-traumatic acquired brain injury (ABI), that is, "damage that occurs to the brain after birth" (Australian Institute of Health and Welfare, 2007, p. 1), such as anoxia, tumour, infection or stroke. Therefore, both traumatic and non-traumatic causes will be signified by the umbrella term of ABI.

The consequences of pediatric ABI are wide-ranging and can include physical changes (i.e., motor difficulties, balance issues, fatigue, sleep issues, visual disturbances), cognitive challenges (i.e., problems with memory, attention, executive function, communication skills), behavioral challenges (i.e., poor impulse control, impatience, irritability, disruptive behavior), and emotional difficulties (i.e., mood disturbance, anxiety, emotional distress, traumatic grief and loss) (Savage, DePompei, Tyler, & Lash, 2005). These changes can result in ongoing and widespread impairments that affect peer relations, social functioning, family relationships, academic performance, and psychosocial functioning (Anderson et al., 2010; Li & Liu, 2003; Savage et al., 2005).

Diminished empathy, disinhibition, impulsivity and social dysfunction can be some of the biggest challenges facing children and adolescents with ABI as social-emotional skills are critical for school functioning, healthy peer relations, and quality of life (Glang, Ettel, Tyler, & Toddis, 2013; Prigatano, Fulton, & Wethe, 2010). These problems may emerge shortly or several years after injury and often persist or even worsen over time (Anderson, Catroppa, Morse, Haritou, & Rosenfeld, 2009; Catroppa, Anderson, Morse, Haritou, & Rosenfeld, 2008; Ewing-Cobbs et al., 2006). Long-term behavioural and social difficulties are not limited to children with severe ABI and may occur even following a mild TBI, which accounts for 80–90% of injuries (Li & Liu, 2013). School-aged children with mild TBI are at risk for persistent behaviour problems, especially if the mild TBI is more severe or occurs at a younger age (Taylor et al., 2015).

Late childhood and adolescence coincide with both the onset of puberty and the developmental processes of identity formation and sexual orientation, emerging interest in sex, and developing increased independence. Teens in late adolescence work on transitioning to adult roles in school, work, and relationships (Tulloch & Kaufman, 2013). To negotiate the transition to becoming a sexually healthy young adult, young people with ABI need support in finding positive, safe, and healthy ways to express their sexuality. They need to know to whom they can talk so that they are sexually informed, know what to do to ensure safety and avoid unwanted behaviours, and receive support in forming satisfying and healthy peer relationships (Gan, DePompei & Lash, 2013; Tulloch & Kaufman, 2013).

An important starting point is the definition of sexual health. The World Health Organisation provides a useful point of departure, defining sexual health as . . .

> a state of physical, emotional, mental and social well-being in relation to sexuality; it is not merely the absence of disease, dysfunction or infirmity. Sexual health requires a positive and respectful approach to sexuality and sexual relationships, as well as the possibility of having pleasurable and safe sexual experiences, free of coercion, discrimination and violence. (World Health Organization, 2006, p. 5)

In seeking to apply the spirit of this definition to the pediatric context of ABI, Simpson and Simons (2010) proposed a model of positive sexual development (see Fig. 1), adapted from earlier work by Kewman and colleagues (1997). The model proposes six interacting domains which contribute to the ability to form relationships with peers and experience satisfying sexual health, functioning and adjustment (Simpson & Simons, 2010). Each domain is represented by a continuum anchored by the degree of challenge versus a positive state addressing: (1) social competence, (2) identity formation, (3) physical development, (4) sexual knowledge (5) sexual experience and (6) sexually appropriate behaviour (see Fig. 1).

Social competence as applied to psychosexual areas include the initial acquisition of a sexual language (middle childhood) followed by first 'crushes', flirting, dating, having boyfriends/ girlfriends and so forth (late childhood/early adolescence). Identity formation includes the development of a positive body image that includes a sexual dimension and individuation in exploring and establishing one's own sexual orientation. Physical development predominantly focuses on the course of puberty (i.e.,



Fig. 1.  Promoting positive sexual development after childhood/adolescent ABI (Simpson & Simons, 2010, p.21; Reproduced with permission from the Emerald Group).

precocious, normal, or delayed) for both sexes, with precocious puberty or the possible interruption of the menstrual cycle being two key issues.

Sexual knowledge refers to the acquisition of information about sex, sexual relationships, sexual health and how they apply to each individual. Sexual experience relates to consensual experiences of sexual play, children or adolescents comparing or commenting on sexual body parts, trying masturbation and the first experience of sexual intercourse. However, sexual experiences can also be non-consensual, and people with disabilities are at particular risk of sexual exploitation or abuse (Hershkowitz, 2007). Finally, inappropriate sexual behaviour such as public masturbation, touching the genitals of others who have not consented, and attempts to solicit sex by means of threats may arise as a result of dysregulated or impulsive behaviour. These behaviours also threaten positive sexual health (either of self or others) and place children/adolescents with ABI at risk of reduced participation (e.g., being removed from school).

There are many examples of the broad range of sexual health issues and challenges proposed by the Simpson and Simons (2010) model as children and adolescents with ABI navigate this developmental stage. For example, with respect to physical development, there may be mobility issues or sensorimotor problems which can have a devastating effect on self-image and developing identity (Gan et al., 2013). Poor judgment, impulsive behaviors, and poor decision making can contribute to sexually inappropriate behaviors that put the adolescent at risk of unplanned pregnancy, sexually transmitted infections, sexual assault, or exploitation. From a social competence perspective, social skills deficits and social communication impairments can make it difficult for adolescents to learn flirting and dating behaviors, or relationship skills. Difficulties interpreting social cues or learning the nuances of intimate conversations can be additional barriers to developing social competence for healthy sexual development (Gan et al., 2013; Moreno, Lasprilla, Gan, & McKerral, 2013).

In their conceptual paper, Simpson and Simons (2010) suggested that the literature relating to positive sexual health was extremely limited. Therefore, to maximise the possibility of identifying any works that were relevant to the topic, the current review employed a scoping methodology. Scoping reviews are able to ascertain the breadth and depth of evidence within a defined field and summarise the research findings and highlight gaps for future research (Arksey & O'Malley, 2005). Scoping reviews are well suited to address topics relating to emerging fields of research interest, in which the literature may be scattered and fragmented (Arksey & O'Malley, 2005).

Table 1
Search terms

| Search terms mapping onto the domains | |
| --- | --- |
| Core term: | Sexuality OR sexual satisfaction OR attitudes to sex OR sexual health OR |
| Social competence: | peer relations OR dating OR sexting OR |
| Identity formation: | sexual orientation OR homosexuality OR body image OR |
| Physical development: | puberty OR precocious OR menstruation |
| Sexual knowledge: | sex education OR |
| Sexual experience: | altered sexual patterns OR condoms OR contraception OR contraceptive devices OR sex therapy OR sex counselling OR HIV OR pregnancy OR sexual assault OR masturbation OR pornography OR sexual behaviour OR psychosexual behaviour OR safe sex OR |
| Sexual behaviour: | risk taking behaviour |

**AND**
(brain injuries OR traumatic brain injury OR head injury
OR craniocerebral trauma OR brain "damage")

**AND**
("pediatric" OR "adolescent")

## 2. Methods

The scoping review followed the approach originally proposed by Arksey and O'Malley (2005) and then refined by Levack, Colquhoun and O'Brien (2010). The five steps that were included to investigate this topic were: (1) identifying the research question, (2) identifying relevant studies, (3) study selection, (4) charting the data, and (5) collating, summarizing and reporting results.

### 2.1. Determining the research question

The research team determined the parameters of the research question by identifying the concept, target population and health outcomes (Levac et al., 2010). The core concept was sexual health, consistent with the World Health Organisation model and applied to pediatric ABI (Simpson & Simons, 2010), reflecting the central role that sexual development plays as a part of late childhood and adolescence. The target population was children and adolescents with ABI. The health outcomes comprised any physiological, psychosocial or behavioural variables related to the six domains proposed by Simpson & Simons (2010) as outlined in Fig. 1. Therefore, the aim of the current review was to identify and collate the existing literature addressing positive sexual health after pediatric ABI with a particular focus on psychosocial, physiological or behavioural data.

### 2.2. Identifying relevant studies

Relevant publications were identified through a three step process. First, an electronic database search was conducted using OVID (which includes PsycINFO and Medline) and PubMed search engines. These search engines are commonly used for literature reviews within the field of TBI, health and pediatrics. The starting point for generating relevant search terms was to draw upon previous experience from a systematic scoping review focused on sexual health issues for adults with TBI (Simpson & Baguley, 2012); the concepts generated from the domains of the pediatric/adolescent model (Simpson & Simons, 2010); and the clinical experience of the authors. The search terms were crossed with a number of key descriptors identifying TBI or ABI and then limited to pediatric or adolescent (see Table 1).

Publications in the field of social cognition/social competence were only included if they directly addressed issues such as dating, romantic relationships, flirting and so forth. The rationale for this was that although the broader ability to establish peer relationships is an important pathway into more intimate relationships, it would lead to identifying a large range of publications that did not directly address the focus for the review. In relation to the domain of physical development, publications addressing neuroendocrinology after pediatric TBI needed to specifically address sexual health issues such as pubertal development or menstruation to be included.

Second, the bibliographies of articles selected from the database search were also checked for any additional publications. Third, consultation was conducted by two authors (GS, CG). An e-mail was composed with a description of the study back-

ground, research question and inclusion/exclusion criteria and circulated to both individual experts in the field of pediatric/adolescent ABI known to the authors as well as a specialist e-network (International Network for Social Workers in Acquired Brain Injury).

## 2.3. Study selection

All citations published in English between 1980 and 2016 were considered. The year 1980 was selected as it signified the first full decade of specialist brain injury rehabilitation (Rosenthal, 1996). Citations were selected if they met the following inclusion criteria: (i) addressed people with TBI or ABI; (ii) aged between 0 to 18 years; and comprised (iii) articles, chapters or books that were peer reviewed.

The review sought to be broadly inclusive of the types of peer-review publications that were included, and therefore a research typology developed in the United Kingdom to create an evidence-base for the National Service Framework (NSF) on long-term conditions, as applied to neurological conditions was employed (Turner-Stokes, Harding, Sergeant, Lupton, & McPherson, 2006). The NSF typology for neurological conditions recognised the value of a variety of study designs including primary research (e.g., intervention, observational studies), secondary research (i.e., secondary data analysis), review-based research (e.g., systematic reviews, scoping reviews), as well as expert opinion in contributing to an evidence-base (Turner-Stokes et al., 2006). This methodology has been employed in a previous systematic review in TBI (Fadyl & McPherson, 2009). Given the scant number of publications addressing childhood/adolescent sexual development after ABI, this approach helped to maximise the pool of literature.

Exclusion criteria included non-ABI populations (e.g., congenital brain injury such as intellectual disability) and other types of published literature (e.g., letters, book reviews, commentaries, editorials, conference abstracts). Studies in which children/adolescents with ABI were a subset of a broader sample and the ABI specific data that fell within the review criteria were not reported separately were included, if the data that met the inclusion criteria could be extracted by the authors. If this was not possible, then the study was excluded.

The process of study selection was consistent with that outlined in the PRISMA flow diagram (Moher, Liberati, Tetzlaff, Altman, & the PRISMA Group, 2010). Two stages of screening were conducted by the four authors. After duplicates were removed, the review of the citation titles and abstracts against the inclusion and exclusion criteria were shared amongst all authors. To ensure consistency of approach, a standardised review template was devised. Full text versions were then accessed, of studies that were either judged to meet the inclusion criteria, or in cases where a judgement about inclusion/ exclusion could not be made, from the abstract alone. All full texts were rated (include vs. exclude) independently by two of the authors, with only three texts producing discrepant ratings, which were resolved by consensus. All reference lists of the selected full text articles were then reviewed to identify any further literature. Finally, suggestions from the consultation process were checked against the inclusion/exclusion criteria and the publications already identified as meeting the review criteria. Any recommendations provided through the consultation process were then checked against the inclusion/exclusion criteria. Again, reference lists of any included articles were checked.

## 2.4. Charting the data

Publications were grouped by the six domains outlined by Simpson and Simons (2010), as detailed in the Introduction, and further classed by research design. There were three types of publications, namely reviews/expert opinion, observational studies and intervention studies. Once the relevant publications were identified, data extraction templates were developed for the two empirical research designs. For observational studies, data were collected on study source (first author, journal, year of publication, country within which the study was conducted) and the domain (e.g., social competence, identity formation etc.). The study focus was classed as "specific" if the primary study aim was to investigate some area of sexual health in pediatric ABI, or "non-specific" if the study primary aim had a broader focus within which the sexual health was only a secondary or incidental component. The remaining data fields were research design, setting, sample size/ diagnostic group, data collection methods and findings.

Data for some of the same fields were collected for the intervention studies (i.e., study source, domain, focus, research design, setting, sample/diagnostic group). The remaining fields for the intervention studies comprised the behaviour targeted plus the hypothesis for the behaviour, measures, treatment type/therapist/treatment duration, and outcome.

## 2.5. Collating, summarizing, and reporting results

Information extracted about the observational and intervention studies was collated into two tables and summary data generated. Two publications were identified in which data of relevance to the review was embedded within a larger dataset (i.e., TBI 11–18 years aggregated in larger dataset spanning 11–28 years in a study reporting on sexual orientation; data about TBI and history of sexual assault aggregated in larger dataset of a prison offender [TBI plus non-TBI] sample). In both cases, the authors of the publications were contacted to ascertain whether secondary analysis could be conducted to provide ABI specific data that fell within the review inclusion criteria. Overall, given the heterogeneity of the data (self-report, proxy report, clinical assessment, laboratory tests) and the presence of publications in which the primary focus was not specifically on sexual health and ABI/TBI, no pooling of data were possible, and relevant psychosocial, physiological, or behavioural data were extracted on a study-by-study basis. The implications of the findings for practice and future research are addressed in the Discussion and Conclusions.

## 3. Results

A total of just over two thousand citations were identified (see Fig. 2). After duplicates were removed, and screening by title and abstract conducted, the remaining citations underwent a full text review. A total of 14 publications were identified as meeting the review inclusion/exclusion criteria, in addition to one paper identified through the consultation process. The reference lists of the 15 selected articles were then reviewed and another 14 publications identified. A positive response was received by the authors from one of the two publications in which relevant data about ABI was embedded within a larger dataset, and it was therefore included within the review. Finally, one of two reviews by the same lead author which met the review criteria but substantially covered the same ground (addressing TBI-induced hypothalamic-pituitary dysfunction) was removed (Acerini & Tasker, 2007), resulting in a grand total of 28 publications.

All publications were peer-reviewed articles. The articles included six reviews, one expert account, 19 observational studies and two intervention studies. No articles were identified for two of the six domains that comprised the model, namely the specific area of social competence as applied to the psychosexual areas targeted by the review (i.e., dating, boyfriend/girlfriend relationships, flirting), and the sex education domain. Only seven of the 28 articles specifically targeted sexual health issues for pediatric ABI, including one of the six reviews (Simpson & Simons 2010), six of the observational studies (Blendonohy & Phillip, 1991; Grossman & Sanfield, 1994; Luiselli, Sherak, Dunn, & Pace, 2005; Pastore et al., 2015; Shaul, Towbin, & Chernausek, 1985; Sockalosky, Kriel, Krach, & Sheehan, 1987) and both intervention studies (Dufrene, Watson, & Weaver, 2005; Fyffe, Kahng, Fittro, & Russell, 2004). In all other cases, the findings related to sexual health were a secondary aim or incidental to the purpose of the study.

## 3.1. Overviews

Two articles addressed the core area of sexuality which is at the centre of the model. An early expert account was identified (Worthington, 1989). The author addresses the implications of ABI on adolescent development in relation to family, peers, body image and sexuality. The author applied the framework of Erickson's model of psychosocial development, particularly the stage of autonomy/independence. In relation to sexuality, the central roles of sexuality, sexual roles, intercourse and identity as topics of conversation among peers; experimentation; and dating as part of adolescent development were all highlighted.

The more recent paper comprised a narrative review and was the only review identified through the search that specifically addressed sexual health in pediatric ABI (Simpson & Simons, 2010). The six broad domains proposed by the authors have been used to frame the current review.

## 3.2. Identity formation

Three publications were identified that addressed issues of identity formation, specifically sexual orientation (Mackelprang, Harpin, Grubenhoff, & Rivara, 2014) and body image (Pastore et al., 2015; Vance, Eiser, & Horne, 2004). All three studies were observational (see Table 2). However, only one of the three studies had a primary research aim that specifically addressed one of the parameters of the current review, namely body image (Pastore et al., 2015).

G. Simpson et al. / Sexual health in pediatric ABI: A scoping review

267

Table 2
Observational studies

| 1st author, journal, year, country | Domain | Study focus | Research design | Setting | Sample size/ diagnostic gp | Data collection methods | Findings |
|---|---|---|---|---|---|---|---|
| Mackelprang Am J Pub Health 2014 United States | Identity formation: Sexual orientation | Non-specific, investigating TBI and homelessness | Secondary analysis from homelessness study | Streets shelters and locations in Minnesota that serve homeless people | 43% of 2,732 participants who reported h'x of TBI ($n = 1,145$) | Data protocol collecting information on socio-demographic, mental health, and activities of daily living | Detailed findings reported in Table 3 |
| Vance Clin Child Psychology and Psychiatry 2004 United Kingdom | Identity formation: Body image | Non-specific, investigated parents' views of childhood brain cancer on child's social function | Cross-sectional qualitative study using Interpretive Phenomenological Analysis | Regional Pediatric Cancer Service | 10 parents of 8 children (3M, 5F; aged 8–20 yrs) who survived leukaemia or CNS tumours | Interview schedule focusing on themes representing child's functioning, drawn from previous literature reviews | One theme was Body Image - parents concerned their children looked different to their peers (weight, patchy hair, paralysis), leading to bullying |
| Pastore Brain Inj 2015 Italy | Identity formation: Body image | Specific, as per the domain | Observational prospective cross-sectional study employing between-group analyses | Rehabilitation Research Institute | Aged 12–18 yrs Clinical group: 16 TBI, 10 vascular lesions (10 M, 16 F) matched on sex and age to 18 non brain injured teenagers | Battery of measures including Body Esteem Scale (BES) | Adolescents with brain injury scored significantly lower than the matched controls on BES subscales Sexual Attractiveness (females) and Physical Condition (males, females) |
| Valenta The Am J Med 1980 United States | Physical development: Menstrual function | Non-specific, investigating hypopituitarism after TBI | Case report | NR | F, 16 yrs, 6 mths post-inj. Pre-inj onset menarche 11 yrs, regular menses | Clinical investigation | Post injury reporting amenorrhea possibly due to partial hypopituitarism |
| Shaul Am J Dis Children 1985 United States | Physical development: Precocious puberty | Specific, as per the domain | Case report | Children's Hospital | N = 2, TBI F, 6 yrs 3 mths M, 7 yrs | Clinical investigations including Tanner classification | F – pubic hair and breast development progressed from Tanner II to Tanner III by 4 mths post-inj; M- pubic hair development at Tanner V by 1.5 yrs post-inj |

(Continued)

*G. Simpson et al. / Sexual health in pediatric ABI: A scoping review*

Table 2
Observational studies

| 1st author, journal, year, country | Domain | Study focus | Research design | Setting | Sample size/ diagnostic gp | Data collection methods | Findings |
|---|---|---|---|---|---|---|---|
| Sockalosky The Journal of Pediatrics 1987 United States | Physical development: Precocious puberty | Specific, as per the domain | Case series | Pediatric Head Injury Service, Children's Hospital | $n = 7$, part of series of 33 pre-pubertal children with TBI M 1; F 6; age at injury 3.5–8.3 yrs | Clinical investigations, Tanner classification. | Compared results at follow-up (2–17 mths post-injury) to initial assessment. At f'-up a range of signs of puberty noted. 3 F early onset menarche. For $n = 7$, Tanner stages from III to V for breast/ pubic hair/ penis growth documented |
| Blendonohy Brain Inj 1991 United States | Physical development: Precocious puberty | Specific, as per the domain | Case report | Rehabilitation Hospital | $N = 2$, both F. Case 1 TBI at 4.3 yrs of age Case 2 TBI at 3.25 yrs of age) | Clinical investigations, Tanner classification | Case 1 breasts Tanner III, pubic hair Tanner IV at 14 mths post-injury (case 1) Case 2 breasts Tanner III, pubic hair Tanner III at 5 mths post-injury (case 2) |
| Grossman J Reprod Med 1994 United States | Physical development: Delayed puberty | Specific, as per the domain | Case report | Department of Obstetrics/ Gynaecology, General Hospital | $N = 1$, F. sustain severe TBI at 9 mths; assessed at 17 yrs | Clinical investigations | No h'x of breast development, pubic hair or menstruation. ?hypothalamic dysfunction 2ndry to loss of infundibulum due to TBI |
| Goldman Ped Neurol 1997 Israel | Physical development: Precocious puberty | Non-specific, investigating endocrine function after pediatric TBI | Case series | Pediatric Rehabilitation Unit, General Hospital | $N = 21$, TBI at ages from 9 mths -15 yrs, aged from 3-18 yrs at f'up | Clinical investigations, Tanner classification | No evidence of PP among the sample |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Einaudi J Paed Endocrinal Metab 2006 Italy | Physical development: Precocious puberty | Non-specific, investigating endocrine function after pediatric TBI | Gp 1: Retrospective case series Gp 2: Prospective longitudinal case series | Neurosurgery + Paediatric Intensive Care units, Children's Hospital | Gp 1: N=22, M19 F3, aged 1.2 to 18 yrs Gp 2: N=30, M23 F 7, aged 0.25–15.5 yrs | Clinical investigations | Gp 1: One M, PP diagnosed at 10.5 yrs; parents noticed 1st signs of puberty 2 yrs earlier; at time of investigation 5.3 yrs post-injury Gp 2: No cases of PP reported |
| Poomthavorn Arch Dis Child 2008 Australia | Physical development: Precocious puberty | Non-specific, investigating pituitary dys-function after pediatric TBI | Prospective case series | Children's Hospital | N=117 children with TBI, n=54 participated, 29 had possible abnormalities M 18, F 11 | Clinical investigations | One F developed PP at 7.7 yrs of age. 4.4 yrs post-injury; other 8 pre-pubertal children were normal; 20 pubertal children no report of delayed or arrested puberty |
| Khadr Clin Endocr 2010 United Kingdom | Physical development: Precocious puberty | Non-specific, investigating pituitary function after pediatric TBI | Retrospective case series | General hospitals in an urban area | N=133 children with TBI, n=33 participated | Clinical investigations, Tanner classification | No child had evidence of abnormal pubertal development |
| Kaulfers The Journal of Pediatrics 2010 United States | Physical development: Precocious puberty | Non-specific, investigating endocrine function after pediatric TBI | Prospective case series | Children's Hospital | N=72 children with TBI, n=31 participated, M/F 18/13 | Clinical investigations at A'x at 1–5 wks post-TBI (visit 1, n=27), 2-3 mths post-(visit 2, n=25), 6-8 mths post- (visit 3, n=21) and 12–14 mths post- (visit 4, n=21) | Visit 1: no PP Visit 2: 2/9 adolescent F with oligomenorrhea (both pre-injury H'x normal menses) Visit 3: 2/21 exhibited PP Visit 4 : 3/21 exhibited PP |
| Heather J Clin Endocrinal Metab 2012 New Zealand | Physical development: Precocious puberty | Non-specific, investigating permanent hypopituitarism in early childhood TBI | Prospective case series | Children's Hospital | N=270 TBI children injured under 5 yrs, n=198 took part, M/F 116/82 | Clinical investigations, Tanner classification | M aged 7yrs Tanner G3P3 F aged 8 yrs Tanner B4 Incidence M,1/116; F; 1/82 no different from rates in general population. Time post-inj not reported. |

*(Continued)*

270                                                    G. Simpson et al. / Sexual health in pediatric ABI: A scoping review

Table 2
(Continued)

| 1st author, journal, year, country | Domain | Study focus | Research design | Setting | Sample size/ diagnostic gp | Data collection methods | Findings |
|---|---|---|---|---|---|---|---|
| Casino-Sancho Clin Endocr 2013 Spain | Physical development: Precocious puberty | Non-specific, investigating pituitary dysfunction after pediatric TBI | Prospective case series | Pediatric Endocrinology Unit, General Hospital | N = 37, TBI, M/F 30/7 | Clinical investigations, Tanner classification | No cases of precocious, advanced or delayed puberty identified |
| Personnier J Clin Endocrinal Metab 2014 France | Physical development: Precocious puberty | Non-specific, investigating pituitary dysfunction after Pediatric TBI | Prospective case series | Children's Hospital + Rehabilitation Dept of General Hospital | N = 87, TBI, M/F 60/27 | Clinical investigations | No cases of PP, delayed puberty or secondary amenorrhea |
| Krahulik Biomed Pap Med Fac Univ Palacky Olomouc Czech Repub 2016 Czech Republic | Physical development: Precocious puberty | Non-specific, investigating hypothalamo-hypophyseal dysfunction in Pediatric TBI | Prospective case series | Department of Pediatrics, University Hospital | N = 58, TBI, M/F 37/21 | Clinical investigations including Tanner classification, Laboratory evaluation | One M diagnosed with PP at 6 mths post-injury. Two Fs experienced hypogonadotropic hypogonadism (both experiencing irregular menstrual cycles and oligomenorrhea) at 12 months post-inj. |
| Johnstone J Clin Psych Med Settings 1994 United States | Sexual experience: Being sexually active | Non-specific, investigating transition of adolescents to college | Case study | University Hospital | N = 6, TBI between 16 and 19 yrs, M/F 1/5 | Neuropsychological tests F'up 1.5–11 mths post-injury | Case 1 F 19 yrs, mod TBI. Following high school graduation, left home against parents wishes, moved in with young man of whom parents did not approve, became sexually active; evaluated by psychiatrist who determined she was competent to make her own decisions. Case 2. F 18 yrs, mild TBI. Engaged in sex the summer prior to entering college, feeling guilty. Her choice resulted in significant conflict with mother who attributed the behaviour in part to the TBI. |
| Luiselli Behav Intervent 2005 United States | Sexual behaviour: Inappropriate sexual behaviour | Specific, as per the domain | Retrospective case series | Community-based Neuro-rehabilitation program | 11 centre staff rated n = 24 current or past TBI or ABI students, M/F 19/5, average age 15.5 yrs | Purpose designed survey, 29 items of inappropriate sexual behaviours grouped into five categories | 27.7% Masturbation 26.1% Sex talk 10.6% Attempted/actual petting/ fondling 10.5% Attempt to solicit sex 4.4% Verbal sexual threat |

Note. TBI, traumatic brain injury; gp, group; yrs, years; mths, months; wks, weeks; 2ndry, secondary; F'up, follow-up; Dept, Department; A'x, assessment; H'x, history; CNS, Central Nervous System; M, male; F, female; PP, precocious puberty; Tanner G B P; NR, not reported.



Fig. 2. Review process following the PRISMA flow chart.

One article in the review documented sexual orientation (Mackelprang et al., 2014) although this was an incidental variable in a larger project investigating youth homelessness. The study identified in the search reported on the subset of the homelessness sample that identified themselves as having a history of TBI ($n = 326$). While sexual orientation (straight/heterosexual vs gay/lesbian vs bisexual) was reported in the publication, the age range of the sample was from 11–28 years, with no breakdown by age for the sexual orientation variable, and therefore fell outside the review criteria.

Secondary analysis of the 11–18 year old TBI group ($n = 326$) conducted by the lead author (Dr Jessica Mackelprang, personal communication, 20 Feb 2017) for this review, found that no child aged between 11–15 years identified as being gay/lesbian or bisexual (see Table 3). However, among the 16–18 year age-group, the overall rate of individuals identifying as gay/lesbian or bisexual was approximately 15% (see Table 3). A breakdown by sex for the 16–18 year cohort found that a greater proportion of

females ($n = 140$) reported a gay/lesbian or bisexual sexual orientation (combined total 20.7%, 29/140) than males ($n = 162$) (combined total 9.2%; 15/162). Two participants in the group ($n = 326$) identified as transgender.

Two studies addressed body image. Pastore and colleagues (2015) administered a battery of measures including the Body Esteem Scale to a sample of adolescents (aged 12–18 years) with either TBI or vascular lesions. The authors found that the adolescents with ABI rated themselves significantly lower on Sexual Attractiveness (females) and Physical Condition (males and females) in comparison to a group of non-brain damaged controls matched for sex and age.

The second study was a qualitative exploration of the impact of a CNS tumour on eight children (Vance, Eiser, & Horne, 2004). In the only study in the review to interview parents ($n = 10$) about their views and concerns, two overarching themes were identified, namely effects of the illness and dealing with the uncertainty of the illness and its consequences. The

*G. Simpson et al. / Sexual health in pediatric ABI: A scoping review*

Table 3
Sexual Orientation by Age Group and Gender (%) for Respondents Who Endorsed a History of TBI[b]

| Sexual orientation | Overall sample with TBI (n = 326) | | Females (n = 149) | | Males (n = 175) | | Transgender (n = 2) | |
|---|---|---|---|---|---|---|---|---|
| | 11–15 years (n = 22) | 16–18 years (n = 304)[a] | 11–15 years (n = 9) | 16–18 years (n = 140) | 11–15 years (n = 13) | 16–18 years (n = 162)[a] | 11–15 years (n = 0) | 16–18 years (n = 2) |
| Heterosexual | 100.0% | 82.6% | 100.0% | 77.1% | 100.0% | 87.7% | – | 50.0% |
| Gay or lesbian | 0.0% | 6.9% | 0.0% | 9.3% | 0.0% | 4.3% | – | 50.0% |
| Bisexual | 0.0% | 7.9% | 0.0% | 11.4% | 0.0% | 4.9% | – | 0.0% |
| Unsure | 0.0% | 1.0% | 0.0% | 2.1% | 0.0% | 0.0% | – | 0.0% |

[a]5 cases missing sexual orientation. [b]Data Provided by Dr Jessica Mackelprang.

range of issues identified in the former of these two themes included parental concerns about their children's body image, with the parents feeling their own child generally looked different to other children of the same age.

### 3.3. Physical development

The largest group of studies were in the domain of physical development, documenting both precocious puberty (PP) and/or post-injury changes to the menstrual cycle, with the bulk of publications addressing the former. A total of 14 publications addressed the issue. The ten observational studies included a mix of case reports, case series and one cohort study. Five early studies, all case reports (Belndohony & Philip, 1991; Grossman & Sanfield, 1994; Shaul et al., 1985; Sockalosky et al., 1987; Valenta & De Feo, 1980) focused specifically on PP. The more recent studies all focused on post-TBI neuroendocrine dysfunction more generally. The four reviews (Acerini & Tasker, 2006; Einaudi & Bondone, 2007; Medic-Stojanoska, 2009; Soliman, Adel, Soliman, Elalaily, & De Sanctis, 2015) were all narrative in methodology and also focused on broader neuroendocrine dysfunction.

PP is defined as the onset of secondary sex characteristics in girls before the age of 8.5 years and in boys before the age of 10 years (Sockalosky et al., 1987). The stage of pubertal development is described with reference to the Tanner scale, five normative stages that describe the development of secondary sex characteristics spanning from pre-adolescent (Stage 1) through to mature (Stage 5), with separate descriptors at each stage for breast and pubic hair development in girls (Marshall & Tanner, 1969) and genitalia and pubic hair development in boys (Marshall & Tanner, 1970).

In the majority of cases across the studies, the children with PP were classed as being between Tanner stages III-V (across breasts, pubic hair, genitalia) at

assessment points ranging from between six months and three years post-injury (see Table 2). There was one cohort study that was able to estimate the risk of an elevated incidence of PP after TBI in comparison to the general population (Heather et al., 2011), finding no differences (TBI vs general population) among females, but a trend to significance in the incidence among males (study sample PP = 1/116 vs general population PP = 4/10,000; p = 0.063). Importantly, not every study identified children with PP after TBI (e.g., Casano-Sancho, Suárez, Ibáñez, Garcia-Fructuoso, Medina, & Febrer, 2013; Khadr et al., 2010).

Disruption to the menstrual cycle was only reported in two studies (Kaulfers et al., 2010; Krahulik et al., 2016). In each study, only a minority of cases experienced problems, most frequently oligomenorrhea (Kaulfers et al., 2010; Krahulik et al., 2016). In a longitudinal study conducted in the United States, two adolescent females, both four to five years post menarche and with a history of normal menses, were assessed with oligomenorrhea at 2-3 months post-TBI, but this was reported to have resolved at the 12–14 months post-injury follow-up point (Kaulfers et al., 2010).

### 3.4. Sexual experience

Two observational studies addressed different aspects of sexual experience. One study reported on the prevalence of child abuse among adult offenders from a United States prison population, a subset of whom also self-reported a history of TBI (Brewer-Smyth, Cornelius, & Pickelsimer, 2015). However, specific data on this variable was not available for the TBI sub-group, and the authors of the paper declined to provide the necessary information, and therefore the citation was not included in the review.

The second study (Johnstone, Pinkowski, Farmer, & Hagglund, 1994) documented six case histories

of adolescents with TBI making the transition from school to college. Two of the six cases included data relevant to this review. In both cases, the sexual choices of the adolescent with TBI arose among a broader range of issues. In these two cases (both female; one with mild TBI aged 19 years, one with moderate TBI aged 18 years), the sexual choices of the adolescent with TBI led to conflict with parents. This included the parents disapproving of their daughters being sexually active (in both cases); the parents disapproving of the partner; the parents attributing their daughters being sexually active as resulting in part from the TBI; parents challenging their daughter's competence (in one case); and in one case the conflict was associated in part with the daughter's decision to move out of home.

### 3.5. Sexual behaviour

Four studies addressed the issue of sexually inappropriate behaviour. In the one observational (Luiselli et al., 2005) and two intervention publications (Dufrene et al., 2005; Fyffe et al., 2004), this was the primary aim of the study, while the review publication (Bates, 2006) focused more broadly on medication to address a range of psychiatric presentations among children with TBI, including inappropriate sexual behaviour.

The observational study (Luiselli et al., 2005) involved staff members from a neurobehavioural program retrospectively rating the presence of a range of inappropriate sexual behaviours among 24 current and previously discharged children and adolescents with ABI (see Table 2 for the list of behaviours and their frequencies). The two intervention studies both focused on prepubescent children (Male aged nine years, Fyffe et al., 2004; Female aged seven years, Dufrene et al., 2005) who were displaying inappropriate touching and public masturbation respectively. The treatments occurred in a specialist inpatient setting (Fyffe et al., 2004) and school setting (Dufrene et al., 2005). Both studies used a single case experimental design evaluating the efficacy of behavioural interventions driven by functional analysis that was employed to generate hypotheses about the reinforcement mechanism for the behaviours (see Table 4). In both cases the interventions were successful, leading to the almost complete extinction of the inappropriate sexual behaviours in one case (Fyffe et al., 2004) and the complete extinction in the other (Dufrene et al., 2005).

The final publication (Bates, 2006) included a brief section on sexual disorders after TBI. It highlighted the importance of taking a detailed history in order to distinguish between disinhibition versus impaired social awareness in assessing the causes of inappropriate sexual behaviour (e.g., where and when not to touch; the age of the female) displayed by adolescent males with TBI. In the former instance, the possible use of antiandrogen medications is then canvassed.

## 4. Discussion

To the best of our knowledge, this is the first review of the literature addressing the psychosexual development of children and adolescents with ABI. The search found 28 publications in total. However this number was skewed by the large number of publications documenting precocious puberty, a rare outcome of childhood TBI, leaving a small remnant of papers that addressed the broader issues of positive sexual health and ABI. This finding indicates a substantial gap in the broader pediatric ABI literature, given the centrality of sexuality as part of late childhood/adolescent development. Moreover, very few of the studies identified in the review focused specifically on sexual health, with a lot of the data derived from secondary or incidental findings from the identified reports. The six reviews that had addressed some aspect of sexual health were all narrative and only one had the primary aim of addressing the topic. Only two of the 28 studies surveyed children/ adolescents and only one study surveyed parents. Further to this limited pool of information, a critical review of the research on sexuality after ABI in the adult population (Moreno et al., 2013) found that the 14 studies identified had little relevance for children/adolescents, as they focused mostly on sexual dysfunction and marital consequences related to ABI.

Identity formation including sexual identity is a core developmental task in adolescence (Tulloch & Kaufman, 2013). The data reported by Mackelprang et al. (2014) is the first information published about sexual orientation in adolescents with TBI. The results are comparable to results from national surveys in the United States (Sell, Wells, & Wypij, 1995) but elevated compared to the limited information available about sexual orientation in adults with TBI, with Kramer and colleagues (Kramer, Nelson, & Li, 1993) finding 3% (1/29) of participants in a small sample identified as being in a homosexual relationship and 14% (4/29) reported having had

Table 4
Intervention studies

| 1st author, journal, year, country | Domain | Study focus | Research design | Setting | Sample/ diagnostic gp | Behaviour targeted + hypothesis | Measures | Tx type, therapist, Tx duration | Outcome |
|---|---|---|---|---|---|---|---|---|---|
| Fyfie J App Beh Analysis 2004 United States | Sexual behaviour: Inappropriate sexual behaviour | Specific, as per the domain | SCED ABAB reversal design A phase baseline, B phase intervention | Inpatient unit | M. 9 yrs of age, TBI + seizures | ISB – Touching or attempting to touch others on the groin, buttocks or breasts. $H_o$: behaviour maintained by positive reinforcement in the form of adult social attention | Frequency of ISB during 20 minute sessions | A reversal design based on functional analysis Therapist background NR 40 Tx sessions | Overall, Tx reduced ISBs by 94% |
| Dufrene Child Fam Beh Ther 2005 United States | Sexual behaviour: Inappropriate sexual behaviour | Specific, as per the domain | SCED Alternating Treatment Design with 3 phases: (i) Baseline (ii) Alternating Tx (iii) Tx validation of most effective Tx from phase (ii) | Regular education unit, school in rural school district | F. 7 yrs of age, TBI at 2 yrs of age | Masturbation over clothing using left hand for more than 2 seconds; $H_o$: behaviour maintained by positive reinforcement in form of sensory stimulation | Frequency of masturbation + Frequency of On-task behaviour (e.g. class room activities) during set time intervals | During Alternating Tx phase, compared a reinforcement procedure (RE) vs response blocking + guided compliance (RB/GC), vs combined RE + RB/GC Therapist background NR Seven Tx sessions | Target behaviour extinguished; combined RE + RB/GC was the effective Tx - 1 mth follow-up no reported masturbation - 6 mth reported a few incidents in different setting (school cafeteria; similar program implemented by teacher leading to extinction of behaviour) |

Note. SCED, Single case experimental design; M, male; F, female; TBI, traumatic brain injury; Tx, treatment; NR, not reported; ISB, inappropriate sexual behaviour; $H_o$, hypothesis.

sex with a same-sex partner over the previous three months. It has been noted that the issue of homosexuality after TBI has been treated with 'benign neglect' in the rehabilitation field (Mapou, 1990) with limited exploration of the range of challenges that can arise in the adult population (DeHope, 2006; Banja & Banes, 1993). Homosexual youth with ABI experience the same challenges as lesbian/gay/bisexual (LGB) adults with disability in being a 'double minority' (Rosengarten & Simpson, 2014). One qualification in relation to the prevalence rate is that the underlying sample reported by Mackelprang and colleagues (2014) comprised young people who were homeless, and further research will be needed to ascertain whether a similar profile of sexual orientation would be found among conventional samples of adolescents with ABI.

Along with sexual orientation, the topic of body image was the only other area in which adolescents with ABI were surveyed. Both girls and boys reported lower feelings of sexual attractiveness in comparison to matched controls, a similar finding to the low levels of sexual confidence reported in adult TBI sexuality studies (Downing et al., 2013; Kreutzer & Zasler 1989; Moreno, Gan. Zasler, & McKerral, 2015) with a recent controlled study finding adults with TBI rated their sexual attractiveness at significantly lower levels than matched non brain-damaged controls (Downing et al., 2013). The findings were similar to two linked adult studies into body image for females (Howes et al., 2005a) and males (Howes et al., 2005b) with ABI, particularly the findings for adult males who reported greater body dissatisfaction associated with physical and sexual functioning compared to matched non-brain damaged controls.

Based on the studies identified in the review, it could be concluded that the physical development trajectory of secondary sexual characteristics after prepubescent ABI remains intact in the large majority of cases. The handful of children who incur PP are a highly selected group (Acerini et al., 2006) and given the small sample sizes in most studies reporting such instances, the related incidence figures need to be treated with significant caution. The one study able to provide a population-based estimate (Heather et al., 2011) did not find an elevated rate of PP compared to the general population. It does suggest that there are a range of medical conditions that could give rise to PP (e.g., Pekic & Popovic, 2014), including ABI, and that there is no greater risk associated with ABI. However given the small number of cases actually identified (as well as the difficulty in reliably

identifying all such cases), the reliability of such estimates are never stable, and a larger study might still find an increased risk. No studies were found that investigated the subjective experience of the children diagnosed with PP and their parents.

Similar to the normal development of secondary sex characteristics, the incidence of disruption to the menstrual cycle in pubescent females who sustained an ABI also appeared to be the exception. This is in contrast to the adult female TBI population for whom temporary disruption to the menstrual cycle within the first year post-injury was widespread (median duration 61 days; Ripley et al., 2008; Colantonio et al., 2010). However the two adolescents described by Kaulfers and colleagues (2010) fitted this pattern as they reported amenorrhea at the two month follow-up point but this had then resolved at the 12 month follow-up. The fact that most studies reporting on pubertal adolescents were cross-sectional with data generally collected at time points greater than one year post-injury may therefore account for the limited number of reports of disruption to the menstrual cycle.

One study was found in the domain of sexual experience. It documented the complex psychosocial issues associated with the early sexual experiences of two late adolescent females with TBI. The anxiety of the parents in relation to their adolescent child's early sexual experiences (which could also be framed as being 'overprotective'), the disputes between parents and their children over the suitability of romantic/sexual partners, and the mixed motivations of the adolescents in pursuing a sexual relationship have been explored in other disability groups (e.g., Cromer et al., 1990; Greydanus, Demarest, & Sears, 1985), and more investigation is needed into these issues in ABI.

The sixth domain, sexual behaviour, included one retrospective observational study documenting inappropriate sexual behaviour in children and adolescents with ABI. A prevalence rate could not be estimated as the sample from which the observations were taken was not reported. An 8.9% point prevalence rate of inappropriate sexual behaviour (such as sexual talk, non-consensual touching of non genital or genital areas, coercive sexual behaviour) over the previous 3 months has been reported in an adult sample of people with severe TBI ($n = 507$) (Simpson, Sabaz, & Daher, 2013). However, among children and teenagers, two other factors can complicate the determination of whether inappropriate behaviour is due to the ABI, namely that a broad

range of sexual behaviours can be observed among 'normal' children (Friedrich, Grambsch, Broughton, Kuiper, & Bielke, 1991) and that inappropriate behaviours can be a sign that children have been the victim of sexual abuse (Friedrich, Fisher, Broughton, Houston, & Shafran, 1998).

The two intervention studies both demonstrated the efficacy of behavioural interventions, and suggest such interventions could be considered as a first line of treatment in addressing inappropriate sexual behaviour. This is further supported by evidence from adult studies (Kelly & Simpson, 2011; Turner, Green & Braunling-McMorrow, 1990; Wesolwski, Zencius, & Burke, 1993). The review by Bates (2006) cautiously flagged the possible use of androgen-suppressant medication to manage inappropriate sexual behaviour among adolescent males with ABI, but there are no published accounts documenting such interventions to date. Evidence of the efficacy of depo-provera in combination with psychological therapy in extinguishing inappropriate sexual behaviour (including public masturbation, rape) has been documented for a small case series of adult males with TBI who were forensic cases (Emory, Cole, & Meyer, 1995), but this type of approach should only be considered in response to the most serious types of sexual offences among adolescent males.

No publications were found for two of the six domains proposed by Simpson & Simons (2010). Although, there is a large and growing literature addressing the issue of social cognition and social competence in children/adolescence with ABI (Yeates et al., 2007), in this review we sought to identify research that applied the findings from this growing body of knowledge to more proximal issues of flirting, dating and romance. The challenges associated with dating have been addressed in female adults with physical disabilities (Dehaan & Wallander, 1988; Rintala et al 1997).

Second, no studies addressing the acquisition of sexual knowledge could be found. A dedicated sex education program for adults with TBI has been published (Simpson & Long, 2004), but no similar programs targeting adolescents could be identified, and issues relating to the extent to which children/adolescents with ABI are able to access or comprehend information from mainstream sex education programs in schools has been flagged (Simpson & Simons, 2010) but is yet to be investigated.

Finally, in considering the results, some limitations of the current review need to be acknowledged.

An expanded focus on childhood physical illness or disability may have provided a broader set of issues and approaches which would have been of value for the readers. It is also possible with the use of additional search terms (e.g., flirting, sexual offending) more studies could have been identified. Finally, in the future there will be the need to conduct a quality appraisal of identified studies to lay the foundations of an evidence base addressing this clinical area.

## 5. Conclusions

The findings have a number of implications in terms of the models that could be adopted to conceptualise this area, as well as for clinical practice and future research. Given the predominance of the medical model, it is not surprising that the largest group of studies in the review focused on physical development. However, given the broad definition of sexual health, as defined by the World Health Organization (2006), a biopsychosocial framework is proposed to achieve a more holistic view of sexual health. A biopsychosocial approach after ABI encompasses three interacting domains: 1) neuropsychological and psychological effects, 2) medical and physical issues, and 3) relationship factors (Gan, 2015; Moreno et al., 2013). This biopsychosocial approach requires an interdisciplinary team approach and has been proposed for adults with ABI (Gan, 2015; Moreno et al., 2013) and for teen survivors of brain tumor (Gan, 2012).

In terms of practice implications, one tool that could help facilitate greater activity in addressing sexual health concerns in pediatric ABI is the PLISSIT model. PLISSIT is an acronym for Permission, Limited Information, Specific Suggestions and Therapeutic Intervention (Annon, 1976). Training programs that incorporate this model can enhance clinicians' knowledge, comfort, and attitudes towards addressing sexual concerns after ABI (Moreno et al., 2013; Simpson, 2001). Helping clinicians create a climate for children and/or adolescents and their parents to broach questions and giving them permission to talk about sexual health concerns will set the stage for promoting positive sexual development. Although ABI specific educational materials are limited, using generic resources and adapting them to the unique needs of the pediatric ABI population is another starting point to providing information and giving permission for dialogue (for examples of this approach, see Simpson & Simons, 2010).

In the area of sex education, one of the senior authors (CG) has developed an empirically-based intervention targeting adolescents with ABI and their families - Brain Injury Family Intervention for Adolescents (BIFI-A) (Gan, Gargaro, Kreutzer, Boschen, & Wright (2010). BIFI-A is a 12-session manualized intervention that encompasses a broad curriculum of education about ABI, emotional support, and skill building (Gan et al., 2010). As part of the "Being a teen and achieving independence" module, parents and teens are guided in beginning discussion around the topic of sexuality. A handout is provided - "Tips for talking with teens about sex" as well as adolescent friendly resources that the adolescent and/or parent can access for more information (i.e., http://teenhealthsource.com; http://www.sexandu.ca). Although these web resources are not ABI specific, clinicians can incorporate these tools into clinical practice, support groups, or educational workshops to facilitate discussion about ABI and sexual health with children and adolescents with ABI and their parents. Finally, given the vulnerability of LGB adolescents in the general community, adolescents ABI who are LGB are likely to need particular support.

Moving to implications for research, compared to the number of studies conducted with adults with ABI, there are very few studies addressing sexual health with children and adolescents. It could be that pediatric rehabilitation professionals and parents do not view sexual health as a priority, compared to more traditional forms of rehabilitation such as physiotherapy, occupational therapy, speech therapy, academic or cognitive remediation. Moreover, as suggested in Moreno and colleagues' study with adults with ABI (Moreno et al., 2015), sexuality may be perceived as a sensitive subject. Children with ABI may be viewed as a more vulnerable population and issues of informed consent may be more problematic. Parents may also feel protective and be less inclined to consent as the notion of viewing their children as sexual beings may be a departure from their priorities and concerns unless problematic behaviours arise. Employing the biopsychosocial framework for research might help to dispel myths about sexuality and children/adolescents with ABI as it is a broad, holistic framework that can target sexuality within the overall well-being of the child.

Clearly, studies are needed to study the unique sexual health needs and experiences of this younger population across a number of domains. Expanding the scope of future reviews to look at the approaches to sexual health research among children with chronic illness and other disabilities may yield useful insights for both research approaches and interventions for the pediatric ABI population, especially as ABI is now viewed as a chronic disease process (Masel & DeWitt, 2010).

Measures addressing social competence in pediatric ABI populations (see for example, Kelly et al, 2017) could be reviewed to identify sub-scales or items that might tap into the area of sexual health. Studies examining the links between homeless LGB youth and violence as a cause of TBI are also needed, as are longitudinal studies examining sexual health issues among adolescent women with ABI. Qualitative studies can help to explore the experiences of children and adolescents around their sexual health needs and concerns. As parents play a key role in promoting positive sexual development in children, obtaining the perspectives of both the adolescents and their parents will be important to help plan appropriate interventions.

The new knowledge and insights generated from this scoping review will hopefully provide an impetus for clinicians to incorporate sexual health into everyday clinical practice. This is also an exciting opportunity for researchers to find creative ways of building on this emerging area of important research. Working in collaboration with interdisciplinary colleagues will help to advance both this clinical and research agenda.

## Acknowledgments

Thanks to Josephine Wyborn for her invaluable assistance with the literature search, and Dr Jessica Mackelprang, for the secondary analysis of data from the homelessness and TBI study.

## Conflict of interest

The authors have nothing to declare.

## References

Acerini, C. L., Tasker, R. C., Bellone, S., Bona, G., Thompson, C. J., & Savage, M. O. (2006). Hypopituitarism in childhood and adolescence following traumatic brain injury: The case for prospective endocrine investigation. *European Journal of Endocrinology*, 155(5), 663-669.

Acerini, C. L., & Tasker, R. C. (2007). Traumatic brain injury induced hypothalamic-pituitary dysfunction: A paediatric perspective. *Pituitary*, *10*(4), 373-380.

Annon, J. S. (1976). *Behavioral treatment of sexual problems*. Hagerstown, MD: Medical Dept. Harper & Row.

Arksey, H., & O'Malley, L. (2005). Scoping studies: Towards a methodological framework. *International Journal of Social Research Methodology*, *8*(1), 19-32.

Anderson, V., Catroppa, C., Morse, S., Haritou, F., & Rosenfeld, J. V. (2009). Intellectual outcome from preschool traumatic brain injury: A 5-year prospective, longitudinal study. *Pediatrics*, *124*(6), 1064-1071.

Anderson, V., Jacobs, R., Spencer-Smith, M., Coleman, L., Anderson, P., Williams, J., . . . Leventer, R. (2010). Does early age at brain insult predict worse outcome? Neuropsychological implications. *Journal of Pediatric Psychology*, *35*, 716-27.

Australian Institute of Health and Welfare (2007). *Disability in Australia: Acquired brain injury*. Bulletin no. 55. Cat no. AUS 96. Canberra: AIHW.

Banja, J. D., & Banes, L. (1993). Moral sensitivity, sodomy laws and traumatic brain injury rehabilitation. *Journal of Head Trauma Rehabilitation*, *8*, 116-119.

Bates, G. (2006). Medication in the treatment of the behavioural sequelae of traumatic brain injury. *Developmental Medicine & Child Neurology*, *48*(8), 697-701.

Blendonohy, P. M., & Philip, P. A. (1991). Precocious puberty in children after traumatic brain injury, *Brain Injury*, *5*(1), 63-68.

Brewer-Smyth, K., Cornelius, M. E., & Pickelsimer, E. E. (2015). Childhood adversity, mental health, and violent crime. *Journal of Forensic Nursing*, *11*(1), 4-14.

Casano-Sancho, P., Suárez, L., Ibáñez, L., García-Fructuoso, G., Medina, J., & Febrer, A. (2013). Pituitary dysfunction after traumatic brain injury in children: Is there a need for ongoing endocrine assessment? *Clinical Endocrinology*, *79*(6), 853-858.

Catroppa, C., Anderson, V. A., Morse, S. A., Haritou, F., & Rosenfeld, J. V. (2008). Outcome and predictors of functional recovery 5 years following pediatric traumatic brain injury (TBI). *Journal of Pediatric Psychology*, *33*(7), 707-718.

CDC, Centre for Disease Control and Prevention. (2016). *TBI: Get the facts*. Retrieved from https://www.cdc.gov/traumaticbraininjury/get_the_facts.html.

Colantonio, A., Mar, W., Escobar, M., Yoshida, K., Velikonja, D., Rizoli, S., . . . Cullen, N. (2010). Women's health outcomes after traumatic brain injury. *Journal of Women's Health*, *19*, 1-8.

Cromer, B. A., Enrile, B., McCoy, K., Gerhardstein, M. J., Fitzpatrick, M., & Judis, J. (1990). Knowledge, attitudes and behavior related to sexuality in adolescents with chronic disability. *Developmental Medicine & Child Neurology*, *32*(7), 602-610.

DeHaan, C. B., & Wallander, J. L. (1988). Self-concept, sexual knowledge and attitudes, and parental support in the sexual adjustment of women with early-and late-onset physical disability. *Archives of Sexual Behavior*, *17*(2), 145-161.

DeHope, E. (2006). The Case of Joan and Terri: Implications of society's treatment of sexual orientation for lesbians and gays with disabilities. In L. Messinger & D. F. Morrow (Eds.), *Case studies on sexual orientation and gender expression in social work practice* (pp. 44-46). Columbia University Press, New York.

Downing, M. G., Stolwyk, R., & Ponsford, J. L. (2013). Sexual changes in individuals with traumatic brain injury: A control comparison. *Journal of Head Trauma Rehabilitation*, *28*(3), 171-178.

Dufrene, B. A., Watson, T. S., & Weaver, A. (2005). Response blocking with guided compliance and reinforcement for a habilitative replacement behavior: Effects on public masturbation and on-task behavior. *Child & Family Behavior Therapy*, *27*(4), 73-84.

Einaudi, S., & Bondone, C. (2007). The effects of head trauma on hypothalamic–pituitary function in children and adolescents. *Current Opinion in Pediatrics*, *19*(4), 465-470.

Einaudi, S., Matarazzo, P., Peretta, P., Grossetti, R., Giordano, F., Aitare, F., . . . de Sanctis, C. (2006). Hypothalamo-hypophysial dysfunction after traumatic brain injury in children and adolescents: A preliminary retrospective and prospective study. *Journal of Pediatric Endocrinology and Metabolism*, *19*(5), 691-704.

Emory, L. E., Cole, C. M., Meyer, W. J. (1995). Use of depo-provera to control sexual aggression in persons with traumatic brain injury. *Journal of Head Trauma Rehabilitation*, *10*, 47-58.

Ewing-Cobbs, L., Prasad, M. R., Kramer, L., Cox Jr., C. S., Baumgartner, J., Fletcher, S., . . . Swank, P. (2006). Late intellectual and academic outcomes following traumatic brain injury sustained during early childhood. *Journal of Neurosurgery*, *105*(4), 287-296.

Fadyl, J. K., & McPherson, K. M. (2009). Approaches to vocational rehabilitation after brain injury: A review of the evidence. *Journal of Head Trauma Rehabilitation*, *24*, 195-212.

Friedrich, W. N., Grambsch, P., Broughton, D., Kuiper, J., & Bielke, R. (1991). Normative sexual behavior in children. *Pediatrics*, *88*, 456-464.

Friedrich, W. N., Fisher, J., Broughton, D., Houston, M., & Shafran, C. R. (1998). Normative sexual behavior in children: A contemporary sample. *Pediatrics*, *101*(4), e9-e9.

Fyffe, C. E., Kahng, S., Fittro, E., & Russell, D. (2004). Functional analysis and treatment of inappropriate sexual behavior. *Journal of Applied Behavior Analysis*, *37*(3), 401-404.

Gan, C. (2015). Sexuality and relationships after brain Injury. In *OBIA Review* (pp. 19-24). Ontario Brain Injury Association, St. Catharines, Ontario.

Gan, C. (2012). Sexuality and teen survivors of brain tumours, *Pediatric brain tumour patient handbook*, 6th edition, Brain Tumour Foundation of Canada.

Gan, C., DePompei, R., & Lash, M. (2013). Family assessment and intervention. In N. Zasler, D. Katz, & R. Zafonte (Eds.), *Brain injury medicine*, 2nd edition (pp. 621-634). New York: Demos Medical Publishing.

Gan, C., Gargaro, J., Kreutzer, J., Boschen, K., & Wright, V. (2010). Development and preliminary evaluation of a structured family system intervention for adolescents with brain injury and their families. *Brain Injury*, *24*(4): 651-663.

Glang, A., Ettel, D., Tyler, J. & Toddis, B. (2013). Educational issues and school reentry for students with traumatic brain injury. In In N. Zasler, D. Katz, & R. Zafonte (Eds.), *Brain injury medicine*, 2nd edition (pp. 602-620). New York: Demos Medical Publishing.

Goldman, M., Shahar, E., Sack, J., & Meyerovitch, J. (1997). Assessment of endocrine functions in children fol-

lowing severe head trauma. *Pediatric Neurology*, *17*(4), 339-343.

Greydanus, D. E., Demarest, D. S., & Sears, J. M. (1985). Sexuality of the chronically ill adolescent. *Medical Aspects of Human Sexuality*.

Grossman, W. F., & Sanfield, J. A. (1994). Hypothalamic atrophy presenting as amenorrhea and sexual infantilism in a female adolescent. A case report. *Journal of Reproductive Medicine*, *39*(9), 738-740.

Hawley, C. A., Ward, A. B., Long, J., Owen, D. W., & Magnay, A. R. (2003). Prevalence of traumatic brain injury amongst children admitted to hospital in one health district: A population-based study. *Brain Injury*, *34*(4), 256-260.

Heather, N. L., Jefferies, C., Hofman, P. L., Derraik, J. G., Brennan, C., Kelly, P., . . . Cutfield, W. S. (2012). Permanent hypopituitarism is rare after structural traumatic brain injury in early childhood. *Journal of Clinical Endocrinology & Metabolism*, *97*(2), 599-604.

Hershkowitz, I., Lamb, M. E., & Horowitz, D. (2007). Victimization of children with disabilities. *American Journal of Orthopsychiatry*, *77*(4), 629-635.

Howes, H., Edwards, S., & Benton, D. (2005a). Female body image following acquired brain injury, *Brain Injury*, *19*(6), 403-415.

Howes, H., Edwards, S., & Benton, D. (2005b). Male body image following acquired brain injury. *Brain Injury*, *19*(2), 135-147.

Ilie, G., Boak, A., Adlaf, E. M., Hamilton, H., Asbridge, M., & Cusimano, M. D. (2013). Prevalence and correlates of traumatic brain injuries among adolescents. *Journal of the American Medical Association*, *309*(24), 2550-2552.

Johnstone, B., Pinkowski, M., Farmer, J., & Hagglund, K. J. (1994). Neurobehavioral deficits, adolescent traumatic brain injury, and transition to college. *Journal of Clinical Psychology in Medical Settings*, *1*(4), 375-386.

Kaulfers, A. M. D., Backeljauw, P. F., Reifschneider, K., Blum, S., Michaud, L., Weiss, M., & Rose, S. R. (2010). Endocrine dysfunction following traumatic brain injury in children. *Journal of Pediatrics*, *157*(6), 894-899.

Kelly, G., & Simpson, G. K. (2011). Remediating serious inappropriate sexual behavior in a male with severe acquired brain injury. *Sexuality and Disability*, *29*, 313-327.

Kewman, D. G., Warschausky, S., & Engel, L. (1997). Sexual development of children and adolescents. In M. L. Sipski & C. J. Alexander. *Sexual function in people with disability and chronic illness: A health professional's guide*. Gaithersburg, MD: Aspen Publishers.

Khadr, S. N., Crofton, P. M., Jones, P. A., Wardhaugh, B., Roach, J., Drake, A. J., . . . Kelnar, C. J. (2010). Evaluation of pituitary function after traumatic brain injury in childhood. *Clinical Endocrinology*, *73*(5), 637-643.

Krahulik, D., Aleksijevic, D., Smolka, V., Klaskova, E., Venhacova, P., Vaverka, M., . . . Zapletalova, J. (2016). Prospective study of hypothalamo-hypophyseal dysfunction in children and adolescents following traumatic brain injury. *Biomedical Papers of the Medical Faculty of the University Palacky Olomouc Czech Republic*. doi: 10.5507/bp.2016.047

Kramer, T. H., Nelson, D. F., Li, P. W. (1993). AIDS knowledge and risk behaviours among traumatic brain injury survivors with coexisting substance abuse. *Brain Injury*, *7*, 209-217.

Kreutzer, J. S., Zasler, N. D. (1989). Psychosexual consequences of traumatic brain injury: Methodology and preliminary findings. *Brain Injury*, *3*, 177-186.

Levac, D., Colquhoun, H., & O'Brien, K. K. (2010) Scoping studies: Advancing methodology. *Implementing Science*, *5*(69), 1-9.

Li, L., & Liu, J. (2013). The effect of pediatric traumatic brain injury on behavioral outcomes: A systematic review. *Developmental Medicine and Child Neurology*, *55*(1), 37-45.

Luiselli, J. K., Sherak, D. L., Dunn, E. K., & Pace, G. M. (2005). Sexual behaviors among children and adolescents with acquired brain injury: An incidence survey at a community-based neurorehabilitation center. *Behavioral Interventions*, *20*(1), 17-25.

Mackelprang, J. L., Harpin, S. B., Grubenhoff, J. A., & Rivara, F. P. (2014). Adverse outcomes among homeless adolescents and young adults who report a history of traumatic brain injury. *American Journal of Public Health*, *104*(10), 1986-1992.

Masel, B. E., & DeWitt, D. S. (2010). Traumatic brain injury: A disease process, not an event. *Journal of Neurotrauma*, *27*(8), 1529-1540. doi: 10.1089/neu.2010.1358

McKinlay, A., Grace, R. C., Horwood, I. J., Fergusson, D. M., Ridder, E. M., & MacFarlane, M. R. (2008) Prevalence of traumatic brain injury among children, adolescents and young adults: Prospective evidence from a birth cohort. *Brain Injury*, *22*, 175-181.

McKinlay, A. & Hawley, C. (2017). Incidence rates for traumatic brain injury in children, *International Brain Injury Association*. Retrieved from http://www.internationalbrainjury.org/incidence-rates-for-traumatic-brain-injury-in-children/.

Mapou, R. L. (1990). Traumatic brain injury rehabilitation with gay and lesbian individuals. *Journal of Head Trauma Rehabilitation*, *5*, 67-72.

Marshall, W. A. & Tanner J. M., (1969). Variations in pattern of pubertal changes in girls. *Archives of Disease in Childhood*, *44*(235), 291-303.

Marshall, W. A. & Tanner, J. M., (1970). Variations in the pattern of pubertal changes in boys. *Archives of Disease in Childhood*, *45*, 13-23.

Medic-Stojanoska, M. (2009). Traumatic brain injury induced hypopituitarism in children and adolescents. *Pediatric Health*, *3*(3), 283-291.

Moher, D., Liberati, A., Tetzlaff, J., Altman, D. G., & The PRISMA Group. (2010). Preferred reporting items for systematic reviews and meta-analyses: The PRISMA statement *International Journal of Surgery*, *8*, 336e341.

Moreno, A., Gan, C., Zasler, N., & McKerral, M. (2015). Experiences, attitudes, and needs related to sexuality and service delivery in individuals with traumatic brain injury. *NeuroRehabilitation*, *37*, 99-116.

Moreno, A., Lasprilla, J., Gan, C. & McKerral, M. (2013). Sexuality after traumatic brain injury: A critical review. *NeuroRehabilitation*, *32*, 69-85.

Pastore, V., Colombo, K., Maestroni, D., Galbiati, S., Villa, F., Recla, M., . . . Strazzer, S. (2015). Psychological problems, self-esteem and body dissatisfaction in a sample of adolescents with brain lesions: A comparison with a control group. *Brain Injury*, *29*(7-8), 937-945.

Pekic, S., & Popovic, V. (2014). Alternative causes of hypopituitarism: Traumatic brain injury, cranial irradiation, and infections. *Handbook of Clinical Neurology*, 271-290. doi:10.1016/b978-0-444-59602-4.00018-6

Perkins, D. (2001). *Understanding adolescence: The tasks*. Penn State College of Agricultural Sciences. Retrieved from http://extension.psu.edu/publications/ui358.

Personnier, C., Crosnier, H., Meyer, P., Chevignard, M., Flechtner, I., Boddaert, N., . . . Polak, M. (2014). Prevalence of pituitary dysfunction after severe traumatic brain injury in children and adolescents: A large prospective study. *Journal of Clinical Endocrinology & Metabolism*, 99(6), 2052-2060.

Poomthavorn, P., Maixner, W., & Zacharin, M. (2008). Pituitary function in paediatric survivors of severe traumatic brain injury. *Archives of Disease in Childhood*, 93(2), 133-137.

Prigatano, G. P., Fulton, J., & Wethe, J. (2010). Behavioral consequences of pediatric traumatic brain injury. *Pediatric Health*, 4(4), 447-455.

Rintala, D. H., Howland, C. A., Nosek, M. A., Bennett, J. L., Young, M. E., Foley, C. C.,... Chanpong, G. (1997). Dating issues for women with physical disabilities. *Sexuality and Disability*, 15(4), 219-242.

Ripley, D. L., Harrison-Felix, C., Sendroy-Terrill, M., Cusick, C. P., Dannels-McClure, A., & Morey, C. (2008). The impact of female reproductive function on outcomes after traumatic brain injury. *Archives of Physical Medicine & Rehabilitation*, 89, 1090-1096.

Rosengarten, A., & Simpson, G. K. (2014). Sex-ability: Sex, illness and disability. In: M. J. Temple-Smith (Ed.). *Sexual health. A multidisciplinary approach* (pp. 289-307), Melbourne, Australia: IP Communications.

Rosenthal, M. (1996) The art, science and practice of TBI rehabilitation: Past, present and future. In: J. Ponsford, P. Snow & V. Anderson (Eds) *Proceedings of the 5th Conference of the International Association for the Study of Traumatic Brain Injury and 20th Conference of the Australian Society for the Study of Brain Impairment*. Melbourne, Australia.

Savage, R., DePompei, R., Tyler, J., & Lash, M. (2005). Pediatric traumatic brain injury: A review of pertinent issues. *Pediatric Rehabilitation*, 8(2), 92-103.

Sell, R. L., Wells, J. A., & Wypij, D. (1995). The prevalence of homosexual behavior and attraction in the United States, the United Kingdom and France: Results of national population-based samples. *Archives of Sexual Behavior*, 24, 235-248.

Shaul, P. W., Towbin, R. B., & Chernausek, S. D. (1985). Precocious puberty following severe head trauma. *American Journal of Diseases of Children*, 139(5), 467-469.

Sigurjonsdottir, T. J., & Hayles, A. B. (1968). Precocious puberty: A report of 96 cases. *American Journal of Diseases of Children*, 115(3), 309-321.

Simpson, G. (2001). Addressing the sexual concerns of persons with traumatic brain injury in rehabilitation settings: A framework for action. *Brain Impairment*, 2(2), 97-108.

Simpson, G. K., & Long, E. (2004). An evaluation of sex education and information resources and their provision to adults with traumatic brain injury. *Journal of Head Trauma Rehabilitation*, 19, 413-427.

Simpson, G. K., & Simons, M. (2010). Promoting positive sexual development among children and adolescents after acquired brain injury. *Social Care and Neurodisability*, 1(1), 19-30.

Simpson, G. K., & Baguley, I. J. (2012). Prevalence, correlates, mechanisms, and treatment of sexual health problems after traumatic brain injury: Scoping review. *Critical Reviews in Physical and Rehabilitation Medicine*, 24(1-2), 1-34.

Simpson, G. K., Sabaz, M., & Daher, M. (2013). Prevalence, clinical features and correlates of inappropriate sexual behaviour after severe traumatic brain injury: A multi-centre cohort study. *Journal of Head Trauma Rehabilitation*, 28, 202-210.

Sockalosky, J. J., Kriel, R. L., Krach, L. E., & Sheehan, M. (1987). Precocious puberty after traumatic brain injury. *Journal of Pediatrics*, 110(3), 373-377.

Soliman, A. T., Adel, A., Soliman, N. A., Elalaily, R., & De Sanctis, V. (2015). Pituitary deficiency following traumatic brain injury in early childhood: A review of the literature. *Georgian Medical News*, (244-245), 62-71.

Taylor, G., Orchinik, L. J., Minich, N., Dietrich, A., Nuss, K., Wright, M., . . . Yeates, K. (2015). Symptoms of persistent behavior problems in children with mild traumatic brain injury. *Journal of Head Trauma Rehabilitation*, 30(5), 302-310.

Tulloch, T. & Kaufman, M. (2013). Adolescent sexuality. *Pediatrics in Review*, 34, 29-38.

Turner, J. M., Green, G., & Braunling-McMorrow, D. (1990). Differential reinforcement of low rates of responding (DRL) to reduce dysfunctional social behaviors of a head injured man. *Behavioral Interventions*, 5, 15-27.

Turner-Stokes, L., Harding, R., Sergeant, J., Lupton, C., & McPherson, K. (2006). Generating the evidence base for the National Service Framework for Long Term Conditions: A new research typology. *Clinical Medicine*, 6, 91-97.

Valenta, L. J., & De Feo, D. R. (1980). Post-traumatic hypopituitarism due to a hypothalamic lesion. *American Journal of Medicine*, 68(4), 614-617.

Vance, Y. H., Eiser, C., & Horne, B. (2004). Parents' views of the impact of childhood brain tumours and treatment on young people's social and family functioning. *Clinical Child Psychology and Psychiatry*, 9(2), 271-288.

Wesolowski, M. D., Zencius, A., & Burke, W. H. (1993). Effects of feedback and behavior contracting on head trauma persons' inappropriate sexual behavior. *Behavioral Interventions*, 8(2), 89-96.

World Health Organization (2006). *Defining sexual health, Report of a technical consultation on sexual health 28–31 January 2002*, Geneva.

Worthington, J. (1989). The impact of adolescent development on recovery from traumatic brain injury. *Rehabilitation Nursing*, 14(3), 118-122.

Yeates, K. O., Bigler, E. D., Dennis, M., Gerhardt, C. A., Rubin, K. H., Stancin, T., . . . Vannatta, K. (2007). Social outcomes in childhood brain disorder: A heuristic integration of social neuroscience and developmental psychology. *Psychological Bulletin*, 133(3), 535-556.



# Disability and Rehabilitation

ISSN: 0963-8288 (Print) 1464-5165 (Online) Journal homepage: https://www.tandfonline.com/loi/idre20

# The development of intimate relationships in adolescent girls and women with traumatic brain injury: a framework to guide gender specific rehabilitation and enhance positive social outcomes

Catherine Wiseman-Hakes, Madiha Saleem, Valérie Poulin, Emily Nalder, Peraveena Balachandran, Caron Gan & Angela Colantonio

**To cite this article:** Catherine Wiseman-Hakes, Madiha Saleem, Valérie Poulin, Emily Nalder, Peraveena Balachandran, Caron Gan & Angela Colantonio (2020) The development of intimate relationships in adolescent girls and women with traumatic brain injury: a framework to guide gender specific rehabilitation and enhance positive social outcomes, Disability and Rehabilitation, 42:24, 3559-3565, DOI: 10.1080/09638288.2019.1597180

**To link to this article:** https://doi.org/10.1080/09638288.2019.1597180

Published online: 17 Apr 2019.

Submit your article to this journal ⤤

Article views: 584

View related articles ⤤

View Crossmark data ⤤

Citing articles: 3 View citing articles ⤤

DISABILITY AND REHABILITATION
2020, VOL. 42, NO. 24, 3559–3565
https://doi.org/10.1080/09638288.2019.1597180



PERSPECTIVES IN REHABILITATION



# The development of intimate relationships in adolescent girls and women with traumatic brain injury: a framework to guide gender specific rehabilitation and enhance positive social outcomes

Catherine Wiseman-Hakes[a,b,c] (ID), Madiha Saleem[d] (ID), Valérie Poulin[e] (ID), Emily Nalder[a,d] (ID), Peraveena Balachandran[f] (ID), Caron Gan[g] (ID) and Angela Colantonio[a,d] (ID)

[a]Rehabilitation Sciences Institute, University of Toronto, Toronto, Canada; [b]Department of Speech Language Pathology, University of Toronto, Toronto, Canada; [c]Department of Speech Language Pathology, McMaster University, Hamilton, Canada; [d]Department of Occupational Science and Occupational Therapy, University of Toronto, Toronto, Canada; [e]Département d'Ergothérapie, Université du Québec à Trois-Rivières, Trois-Rivières, Canada; [f]Department of Occupational Therapy, Saskatoon Health Region - Royal University Hospital, Saskatoon, Canada; [g]Bloorview Research Institute, Holland Bloorview Kids Rehabilitation Hospital Toronto, Toronto, Canada

**ABSTRACT**

**Background:** Traumatic brain injury is a neurological disorder of biopsychosocial nature influenced by sex and gender interactions across the lifespan. Traumatic brain injury sustained during adolescence can result in cognitive and social communication impairments that compromise the development and maintenance of intimate social relationships. This can increase both short and long-term vulnerability to poor mental health, social isolation, lack of meaningful friendships, exploitation, and abuse. Females with traumatic brain injury experience greater loss of confidence and have increased risk of victimization, sexual abuse, and violence. This paper aims to provide a framework to inform gender specific rehabilitation of social communication and intimacy, to enhance positive social outcomes for girls and women with Traumatic Brain Injury.

**Methods:** The framework is developed through presentation of a conceptual, multi-dimensional model of intimacy and discussion of current evidence regarding trauma-related cognitive/social-communication impairments and considerations regarding social media.

**Results:** Intimacy is strongly influenced by today's technology-informed "youth culture" and for those with Traumatic Brain Injury, is impacted by cognitive and social communication impairments. Females experience different challenges in recovery and experience of intimacy. There is a need to support girls and women with Traumatic Brain Injury as they develop intimate relationships.

**Conclusions:** This framework can guide the development of female gender-specific rehabilitation and inform future research to promote positive social outcomes.

**ARTICLE HISTORY**
Received 4 October 2018
Revised 15 February 2019
Accepted 14 March 2019

**KEYWORDS**
Intimacy; cognitive-communication; social communication; females; traumatic brain injury

> **IMPLICATIONS FOR REHABILITATION**
> - Intimate relationships are a critical component of mental health and an important part of human development; however, the challenges faced by adolescent girls and woman with TBI in developing and maintaining intimate relationships are often overlooked in traditional rehabilitation programs.
> - A multi-dimensional model of intimacy will help rehabilitation professionals understand the complexities of interventions needed to support healthy intimacy, as well as for harm prevention.
> - Rehabilitation professionals play an important role in advocating for gender-specific supports and interventions.
> - There is a need for early interventions, grounded in today's technological and social media culture, that will support healthy intimacy for adolescent girls and women with TBI.

## Introduction

Traumatic brain injury (TBI) is considered a neurological disorder of biopsychosocial nature, the impacts of which are influenced by sex and gender interactions across the lifespan [1]. Traumatic brain injury during adolescence can dramatically disrupt and alter one's developmental trajectory, one's sense of self, and contribute to poor mental health and social outcomes [2,3]. Adolescents with TBI, and females in particular, often experience significant challenges in their ability to develop and maintain intimate relationships, leaving them vulnerable to social isolation, lack of meaningful friendships, and in some cases, exploitation and abuse [4–7]. While awareness of sex differences in the neurobiology of social behavior, emotions, cognition, and recovery from brain injury is increasing [8], historically the concept of gender specific rehabilitation has been neglected, [1] particularly as it pertains to social/relational concepts.

Intimacy is regarded as a fundamental psychological need, as well as a component of human behavior that has a profound

CONTACT Catherine Wiseman-Hakes ✉ Catherinew.hakes@utoronto.ca  Rehabilitation Sciences Institute, University of Toronto, 500 University Ave. Room 160. Toronto, Ontario M5G 1V7, Canada.

© 2019 Informa UK Limited, trading as Taylor & Francis Group

influence on overall mental health and well-being across the life-span [9]. Adolescence marks a critical period in the development of intimacy, as social communication and relational skills evolve during this period, allowing the ability to gain independence from parents and form intimate meaningful relationships [9,10]. Moreover, in today's youth culture, the global increase in social media through communication and information technologies has reinvented concepts of intimacy, communication, and how relationships develop, thus directly impacting mental health and well-being. [11]. Current evidence suggests that social media technologies and youth mental health are closely interwoven, especially for adolescent girls aged 12–18 [12]. While there exists a gap in our understanding of how social media technologies impact the development of intimate relationships and mental health for older women, healthy intimacy and mental health are increasingly recognized as priorities in public health policy [12,13]. Furthermore, among adults, the quality (rather than size and quantity) of social networks is a critical factor for mental health [14]. Additionally, a World Health Assembly resolution, passed by the World Health Organization (WHO) in 2013, called for a comprehensive mental health action plan with a particular focus on adolescents and young adults [13]. Given that gender has also been identified by the World Health Organization as a critical determinant of mental health across the lifespan [15] adolescent girls and women with TBI deserve special attention. There is a need for gender specific rehabilitation of intimacy for both girls and women of all ages.

## Purpose

Conceptual frameworks enable the application of theory in rehabilitation practice and in research [16]. The purpose of this paper is to present a conceptual framework for the development of gender-specific rehabilitation of social communication and intimacy, that may enhance positive social outcomes for girls and women with TBI. It may also inform future studies needed to fill a gap in research on gender specific interventions. This framework incorporates four key interactive domains: 1) a model of intimacy;

2) the cognitive and social communication outcomes of TBI which can impact intimacy; 3) the gender specific needs of girls and women with TBI and; 4) the need for a developmental approach based on the age at time of injury, and appropriate developmental needs of the individual. Thus, to provide readers with an understanding of these domains, we aim to: 1) present a conceptual, multi-dimensional model of intimacy with consideration of today's youth technology-dominated culture and subsequent impact on intimacy; 2) consolidate and discuss current evidence regarding cognitive-communication and social-communication impairments following TBI and their effects on the development and maintenance of intimate friendships and relationships; and, 3) consider the evidence on gender-specific outcomes for girls and women that inform this framework.

### A model of intimacy

There are a number of different conceptualizations of intimacy; however, for purposes of this framework, we consider it to be a broad construct that can encompass multiple components, including physical intimacy, sexual intimacy, friendships, self-concept, and communication [9,17]. The concepts of self-disclosure by the individual and responsiveness of the communication partner, underlie the degree of intimacy [18]. Please see Figure 1.

This model expands upon the *interpersonal process model* of Reis and Shaver [17] and conceptualizes intimacy as an interactive communication process that occurs in all relationships (friendships, family, romantic), whereby the disclosure of self-relevant feelings initiates a response from another person that allows the individual to feel understood, validated, and cared for. The two key elements of this model are self-disclosure and responsiveness. The presence and amount of responsiveness, validation, and caring forms a general perception about the degree to which a relationship is intimate or meaningful. Moreover, self-closure of emotion has been identified as a greater predictor of intimacy in relationships than self-disclosure of facts and information. Laurenceau et al. [18, p. 1247–48] state that self-disclosures of



Figure 1. Interactive communication process model of intimacy.

emotion allow for "core aspects of the self to be revealed and provide the opportunity for disclosers to be understood and validated, thus facilitating the experience of intimacy" [18].

This transactional experience then becomes the foundation for all positive and healthy intimate relationships, the experiences of which leave the individual feeling accepted and valued [9,17]. When an individual experiences healthy intimacy, then appreciation of self can be furthered leading to a positive impact on health and well-being [9,17]. The inner components of the model are at the personal level; the inner circle represents the unique physical, emotional, intellectual and social attributes of the individual based within the context of their sex, gender and, culture and life experiences. Developmentally, the model moves outward, beginning at birth with the inner circle components that are inherent to the individual from birth and are then shaped or influenced by factors within the outer circles such as family, community, social and romantic relationships. The inner circle is most vulnerable to disruption from illness or injury as well as aging. The components of the inner circle all influence the interactive communication process, thereby impacting the second personal circle; individuals' feelings and perception of acceptance validation, trust and respect. The outer circle reflects the participation aspect of the model whereby the person feels connected at the level of family, friendships, romantic relationships and community.

The construct of intimacy is often misunderstood as being associated solely with romantic and sexual experiences. Although sexuality is an aspect of intimacy, intimacy is a multidimensional construct that also encompasses feelings of trust, safety, and validation experienced not only through physical contact, but also through verbal and other forms of non-verbal communication. Intimacy can be experienced in friendships and family relationships as well as with romantic significant others. When this model is applied to the development and maintenance of intimate relationships following TBI, trauma-related alterations of the core components of the model, i.e. social, emotional, intellectual/cognitive and physical functioning can disrupt the interactive communication process of intimacy. Thus, depending on the age of the individual at the time of injury, this can alter the developmental trajectory of social communication and intimacy. Regardless of the age and developmental stage of the individual at time of injury, this can negatively impact the middle components of the model including feelings of acceptance, validation, trust, and self-respect. This in turn impacts the outer levels of the model which are an integral part of social re-integration and participation; causing breakdowns in social interaction, friendships, romantic relationships, and even impacting on family dynamics and relationships. We suggest that future research examine sex and gender specific interactions between age and developmental stage of injury upon the inner and outer components of the model. We further suggest that the model may also provide a means to inform rehabilitation interventions and research from a multi-level perspective including the individual, and at the level of participation, involving communication partners.

### Intimacy, mental health, and technology in today's youth culture

For youth in today's technologically dominated culture, intimacy (and the associated values of feeling valued and accepted) is often misconstrued through the lenses of social media [11]. Social media has become entangled with social relationships, intimacy, and self-esteem, and evidence indicates it has become particularly stress-inducing for girls, as these are areas where female youth

express differently compared to their male peers [13]. While social media and online social networks may help to strengthen bonds and feelings of being connected, they can also leave individuals, girls and women in particular, feeling even more isolated and at risk of mental health issues [19]. In fact, a population survey of students in Ontario, Canada, ages 12–18 in grades 7–12, found that 61% of girls who used social media for more than five hours a day indicated moderate to serious psychological distress, compared with 33% of boys. Moreover, positive associations were found between social media use and mental health issues and in particular, for girls [12]. Furthermore, young adults ages 19–32 who use social media more frequently than their peers also report higher levels of perceived social isolation [12]. Given that youth and adults with TBI are already vulnerable to social isolation, and female youth even more so [4–7,20], consideration of the extent of use and role of social media as a possible mediating factor is an important consideration for rehabilitation practitioners. This is also an important consideration for future research whereby the model may be utilized to generate research questions regarding how technology and social media use may impact the development of intimate relationships and experiences of intimacy for both males and females with TBI across the lifespan.

### Cognitive-communication, social communication and TBI

TBI often results in a number of cognitive, communication, and social impairments that can underlie challenges with development of intimacy, including alterations in social competence, social cognition, and social communication [21–24]. This may include difficulty with recognition of emotions [21–24], theory of mind, including the ability to make inferences about feelings and intentions of others [21,25–29], as well as difficulty reading cues in social situations; e.g. understanding abstract meanings implying sarcasm and irony, difficulties with turn-taking, participation in conversation, and generating socially appropriate responses [22,28–30]. Cognitive impairments in memory, judgment, problem solving, and neurobehavioural impairments (i.e., emotional and behavioural dysregulation) can further affect the development of intimate relationships [21,22,30]. For those with injury to vulnerable developing frontal lobes, increased emotional lability, anger, and impulsivity can challenge existing relationships [24,26–29,31], whereas others may experience reduced communication output and flat affect, presenting, despite underlying intention, as disinterested or depressed [21,22,25,31].

As communication competence is significantly related to social reintegration following TBI, changes in ability are hypothesized to be reflected in the inner circle of the model and translate to changes in the middle and outer circles by altering the experience of friendships and intimacy [28,29]. For example, reduced ability to recognize, understand and convey emotional states can result in a lack of self-disclosure, a key component of intimacy. Alternatively, a lack of ability to perceive when a friend may be in distress and thus respond with validation and comfort can be misinterpreted as lack of empathy among and compromise intimate relationships [28,29]. Difficulties with theory of mind or emotion perception might make it difficult to interpret others communication and therefore compromise the responsiveness component of intimacy.

Additionally, there may be challenges with judgement leading to difficulty perceiving what is and is not intimate [19,21–26,31,32].

From a functional perspective, those with TBI are often slower to process and respond in conversation, and have difficulty with conversational teasing and joking, another important component

of intimate friendships, particularly for youth [30,33,34]. Those with TBI and cognitive-communication impairments may be less accurate in their responses, less aware of conversation breakdowns and take less responsibility for maintaining the flow (i.e. the turn-taking' aspects of conversation) [29,31,33]. This can lead to feelings of anxiety and shame by the individual with TBI [35] and discomfort by the communication partner [33,35].

It is, therefore, important to understand how these cognitive-communication and social communication impairments impact the ability to form and maintain intimate relationships, and what supports might facilitate these processes, in order to provide developmentally appropriate interventions across the lifespan. To this end, interventions specific to gender, age and time post-injury have been recommended [30].

### Girls and women with TBI; gender differences in experiences and outcomes

To add to these complexities in developing interventions, there is increased awareness of sex and gender differences in recovery following TBI [20,36–39] and increasing evidence that girls and women have unique needs for rehabilitation [20,36–39]. Girls and women with TBI experience greater loss of confidence and lack of initiative, compared to boys and men [20,36,38], and also report more symptoms of poor mental health, specifically, depression and perceived stress [20,37,39], and higher rates of anxiety [36–38]. These can be detrimental to developing and maintaining relationships. Perhaps most concerning is the increased risk of sexual abuse and lack of safety among adolescent girls and women with TBI, due to cognitive impairments in decision-making and impulse control [36,38]. Adolescent girls who survive a TBI grow up to become women with a chronic disability [40], and women over the age of 15 with cognitive disabilities are four times more likely to experience victimization and violence than the general population [40]. Women with TBI report higher incidences of physical, psychological, and sexual abuse than men with TBI [6,36,38]. Specifically, this includes both one-time and multiple incidents of violence and neglect (VAN) from a single perpetrator (most commonly from spouses, significant others, or family members), whereas men with TBI report one-time incidents in relation to a single perpetrator, most commonly casual acquaintances or complete strangers [6,38]. Women with TBI have also conveyed their belief that the perpetrator perceived them as susceptible because of their TBI. As a result of VAN, they report loss of trust in others [6,38]. Given that trust is a key component of the middle circle of the model of intimacy, it is not surprising that this loss of trust has been found to negatively affect their ability to develop intimate relationships [6]. It is noteworthy that themes relating to relationships and life satisfaction was recently identified as a pressing issue for women with TBI in regard to health, activity and life participation [41].

### Intimacy, social media and TBI: Potential applications

Given the prevalence of technology and social media platforms, as expected, many individuals with TBI are using social media [42–45]. While there are inherent risks, current literature also supports its therapeutic potential to support intimate social relationships for individuals with TBI [42,43]. Findings from a recent study identified that approximately 80% of a sample of individuals age 18 – 65+ years (no information provided regarding sex and gender) with TBI self-reported having a profile account on a social and/or professional networking site [42]. What is also not

surprising are the variations in reported usage by age with younger participants age 18– 29 years reporting the highest usage in terms of hours per day, and the oldest participants age ≥ 65 reporting the least usage [42]. Thus, there may be untapped potential for rehabilitation professionals to incorporate the supported use of social media with specific functional and gender sensitive therapeutic goals. These could be two-fold; addressing: 1) cognitive-communication impairments such as organization and expression of thoughts and ideas, supported social communication training such as how to open, maintain and build an online conversation, how to appropriately express and respond to emotion, and how to 'read between the lines' of the communication partners' responses without the pressure of face-to-face time, and 2) developmentally and gender appropriate training regarding safety, privacy and mitigating risks of exploitation, cyberbullying, overuse, as well as perception of 'intimacy' in virtual relationships [42,43]. It has also been suggested that communication partners be involved in education and training [42,45] as a key component of the social environment, as well as in helping to mitigate risks [42,45]. This is of particular importance given the risk of females to sexual exploitation [36,38]. The outer level of the model may also guide research into other community-based initiatives to promote and enable healthy intimate relationships in safe environments; for example, opportunities for connecting, and building relationships in safe real-world or virtual environments.

### A conceptual framework to guide gender specific rehabilitation

Within the context of implementation science in healthcare, conceptual frameworks are endorsed as a way of preparing for the numerous, dynamic, and interactive components that impact the uptake of evidence in practice [16,46–48]. It is our belief that gender-appropriate rehabilitation interventions that will support the development and maintenance of healthy intimate relationships for girls and women with TBI, should be guided by a conceptual framework; one that reflects the complex and dynamic interplay of the following four important factors: 1) a comprehensive interactive model of intimacy with additional consideration of the role of social media and technology as both a modality and end goal whereby the model can be applied to social media to guide research and intervention development; 2) the cognitive-communication and social communication impairments associated with TBI; 3) the unique gender-specific needs of this population; and 4) the need for a developmental approach based on the age at time of injury, and appropriate developmental needs of the individual.

### Discussion

Girls and women with TBI experience unique vulnerabilities and outcomes that require gender specific rehabilitation [36–39, 49, 50]. Forming healthy intimate relationships is a critical component of emotional well-being, and an important part of human growth and development; however, the challenges faced by girls and women with TBI in developing and maintaining intimate relationships is often overlooked in traditional rehabilitation programs, in spite of the identified need for pediatric health care practitioners to promote intimacy and healthy relationships [10].

For many girls and women, life following TBI is accompanied by physical, cognitive, and emotional difficulties that may contribute to their struggle to come to terms with their injuries, form and maintain intimate relationships, and ultimately build satisfying lives [6]. As such, individuals with TBI need developmentally appropriate and gender specific rehabilitation support and

information regarding healthy relationships, consent, mental health, and safety.

A conceptual framework that encompasses a multi-dimensional construct of intimacy, an understanding of the cognitive-communication and social communication impairments associated with TBI, an understanding of the unique needs and experiences of girls and women with TBI, and an understanding of the current technology-informed "youth culture", is necessary to guide the development of ecologically valid, meaningful rehabilitation research and practice. We suggest that this model may be applied to propose several inter-related lines of research and interventions including; 1) an examination of sex and gender specific interactions between age and developmental stage of injury upon the inner and outer components of the model and 2) an examination of rehabilitation interventions from a multi-level perspective including the individual (i.e. components of the inner circles of the model), and at the level of participation, involving communication partners (i.e. the outer circles of the model). This may also help to determine which areas of the model may be more vulnerable depending on the sex, gender and age at time of injury. Finally, we suggest that 3) the model may be utilized to generate research questions regarding how technology and social media use may impact the development of intimate relationships and experiences of intimacy for both males and females with TBI across the lifespan.

## Conclusion

TBI is considered a neurological disorder, and rehabilitation guided by a biopsychosocial perspective must consider the impacts of sex and gender on functioning and participation across the lifespan [1]. Given the increased vulnerability of girls and women with TBI to social isolation, victimization, and abuse, rehabilitation professionals must play a proactive role in promoting the development of skills necessary to support healthy intimacy, as well as in harm prevention. It is equally important for rehabilitation professionals to promote conversations about these sensitive topics with patients, families, and interdisciplinary teams, and to advocate for the development of knowledge training programs for healthcare professionals, so that they have the skills and tools to implement appropriate interventions and support programs. A conceptual framework can guide these conversations, help advise knowledge training programs, and support future rehabilitation research. Finally, this framework can inform rehabilitation efforts for the development and maintenance of sustainable, healthy, intimate relationships, which may facilitate positive social outcomes for girls and women with TBI.

## Disclosure statement

No potential conflict of interest was reported by the authors.

## Funding

Financial support for this work was provided through a grant from the Ontario-Neurotrauma Foundation-Quebec Rehabilitation Network (ONF-REPAR).

## ORCID

Catherine Wiseman-Hakes ⓘ http://orcid.org/0000-0001-8441-884X
Madiha Saleem ⓘ http://orcid.org/0000-0003-1385-2248
Valérie Poulin ⓘ http://orcid.org/0000-0001-7376-5256
Emily Nalder ⓘ http://orcid.org/0000-0001-9612-9420
Peraveena Balachandran ⓘ http://orcid.org/0000-0001-5782-2310
Caron Gan ⓘ http://orcid.org/0000-0003-0156-6818
Angela Colantonio ⓘ http://orcid.org/0000-0003-2094-4765

## References

[1] Mollayeva T, Colatonio A. Gender, sex and traumatic brain injury: transformative science to optimize patient outcomes. Health Care Quart. 2017;20:6–9.

[2] Gan C, DePompei R, Lash M. Family assessment and intervention. In: Zasler N, Katz D, Zafonte R (Eds.) Brain injury medicine, 2nd edition. New York: Demos Medical Publishing; 2013. p. 621–634.

[3] Yeates KO. Social outcomes in pediatric traumatic brain injury: perspectives from social neuroscience and developmental psychology. J Int Neuropsychol Soc. 2013;19:493–496.

[4] Simpson G, Simons-Coghill M, Bates A, et al. What is known about sexual health after pediatric acquired brain injury: a scoping review. Neurorehabilitation. 2107;41:261–280.

[5] Ponsford J, Kelly A, Couchman G. Self-concept and self-esteem after acquired brain injury: a control group comparison. Brain Injury. 2014;28:146–154.

[6] Ilie G, Adlaf EM, Mann RE, et al. The moderating effects of sex and age on the association between traumatic brain injury and harmful psychological correlates among adolescents. PLoS One. 2014;9:e108167.

[7] Reichard AA, Langlois AJ, Sample LP, et al. Violence, abuse, and neglect among people with traumatic brain injuries. J Head Trauma Rehabil. 2007;22:390–402.

[8] Choleris E, Galea LAM, Sohrabji F, et al. Sex differences in the brain: implications for behavioral and biomedical research. Neurosci Biobehav Rev. 2018;85:126–145.

[9] Hook MK, Gerstein LH, Detterich L, et al. How close are we? Measuring intimacy and examining gender difference. J Counsel Dev. 2003;81:462–471.

[10] Raymond M, Catallozzi M, Lin AJ, et al. Development of intimate relationships in adolescence. Adolesc Med State Art Rev. 2007;18:449–459.

[11] Turkle S. Authenticity in the age of digital companions. Interact Stud. 2007;8:501–517.

[12] CAMH Ontario Student Drug Use and Health Survey population survey of Ontario students in grades 7 through 12. CAMH 2017 grades 7-12 (ages 12-18). 2018. https://www.camh.ca/en/science-and-research/institutes-and-centres/institute-for-mental-health-policy-research/ontario-student-drug-use-and-health-survey—osduhs

[13] Van Droogenbroeck F, Spruyt B, Keppens G. Gender differences in mental health problems among adolescents and the role of social support: results from the Belgian mental health interview surveys 2008 and 2013. BMC Psychiatry. 2018;18(1):6. DOI:10.1186/s12888-018-1591-4

[14] Fiori KL, Antonnuci TC, Cortina KS. Social network typologies and mental health among older adults. Gerontology Series B. 2006;61:25–32.

[15] World Health Organization Department of Mental Health and Substance Dependence (2000). Gender disparities in

mental health. https://www.who.int/mental_health/media/en/242.pdf?ua=1

[16] Field B, Booth A, Ilott I, et al. Using the Knowledge to Action Framework in practice: a citation analysis and systematic review. Implement Sci. 2014;9:172.

[17] Reis HT, Shaver P. Intimacy as an interpersonal process. In: Duck S. (Ed.), Handbook of personal relationships. Chichester, England: Wiley & Sons; 1988. p. 367–389.

[18] Laurenceau JP, Barrett L, Pietromonaco PR. Intimacy as an interpersonal process: the importance of self-disclosure, partner disclosure, and perceived partner responsiveness in interpersonal exchanges. J Person Soc Psychol. 1998;74:1239.

[19] Primack BA, Shensa A, Sidani JE, et al. Social media use and perceived social isolation among young adults in the U.S. Am J Prevent Med. 2017;53:1.

[20] Colantonio A, Kim H, Allen S, et al. Traumatic brain injury and early life experiences among men and women in a prison population. J Correct Health Care. 2014;20:271–279.

[21] Ryan NP, Anderson V, Godfrey C, et al. Predictors of very long-term sociocognitive function after pediatric traumatic brain injury: evidence for the vulnerability of the immature "social brain". J Neurotrauma. 2014;31:649–657.

[22] Tonks J, Williams WH, Frampton I, et al. Reading emotions after child brain injury: a comparison between children with brain injury and non-injured controls. Brain Injury. 2007;21:731–739.

[23] Schmidt AT, Hanten GR, Li X, et al. Emotion recognition following pediatric traumatic brain injury: longitudinal analysis of emotional prosody and facial emotion recognition. Neuropsychologia. 2010;48:2869–2877.

[24] Turkstra LS, McDonald S, DePompei R. Social information processing in adolescents: data from normally developing adolescents and preliminary data from their peers with traumatic brain injury. J Head Trauma Rehabil. 2001;16:69–483.

[25] Wiseman-Hakes C, Kakonge L, Summerby-Murray S. Language, cognitive-communication and social communication interventions. In: Locascio G, Slomin B, editors. Cognitive rehabilitation for pediatric neurological disorders. Cambridge, UK: Cambridge University Press; 2018.

[26] Turkstra LS, Dixon TM, Baker KK. Theory of mind and social beliefs in adolescents with traumatic brain injury. NeuroRehabilitation. 2004;19:245–256.

[27] Stronach ST, Turkstra LS. Theory of mind and use of cognitive state terms by adolescents with traumatic brain injury. Aphasiology. 2008;22:1054–1070.

[28] Dennis M, Simic N, Agostino A, et al. Irony and empathy in children with traumatic brain injury. J Int Neuropsychol Soc. 2013;19:338–348.

[29] Ryan NP, Catroppa C, Beare R, et al. Predictors of longitudinal outcome and recovery of pragmatic language and its relation to externalizing behavior after pediatric traumatic brain injury. Brain Lang. 2015;142:86–95.

[30] Lindsay S, Proulx M, Maxwell J, et al. Gender and transition from pediatric to adult health care among youth with acquired brain injury: experiences in a transition model. Arch Phys Med Rehabil. 2016;97:33–39.

[31] MacDonald S. Introducing the model of cognitive-communication competence: a model to guide evidence-based communication interventions after brain injury. Brain Injury. 2017;31:1760–1780.

[32] MacDonald S, Wiseman-Hakes C. Knowledge translation in ABI rehabilitation: a model for consolidating and applying the evidence for cognitive-communication interventions. Brain Injury. 2010;24:486–508.

[33] Shorland J, Douglas JM. Understanding the role of communication in maintaining and forming friendships following traumatic brain injury. Brain Injury. 2010;24:569–580.

[34] Haugh M, Pillet-Shore D. Getting to know you: teasing as an invitation to intimacy in initial interactions. Discourse Stud. 2018;20:246–269.

[35] Salas CE, Casassus M, Rowlands L, et al. "Relating through sameness": a qualitative study of friendship and social isolation in chronic traumatic brain injury. Neuropsychol Rehabil. 2018;28:1161–1178.

[36] Harris JE, Colantonio A, Bushnik T, et al. Advancing the health and quality-of-life of girls and women after traumatic brain injury: workshop summary and recommendations. Brain Injury. 2012;26:177–182.

[37] Colantonio A, Harris JE, Ratcliff G, et al. Gender differences in self-reported long term outcomes following moderate to severe traumatic brain injury. BMC Neurol. 2010;10:102.

[38] Haag H, Coringal M, Sokoloff S, et al. Being a woman with acquired brain injury: challenges and implications for practice. Arch Phys Med Rehabil. 2015;97:64–70.

[39] Bay E, Sikorskii A, Saint-Arnault D. Sex differences in depressive symptoms and their correlates after mild-to-moderate traumatic brain injury. J Neurosci Nurs. 2009;41:298–309.

[40] McQuigge M. Canadians with disabilities about twice as likely to experience violence: StatCan. National Post. 2018; March 15. Retrieved from: https://nationalpost.com/pmn/news-pmn/canada-news-pmn/canadians-with-disabilities-twice-as-likely-to-experience-violence-statistics-canada.

[41] O'Reilly K, Wilson N, Peters K. Narrative literature review: health, activity and participation issues for women following traumatic brain injury. Disabil Rehabil. 2018;40:2331–2342.

[42] Baker-Sparr C, Hart T, Bergquist T, et al. Internet and social media use after traumatic brain injury: a traumatic brain injury model systems study. J Head Trauma Rehabil. 2018;33:E9–E17.

[43] Tsaousides T, Matsuzawa Y, Lebowitz M. Familiarity and prevalence of Facebook use for social networking among individuals with traumatic brain injury. Brain Injury. 2011;25:1155–1162.

[44] Brunner M, Hemsley B, Palmer S, et al. Review of the literature on the use of social media by people with traumatic brain injury (TBI). Disabil Rehabil. 2015;37:1511–1521.

[45] Kilov AM, Togher L, Power E, et al. Can teenagers with traumatic brain injury use Internet chatrooms? A systematic review of the literature and the Internet. Brain Injury. 2010;24:1135–1172.

[46] Damschroder LJ, Aron DC, Keith RE, et al. Fostering implementation of health services research findings into practice: a consolidated framework for advancing implementation science. Implement Sci. 2009;4:2.

[47]   Eccles M, Grimshaw J, Walker A, et al. Changing the behavior of healthcare professionals: The use of theory in promoting the uptake of research findings. J Clin Epidemiol. 2005;58:107–112.

[48]   Rycroft-Malone J. The PARIHS framework: a framework for guiding the implementation of evidence based practice. J Nurs Care Qual. 2004;19:297–304.

[49]   Liossi C, Wood R. Gender as a moderator of cognitive and affective outcome after traumatic brain injury. J Neuropsychiatry Clin Neurosci. 2009;21:43–51.

[50]   Howes H, Benton D, Edwards S. Women's experience of brain injury: an interpretative phenomenological analysis. Psychol Health. 2005;20:129–142.